UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    **Plaintiff,**

v.            Civil No. 05-01278(RCL)

**DANCING CRAB AT WASHINGTON HARBOR, L.P., et al.,**

    **Defendants.**

**PLAINTIFF'S STATUS REPORT FILED
IN RESPONSE TO SEPTEMBER 12, 1005 ORDER**

Comes Now, Plaintiff, by and through his counsel, and submits this Status Report and Memorandum in response to the Order of the Court entered September 12, 2005. In response Plaintiff states as follows:

1. The registered agent for Dancing Crab of Washington Harbor, LP listed a home address of 1900 Fenwick Street, N.E., Washington. D.C. and an office address of 11005 Earls Gate Lane, Bethesda, MD. 20850.

2. The registered agent is listed as Nicholas J. Cibel and he is the brother of Dean A. Cibel, co-defendant herein and the son of Anthony J. Cibel, the general partner of Dancing Crab at Washington Harbor, LP.

3. Dancing Crab at Washington Harbor, LP registered with the District of Columbia Department of Consumer and Regulatory Affairs Business Regulation Administration as a Maryland limited partnership. The Taxpayer Services Division of the Maryland Department of Assessments and Taxation records

   reflect that Dancing Crab at Washington Harbor is not in good standing and is due for revocation of legal existence in approximately 90 days.

4. The registered agent listed with the State of Maryland submitted an address in Rockville, Maryland of 11005 Earls Gate Lane. However, it does not appear that the agent is located at that address.

5. The address of 1900 Fenwick Street, N.E. is a warehouse and the telephone of which (410-529-3003) leads to an address in Baltimore, Maryland. An investigation of the address and entity in Baltimore reflected that it was occupied by a company named "Profish, Ltd.".

6. A research of the records of the District of Columbia Department of Consumer and Regulatory Affairs, Business Regulation Administration Corporation Division reflected that Profish, Ltd. does not exist as a domestic nor foreign corporation in the District of Columbia.

7. District of Columbia records reflect that Nicholas J. Cibel has listed 1900 Fenwick Street, N.E. as his home. That is obviously incorrect. The actual residence and location of Nicholas J. Cibel is under active investigation by plaintiff's process server.

It is the belief of plaintiff that Nicholas J. Cibel is aware of this litigation but is actively avoiding service of process. The records submitted by Defendant Dancing Crab at Washington Harbor, LP do not appear to be accurate as required by the laws of the District of Columbia.

Dean A. Cibel was identified as having no less than six (6) different addresses in Maryland, Ohio, Arizona and the District of Columbia. He was recently located and personally served at 3000 K Street, N.W., Washington, D.C.  The service for Dean A. Cibel has been accomplished and the return of service will be timely filed with the Clerk of the Court.

In the event that Nicholas J. Cibel continues evading service and obscure his actual whereabouts, plaintiff will then seek to serve the individual partners of defendant Dancing Crab at Washington Harbor, L.P.

Dated: 22 September 2005

Respectfully submitted,

RICK A. RUDE, Esq.
DC Bar #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(703) 536-3063 Tele.
(703) 536-4841 Fax.

Counsel For
Plaintiff