# UNITED STATES DISTRICT COURT
## District of Columbia

JONATHAN W. RUDE,

      Plaintiff,

        V.

THE DANCING CRAB AT WASHINGTON
HARBOUR, L.P.
AND
DEAN A. CIBEL

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01278

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

    THE DANCING CRAB AT WASHINGTON
    HARBOUR, L.P.
    3000 K Street, N.W.
    Washington, D.C. 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Rick A. Rude
    Suite 103
    207 Park Avenue
    Falls Church, VA. 22046

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 27 2005

CLERK                                      DATE

(By) DEPUTY CLERK

Jonathan W. Rude

vs.

The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood and Nick's Riverside Grill, et al.

No. 1:05CV01278

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:43 am on September 27, 2005, I served The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood and Nick's Riverside Grill at Superintendent of Corporations, 941 North Capitol Street, NE, Washington, DC 20002 by serving Kim Tate, Correspondence Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     34
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  168
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 09/28/05
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158588

Jonathan W. Rude

vs.                                    Case No. 1:05CV01278

The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's
Seafood Place and Nick's Riverside Grill, et al.

DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, DAVID S. FELTER, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth is 11-01-1951.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood and Nick's Riverside Grill by serving Nicholas J. Cibel, Registered Agent, with the above named process.

That on the 21st day of September, 2005 at 10:20 o'clock a.m., I attempted to serve the defendant, The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood and Nick's Riverside Grill, by serving Nicholas H. Cibel, Registered Agent, at 1900 Fenwick Street, NE, Washington, DC 20002. On this occasion, I was informed that Mr. Cibel does not maintain an office at the address.

That on the 21st day of September, 2005 at 10:45 o'clock a.m., I attempted to serve the defendant, The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood and Nick's Riverside Grill, by serving Nicholas H. Cibel, Registered Agent, at 11005 Earls Gate Lane, Bethesda, Maryland. On this occasion, I was informed that Mr. Cibel does not maintain an office at the address.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
DAVID S. FELTER
Private Process Server

Subscribed and Sworn to before me this 21eth day of September, 2005.

_____
Notary Public
My commission expires: 01-14-09
dil158588/ngd