AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JONATHAN W. RUDE,

    Plaintiff,

            V.

THE DANCING CRAB AT WASHINGTON HARBOUR, L.P.
AND
DEAN A. CIBEL,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01278

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

    Dean A. Cibel
    6204 Carnegie Drive
    Bethesda, MD. 20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Rick A. Rude
    Suite 103
    207 Park Avenue
    Falls Church, VA. 22046

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 27 2005

CLERK      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| *Service of the Summons and complaint was made by me⁽¹⁾ | 9/15/05 | 2:35 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Melvin Shapiro | Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3000 K Street, NW Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/15/05
                  Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

*Summons, Complaint, Notice of Right to COnsent to Trial Before a United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.