JONATHAN W. RUDE,

    Plaintiff,

v().                    Case No. 1:05CV01278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOR, L.P.
AND DEAN A. CIBEL

    Defendants.

## MOTION FOR ENTRY OF DEFAULT

Comes now, Plaintiff, Jonathan W. Rude, by and through his counsel, and submits this motion for entry of default as to defendants The Dancing Crab At Washington Harbor, L.P. and Dean A. Cibel. The court noted the return of service as to each defendant (Docket Entry No. 5, Case No. 1:05-cv-1278). Dean A. Cibel was located and served on September 15, 2005. The Dancing Crab At Washington Harbor, L.P. was duly served on September 27, 2005. The time for answer or to otherwise plead for each defendant expired October 17, 2005. The docket does not reflect an answer for either defendant nor any order granting an extension of time in which to plead. The entry of default as to each defendant is therefore appropriate and proper.

On September 28, 2005 counsel for plaintiff was contacted by an attorney located in Upper Marlboro, Maryland. As per the attached Affidavit of Counsel an extension of time until October 17, 2005 was extended to the attorney on behalf of Dean A. Cibel. The extended professional courtesy was to permit the attorney to submit answers at the same time for each defendant. No answer has been forthcoming from that attorney.

1

The Federal Rules of Civil Procedure, Rule 12(a)(1) require that an answer be submitted within 20 days of service or such other time as may be extended. The Clerk of the Court is authorized, pursuant to Federal Rule of Civil Procedure 55(a) to enter default upon notice and request. Plaintiff hereby requests such entry and has further provided a proposed order for the convenience of the court.

Plaintiff hereby requests that the court enter a default as to defendant Dean A. Cibel and as to defendant Dancing Crab At Washington Harbor, L.P. and for such other and further relief as is consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: 18 October 2005

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff
Jonathan W. Rude

**POINTS AND AUTHORITIES**

The clerk of the court is authorized to enter default pursuant to the provisions of Rule 55(a). The defendants were properly served and pursuant to Rule 12(a)(1) was required to answer or otherwise plead by October 17, Fed.R.Civ.Proc. 12(a)(1) and 55(a).

A copy of this document has been served, by first class mail, postage prepaid, upon the defendant Dean A. Cibel at the address noted in the caption of the complaint. Defendant The Dancing Crab At Washington Harbor, L.P. has been served, by first class mail, postage prepaid, upon the listed General Partner of the defendant and upon the counsel of The Dancing Crab At Washington Harbor, L.P.

Dated this 18th day of October 2005 at Falls Church, Virginia. 22046

_____
Rick A. Rude, Esq.

Service:

Dean A. Cibel
6204 Carnegie Drive
Bethesda, MD. 20817

Anthony B. Cibel
General Partner
6416 Wishbone Terrace
Cabin John, MD. 20828

Nicholas J. Cibel
Registered Agent
1900 Fenwick Street, N.E.
Washington, D.C. 20002

Page Wyrough
Cain & Wyrough
15051 Marlboro Pike, #301
Upper Marlboro, MD. 20772

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

JONATHAN W. RUDE,

    Plaintiff,

v.                            Case No. 1:05cv-01278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOR, L.P
AND DEAN A. CIBEL,

    Defendants.

## AFFIDAVIT OF COUNSEL

My name is Rick A. Rude and I am counsel for plaintiff. On September 28, 2005 at 2:30 PM I spoke with an individual that identified himself as Page Wyrough, telephone number 301-627-4600. Mr. Wyrough was contacting me as an attorney and he represented to me that he was counsel for Dean A. Cibel and The Dancing Crab At Washington Harbor, L.P. He indicated that he has just been telefaxed the complaint and was concerned about filing dates. I provided a professional courtesy to Mr. Wyrough extending the date to answer or otherwise plead in this case. The answer of Mr. Dean A. Cibel was due October 5, 2005 while the answer of The Dancing Crab was due October 17, 2005. I agreed to extend the time for response for Mr. Cibel to coincide with the October 17, 2005 answer date for the co-defendant. I have not been further contacted by Mr. Wyrough or any other counsel regarding any further extension of time.

Subscribed to and Sworn to under penalty of perjury of the laws of the United States. Dated this 18th day of October 2005 at Falls Church, VA.

_/s/ Rick Rude_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,

Plaintiff,

v.                                              Case No. 1:05CV01278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOR, L.P.
AND DEAN A. CIBEL,

Defendants.

O R D E R

This matter having come before the court upon the motion of the plaintiff for entry of default and it having been shown that defendant Dean A. Cibel was served in person on September 15, 2005 and The Dancing Crab at Washington Harbor, L.P. was served on September 27, 2005. Defendants were duly served and have failed to appear and answer the complaint; it is hereby,

ORDERED that a default as to each defendant be entered in the docket record of this proceeding.

Dated: _____

_____
U.S. District Court Judge

Copies:

Rick A. Rude
207 Park Avenue
Suite 103
Bethesda, MD 20817

Dean A. Cibel
6204 Carnegie Drive
Bethesda, MD 20817

Page Wyrough
Cain & Wyrough
15051 Marlboro Pike #301
Upper Marlboro, MD 20772