UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
| Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| : | |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
| : | |
| Defendants. : | |

**ANSWER & JURY DEMAND**

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their counsel, Richard R. Page Wyrough, Sloane R. Franklin and Cain & Wyrough, PC in answer to Plaintiff's complaint states as follows:

I.

The complaint fails to state a claim upon which relief can be granted.

II.

1. The allegations of the complaint are generally denied.

2. The Defendants are without sufficient knowledge, information or belief to either admit or deny the allegations contained in paragraph 1.

3. The allegations contained in paragraphs 2 to 6 are admitted.

4. The allegations contained in paragraph 7 are denied.

5. The allegations contained in paragraph 8 are admitted.

6. The allegations contained in paragraph 9 are denied. The Defendant does not sell liquor after 2AM.

7. The allegations contained in paragraph 10 are denied.

8. The allegations contained in paragraphs 11, 12, and 13 are denied. Dean Cibel was not the general manager.

9. The allegations that there were managers subordinate to Dean Cibel contained in paragraph 14 are admitted. The remainder of the allegations in that paragraph do not require a response.

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

10. The allegations contained in paragraph 15 are denied.

11. The allegations contained in paragraph 16 are admitted.

12. The allegations contained in paragraph 17 are denied.

13. The allegations contained in paragraphs 18 and 19 are admitted.

14. The allegations contained in paragraph 20 are denied except to the extent that the duties and responsibilities of doorman/bouncer are as directed by the management of the Dancing Crab.

15. The Defendants are without sufficient knowledge, information or belief to either admit or deny all the allegations contained in paragraph 21.

16. The Defendants admit that they knew that Wood had a criminal record, but not with the specificity alleged in paragraphs 21 and 22.

17. The allegations contained in paragraph 23 are admitted.

18. The allegations contained in paragraphs 24 and 25 are denied.

19. The Defendants admit that a lawsuit was filed as alleged in paragraph 26.

20. The allegations contained in paragraphs 27, 28, 29, and 30 are denied.

21. The allegations contained in paragraph 31 that the Dancing Crab maintains standards of conduct for its doormen/bouncers are admitted. The remainder of the allegations contained in paragraph 31 are denied.

22. The allegations contained in paragraph 32 are admitted.

23. The allegations contained in paragraphs 33, 34, 35, 36, and 37 are denied.

24. The allegations contained in paragraphs 38 to 40 that Anthony Wood and Olayinka Adeboyeku were arrested and charged with assault are admitted. Upon information and belief both Wood and Adeboyeku were acquitted. The Defendants deny that Olayinka Adeboyeku was secreted.

25. The allegations contained in paragraphs 41, 48, and 54 do not require a response.

26. The allegations in paragraphs 42 to 46, 49 to 52, and 55 to 67 are specifically denied.

27. The Defendants are without sufficient knowledge, information or belief to either admit or deny the allegations contained in paragraphs 47 and 53.

28. Any and all allegations of agency or that the alleged perpetrators of the alleged assault were acting in the course and scope of their employment at the time of the alleged assault are

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

specifically denied.

29.   Any and all allegations that the Plaintiff was an invitee or a licensee are specifically denied.

III.

Plaintiff was contributorily negligent.

IV.

Plaintiff assumed the risk.

V.

Plaintiff was a trespasser and had been barred from the Defendant's premises.

Wherefore, the Defendants respectfully request this honorable court to dismiss Plaintiff's claim with prejudice.

Jury Demand

The Defendants hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

CAIN & WYROUGH, P.C.

/s/
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

Law Offices
*Cain & Wyrough*
15051Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

3

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this <u>20th</u> day of October, 2005, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

> Rick A. Rude, Esq.
> Suite 103
> 207 Park Avenue
> Falls Church, Virginia 22046

/s/<br>
RICHARD R. PAGE WYROUGH

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716