UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : <br> : <br>     Plaintiff : <br> : <br> vs. : <br> : <br> THE DANCING CRAB AT WASHINGTON HARBOUR, : <br> LP, ET AL. : <br> : <br>     Defendants. : <br> : | Case No.: 1:05CV01278 <br><br> JUDGE ROYCE C. LAMBERTH |

### CONSENT MOTION TO VACATE ENTRY OF DEFAULT

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, pursuant to Rules 55(c) and 60 request this honorable court to vacate the entry of default and grounds therefore states as follows:

    1.    As indicated by Plaintiff's counsel, on or about September 28, 2005 counsel for the Defendants called counsel for the Plaintiff to confirm the dates on which the Defendants had been served.

    2.    Plaintiff's counsel provided Defendants' counsel with those dates.

    3.    During the course of that conversation Plaintiff's counsel provided his understanding of the facts and thoughts on the underlying case; advised the undersigned of the pendency of a companion case involving the alleged perpetrators of the alleged assault; gave his thoughts on the advisability of consolidating the two cases; and offered to give the Defendants an extension, so the answers of both Defendants could be filed at the same, leaving the option of filing a formal notice to the court that such an extension had been granted to the undersigned.  At the same time Plaintiff's counsel indicated that the filing of a formal agreement extending the time for an answer was not necessary as far as Plaintiff's counsel was concerned.

    4.    Counsel for the undersigned then contacted the liability carrier from whom the case had been sent to advise of the pendency of the companion suit and was awaiting a response as to the provision of a defense in the companion case and the consolidation of the two actions.  That direction was received on October 20, 2005 as was a copy of the motion for default.

    5.    Counsel for the Defendants was waiting on the response from the carrier and bluntly let the deadline for the filing of the answers pass.

6. That the Plaintiff has suffered no demonstrable prejudice.

7. Counsel for the Defendant has contacted Plaintiff's counsel who has authorized the representation that Plaintiff does not oppose the motion to vacate and consents to vacating the entry of default.

Wherefore, the Defendant respectfully requests this honorable court to vacate the entry of default.

Respectfully submitted,

CAIN & WYROUGH, P.C.

/s/
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2005, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

/s/
RICHARD R. PAGE WYROUGH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
| Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
| Defendants. : | |

**ORDER**

Upon consideration of Defendants' Motion to Vacate the Entry of Default, and other matters of record herein, it is _____ day of _____, 2005, by the United States District Court for the District of Columbia,

ORDERED, that the Motion to Vacate the Entry of Default, be and the same, is hereby GRANTED.

_____
JUDGE

Copies by the Court to:

Richard R. Page Wyrough, Esquire
Sloane R. Franklin, Esquire
CAIN & WYROUGH, P.C.
15051 Marlboro Pike
Upper Marlboro, MD 20772

Rick A. Rude, Esquire
Suite 103
207 Park Avenue
Falls Church, Virginia 22046