# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1278 (RCL)** |
| | ) | |
| **THE DANCING CRAB AT** | ) | |
| **WASHINGTON HARBOUR, LP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of the defendants' Motion [10] to Vacate the Entry of Default, it is

hereby

ORDERED that the defendants' Motion [10] to Vacate the Entry of Default is

GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 21, 2005.