UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
|     Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
|     Defendants. : | |

**JOINT REPORT OF RESULTS OF RULE 26(F) AND LCVR 16.3 CONFERENCE
& PROPOSED DISCOVERY PLAN**

The parties, Plaintiff, JONATHAN W. RUDE, and the Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their undersigned counsel, pursuant to Rule 26(f), LCvR 16.3 and the order of this court met and conferred on November 4, 2005 and report that:.

1.   The parties cannot determine at this juncture whether or not the case is likely to be disposed of by dispositive motion.

2.   The parties suggest that all amendments to the pleadings and additional parties, except for any person specifically mentioned in the complaint, should be made and/or joined by December 15, 2005.

3.   The case should not be assigned to a magistrate for all purposes.

4.   The parties cannot determine at this juncture whether or not the case is likely to be settled.

5.   The case could benefit from ADR after the close of all discovery and prior to the resolution of dispositive motions. The use of ADR and the response to this provision have been discussed with the clients. At this juncture the court does need to take any steps to facilitate ADR.

6.   The parties suggest that the deadline for dispositive motions be August 31, 2006 with

oppositions being due within fifteen (15) days of the filing of any dispositive motion and replies being due within five (5) days of the filing of the opposition(s).

    7.    The parties suggest that the deadline for initial disclosures be December 15, 2005.

    8.    The parties anticipate that twenty (20) to twenty five (25) depositions of fact witnesses may be taken and that three (3) to six (6) experts may be designated and/or deposed by the parties. The parties do not request that a limit be placed on number of depositions of fact witnesses at this time. The parties suggest that the deadline for all discovery should be July 31, 2006; that plaintiff should be required to designate experts by May 1, 2006; that the defendants should be required to designate experts by June 1, 2006; that each party should have the right to propound no more than thirty (30) interrogatories to any other party; that the number of requests for production of documents should not be limited at this time; and that all written discovery, including requests for admissions, should be completed by May 1, 2006.

    9.    Neither the trial nor discovery should be bifurcated at this time.

    10.    The suggested date for the pretrial is September 29, 2006.

    11.    The parties suggest that the trial date be set at the pretrial conference.

    12.    The parties, at plaintiff's request, are discussing the need for and the scope of a confidentiality order. The plaintiff is reserving the right to file a motion for protective order in the event that the parties cannot agree on the scope of the proposed agreement.

There is a related case captioned *Jonathan W. Rude v. Olayinka Adeboyeku et al*, Case Number 1:05CV01274 pending in this court. The Defendants are considering filing a motion to consolidate that case with this one. The parties suggest that the deadline for the filing of a motion to consolidate be December 15, 2005.

The proposed scheduling order is attached.

Respectfully submitted,

CAIN & WYROUGH, P.C.

_____/s/_____
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600


_____/s/_____
RICK A. RUDE, #244897
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE                               :
                                               :
        Plaintiff                              :
                                               :
vs.                                            :   Case No.: 1:05CV01278
                                               :
THE DANCING CRAB AT WASHINGTON HARBOUR,        :
LP, ET AL.                                     :   JUDGE ROYCE C. LAMBERTH
                                               :
        Defendants.                            :
                                               :

**PROPOSED SCHEDULING ORDER**

Having read and considered the Joint Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3, the order of this court, and other matters of record, it is on this ____ day of _____, 2005 hereby

ORDERED, by the United States District Court for the District of Columbia that:

1. All discovery in this matter shall be concluded by July 31, 2006.

2. Initial disclosures shall be due by December 15, 2005.

3. All amendments to pleadings shall be filed by December 15, 2005.

4. Any additional parties, except for any person specifically mentioned in the complaint, shall be joined by December 15, 2005.

5. Any motion to consolidate shall be filed by December 15, 2005.

6. The Plaintiff shall designate experts by May 1, 2006.

7. All written discovery, including requests for admissions, shall be concluded by May 1, 2006. The parties shall propound no more than thirty (30) interrogatories to any other party.

8. The Defendants shall designate experts by June 1, 2006.

9. All dispositive motions shall be filed by August 31, 2006.

10. Any opposition to a dispositive motion shall be filed within fifteen (15) days of the

       filing of the dispositive motion.

11.    Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

12.    The pretrial conference will be set by the clerk's office for September 29, 2006. The trial date will be set at the pretrial conference.

 

                                                  _____
                                                  Royce C. Lamberth, Judge

Copies to:

Richard R. Page Wyrough, Esq.
Sloane R. Franklin, Esq.
15051 Marlboro Pike
Upper Marlboro, Maryland  20772

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046