UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE<br><br>    Plaintiff<br>vs.<br><br>THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL.<br><br>    Defendants. | Case No.: 1:05CV01278<br><br>JUDGE ROYCE C. LAMBERTH |

## MOTION TO CONSOLIDATE

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, pursuant to Rule 42 of the Federal Rules of Civil Procedure, moves this Court for an Order consolidating the above captioned case with *Rude v. Adeboyeku*, Case No.: 1:05-CV-01274 RCL for purposes of discovery and in support thereof states:

1. THAT the facts that give rise to both causes of actions are the same.

2. THAT all of the fact witnesses will be the same in both cases.

3. THAT it would be in the interest of judicial economy and for the convenience of all the fact witnesses to consolidate the above captioned matter with *Rude v. Adeboyeku*, Case No.: 1:05-CV-01274 RCL for purposes of discovery.

4. THAT Defendants reserve the right to request this Court to consolidate the cases for trial.

WHEREFORE, Defendant The Dancing Crab at Washington Harbour, LP and Dean A. Cibel, respectfully requests this Honorable Court to grant this motion to consolidate for the purposes of discovery and keep open this issue of whether or not the cases will be consolidated for trial and for anything else this Court feels is necessary and proper.

Law Offices
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

        Respectfully submitted,

        CAIN & WYROUGH, P.C.

        /s/
—————————————————
RICHARD R. PAGE WYROUGH, #02821
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  15th day of December, 2005, a copy of the foregoing was filed sent by electronic mail and/or mailed first class, postage pre-paid, to:

Rick A. Rude, Esq.  
Suite 103  
207 Park Avenue  
Falls Church, Virginia 22046

Daniel E. Loeb, Esq.  
1001 Pennsylvania Avenue, NW  
Suite 800  
Washington, DC 20004-2505

Barry McCoy Tapp, Esq.  
14662 Cambridge Circle  
Laurel, MD 20707-3733

        /s/
—————————————————
RICHARD R. PAGE WYROUGH

Law Offices
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

2