UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
|     Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| : | |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
| : | |
|     Defendants. : | |

## ORDER

Upon consideration of Defendants' Motion to Consolidate, any opposition thereto, and the record herein, it is _____ day of _____, 200____, by the United States District Court for the District of Columbia,

ORDERED, that the Motion to Consolidate, be and the same, is hereby Granted.

_____
JUDGE

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716