# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                                      Case No. 1:05cv1278RCL

DANCING CRAB AT WASHINGTON
HARBOUR, L.P. et al.,

      Defendants.

## MOTION TO COMPEL COMPLIANCE WITH RULE 26(A)(1)

COMES NOW, Plaintiff, by and through his counsel, and submits this motion for an

order compelling defendants to comply with the requirements of Rule 26(a)(1) of this

court's Rules of Civil Procedure.  Defendants, on December 15, 2005 provided

Defendants' Initial Disclosures. Defendants represented the address of 3000 K Street,

N.W. Washington, D.C. as the address for a large number of identified witnesses. These

individuals appear to be employees of Dancing Crab at Washington Harbour, L.P. and

they obviously do not reside at the facilities of the Dancing Crab.

Plaintiff, pursuant to the requirements of Rule 26(a)(1) and Local Rule LCvR 7, and for

the further reasons stated in Plaintiff's Memorandum of Points and Authorities, hereby

requests that the court enter an order directing  defendants to immediately comply with

the requirements to disclose witness addresses and telephone numbers to the extent such

information is available to defendants.

Respectfully submitted,

RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063  Tele.
(AC 703) 536-4841  Fax.

Counsel For Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JONATHAN W. RUDE,

      Plaintiff,

    v.                           Case No. 1:05cv1278RCL

DANCING CRAB AT WASHINGTON
HARBOUR, L.P.  et al.,

      Defendants.

<u>CERTIFICATE OF COUNSEL PURSUANT TO RULE LCvR 7(m)</u>

Counsel for Plaintiff hereby states that he has made no less than four separate attempts contact counsel for defendants in order to address the involved discovery and has not received any response from defendants. These contacts occurred on December 19, 2005, January 4, 2006 and again on January 18, 2006.  Counsel, in addition to the attached e-mails, telephoned defense counsel's office and left appropriate messages. The issue is simply that defendants did not provide appropriate addresses and telephone numbers of defendants employees but instead provided obviously incorrect information. The failure to address this issue over a period of six weeks has necessitated this motion.

Dated: 25 January 2006

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <Page@somdlaw.com> |
| **Sent:** | Monday, December 19, 2005 2:57 PM |
| **Subject:** | rude v. Dancing Crab |

Dear Mr. Wyrough:

I am in receipt defendants' initial disclosure.  The information appears to reflect  some employees of the Dancing Crab.
I am aware that each employee provides personal information with his application for employment. To use the address of the Dancing Crab as the address of these individuals in not consistent with the requirements of Rule 26.

I would hereby request the immediate disclosure of the proper addresses and related information to the extent such information is contained in Defendant's files.

I have looked over the lease provided. Please be advised that Waterside Management Corporation is a defunct entity and further that Mr. Casten and his asssociated enterprises appear to be in control of the involved facilities. I would likewise request that the document be properly updated and any and all amendments, supplements, reissuances, adoptions be provided.

Am I correct that none of the Cibels nor Mr. Casten will be witnesses in their own defense in this matter? Their names are not included on your list.

Awaiting your response, I remain,

Sincerely,

Rick A. Rude

PS - Please forward to me your schedule for February and March so that we may work out a schedule for depositions.

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <Page@somdlaw.com> |
| **Sent:** | Wednesday, January 18, 2006 9:47 AM |
| **Subject:** | Rude v. Dancing Crab, USDC No. 05-1278RCL |

Dear Mr. Wyrough:

I have sent several requests for the correct information relating to the individuals listed on Dancing Crab's December 15th initial disclosure. I have also called your office and left messages. To date I have not obtain a response.

I also asked for your schedule in order to set deposition dates. Again, I have not rec'd a reply.

Please be advised that I consider these messages as sufficient compliance with the meet and confer rule.

If I do not get a response by close of business on the 19th I will be filing a motion to compel.

Sincerely,

Rick Rude

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <Page@somdlaw.com> |
| **Sent:** | Wednesday, January 04, 2006 12:09 PM |
| **Subject:** | Rude v. Dancing Crab |

Dear Mr. Wyrough:

On December 19th I forwarded an email requesting the addresses of the individuals listed in your December 15ht document. I have not received a reply.
Please advise me of whether or not defendant intends to comply with my request; and if so; when. It is inhibiting my prosecution of this case.

Awaiting your reply,
I remain,

Rick Rude