ATTACHMENT NO. 1 TO MOTION TO COMPEL
COMPLIANCE WITH RULE 26(A)(1)(a)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE          :
                          :
        Plaintiff         :
vs.                       :
                          :   Case No.: 1:05CV01278
THE DANCING CRAB AT WASHINGTON HARBOUR, :
LP, ET AL.                :   JUDGE ROYCE C. LAMBERTH
                          :
        Defendants.       :
                          :

### DEFENDANTS THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL INITIAL DISCLOSURES

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, make the following initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures:

1. The following individuals are likely to have discoverable information relevant to disputed facts:

   a. Olayinka Adeboyeku
      11106 Bennington Drive
      Upper Marlboro, MD 20774

   b. Anthony B. Wood
      4413 Jay Street, N.E.
      Washington, D.C. 20019

   c. Ofc. Glenn Luckett
      Metropolitan Police Department

   d. Ofc. Rob Owens
      Metropolitan Police Department

   c. Ofc. Robert Puzio
      Metropolitan Police Department

   d. Mike Gilliam
      c/o Dancing Crab
      3000 K Street, N.W.
      Washington, DC 2007

   e. James Sylvester
      3326 Prospect Street, N.W.
      Washington, DC

Law Offices
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

f.    John Cummings
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

g.    John Eagletown
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

h.    Jeff Saunders
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

i.    Chuck Moran
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

j.    Adrian Russo
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

k.    Chuck Moran
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

l.    Dave Barrow
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

m.    James King
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

n.    Michael Gillman
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007

o.    Ofc. Mark E. Lee
Metropolitan Police Dept.

p.    Jay Sylvester
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(202) 270-1108

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

q. Chris Evanson
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(571) 334-6240

r. Matt Rapoza
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(317) 418-7462

s. Anthony DeStasio
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(609) 457-9081

t. Sean Hutton
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(860) 919-2867

u. Calvin Tillman
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(301) 404-8678

v. Sean Griffith
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(810) 210-6213

w. Ryan Goethails
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(586) 872-4062

x. DJ Cincogrono
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(203) 910-4140

y. Matt Krouner
c/o Dancing Crab
3000 K Street, N.W.
Washington, DC 2007
(617) 780-7530

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

    (z.)    Rick Yurico
           Metropolitan Police Department

    aa.    Casten
           c/o Dancing Crab
           3000 K Street, N.W.
           Washington, DC 2007

    bb.    Badr Jaoubari-Idrissi
           c/o Dancing Crab
           3000 K Street, N.W.
           Washington, DC 2007

    cc.    Oluwatosi Adeboyeku
           c/o Dancing Crab
           3000 K Street, N.W.
           Washington, DC 2007

    dd.    Reginald Williamson, Esquire

    ee.    Greg Casten
           c/o Dancing Crab
           3000 K Street, N.W.
           Washington, DC 2007

    2.    The following records, data compilations and tangible things are in the possession, custody, and/or control of Defendants and are relevant to the disputed facts:

    a.    Retail and Restaurant Lease between Washington Harbour Associates and The Dancing Crab.

    b.    Weekly Schedule of Door Staff

    c.    Incident Report (previously provided by Plaintiff)

    d.    Criminal Complaints (previously provided by Plaintiff)

    e.    Affidavit in Support of Arrest Warrants (previously provided by Plaintiff)

    3.    Defendant The Dancing Crab at Washington Harbour, LP. Was insured under a general liability insurance policy issued by the Hartford Fire Insurance Company, Policy No. 42 UUNcf AZ0249. A copy of the policy will be made available.

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716