# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1278 (RCL)** |
| | ) | |
| **THE DANCING CRAB AT** | ) | |
| **WASHINGTON HARBOUR, LP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## SCHEDULING ORDER

Having read and considered the Joint Report of the Results of the conference held

pursuant to Rule 26(f), LCvR 16.3, the order of this court, and other matters of record, it is

hereby

ORDERED, *nunc pro tunc*, by the United States District Court for the District of

Columbia that:

1. All discovery in this matter shall be concluded by July 31, 2006.

2. Initial disclosures shall be due by December 15, 2005.

3. All amendments to pleadings shall be filed by December 15, 2005.

4. Any additional parties, except for any person specifically mentioned in the complaint,

shall be joined by December 15, 2005.

5. Any motion to consolidate shall be filed by December 15, 2005.

6. The Plaintiff shall designate experts by May 1, 2006.

7. All written discovery, including requests for admissions, shall be concluded by May 1,

2006. The parties shall propound no more than thirty (30) interrogatories to any

other party.

8.  The Defendants shall designate experts by June 1, 2006.

9.  All dispositive motions shall be filed by August 31, 2006.

10.  Any opposition to a dispositive motion shall be filed within fifteen (15) days of the filing of the dispositive motion.

11.  Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

12.  A status conference will be set after disposition of any dispositive motion, at which dates for pretrial and trial will be set.


SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 1, 2006.