UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1278 (RCL) |
| ) | |
| THE DANCING CRAB AT ) | |
| WASHINGTON HARBOUR, LP, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Upon consideration of defendants' motion [14] to consolidate cases and the opposition thereto, it is hereby

ORDERED that defendants' motion [14] to consolidate is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 1, 2006.