UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                          Case No. 1:05cv01278RCL

THE DANCING CRAB AT WASHINGTON
HARBOUR, L.P., et al.,

    Defendants.

## MOTION TO COMPEL COMPLIANCE WITH DISCOVERY

COMES NOW, Plaintiff, Jonathan W. Rude, by and through his counsel, pursuant to Rule 37(a)(1), F.R.CIV.P. 37(a)(1), and moves this court for the entry of an order compelling The Dancing Crab At Washington Harbour, L.P. to comply with plaintiff's first interrogatories and requests for production of documents. The discovery was properly served on January 7, 2006 and was returnable on February 10, 2006. Defendant has not responded either by way of answer, production or objection to the involved discovery. Defendant's counsel has in fact been uncommunicative regarding this discovery. A copy of this discovery request is identified as Exhibit No. 1 to plaintiff's Memorandum of Points and Authorities filed herewith. A proposed form of order is further enclosed. Counsel for plaintiff includes herewith the required Statement and Certification pursuant to Rule LCvR 7(m) and Rule 37(a)(2)(A), F.R.CIV.P 37(a)(2)(A).

1

Certification of Counsel pursuant to LCvR 7(m) and 37(a)(2)(A)

Counsel for plaintiff states that he has made repeated attempts to communicate with counsel for defendant regarding this discovery as well as other matters. Counsel for defendant is uncommunicative, ignores telephone calls, does not respond to either e-mail nor written correspondence. Counsel for plaintiff even went so far as to travel to defense counsel's office on February 10th regarding this discovery. Plaintiff was advised at 10:30 A.M. on February 10th that defense counsel was in the office but unavailable. Upon arrival at defense counsel's office one hour later, plaintiff's counsel was informed that defense counsel was in Annapolis at a meeting.

Counsel has exhausted all reasonable means of obtaining defendant's voluntary compliance with the involved discovery. Copies of e-mails and correspondence to defendant are included as Exhibit No. 2 to plaintiff's Memorandum of Points and Authorities.

Conclusion

Plaintiff hereby requests that this Court enter an Order directly Defendant to comply, fully and completely, with Plaintiff's First Interrogatories and Request For Production of Documents within a time certain as set by the court; that should Defendant fail to properly comply with the Order of the Court; that Plaintiff be permitted to submit a motion for discovery sanctions commensurate with the prejudice resulting from Defendant's failure to comply with the Order of the Court; and that this Court include in its Order any and all other relief the Court deems just and appropriate in the circumstances.

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841

Counsel for Plaintiff

Dated: 19 February 2006