Case No. 05cv01278RCL
Rude v. Dancing Crab et al.
Motion To Compel Compliance With Discovery

EXHIBIT NO. 2

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

*207 Park Avenue*
*Suite 103*
*Falls Church, Virginia 22046*

11 February 2006
Via E-Mail

Mr. R. Page Wyrough
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD. 20772

Re: Rude v. Dancing Crab et al. – Request For Conference Date

Dear Mr. Wyrough:

On December 15, 2005 defendants provided a response to initial discovery representing that an insurance policy was available for review at your office. I have made numerous attempts to contact you, both by telephone and e-mail, and have been ignored. On Friday morning I called your office, was told you were in, but presently unavailable. I indicated, that consistent with my earlier messages, and the informal understanding which I believed we had, that I would be coming down to review the policy. I also indicated that, consistent with my message of February 2nd, that I would also begin review of the documents to be produced on February 10, 2006.

On reaching your office I was informed that none of these matters were on your calendar and that you were in Annapolis at a meeting. I was in my office the rest of Friday and no documents were produced. Defendants, unless you have served timely objections, are in default on discovery.

The court's rules of procedure require that we meet and confer on this discovery matter. Accordingly, I would hereby formally request that you provide me with a time, date and place whereat this conference requirement can be accommodated. The failure to respond to this correspondence will permit me to seek the immediate intervention of Judge Lamberth. I remain,

Very truly yours,

Rick A. Rude

RR/mp

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <Page@somdlaw.com> |
| **Sent:** | Tuesday, February 14, 2006 12:32 PM |
| **Subject:** | Rude v. Dancing Crab-complliance with discovery-SECOND REQUEST FOR CONFERENCE |

Dear Mr. Wyrough:
On Saturday I forwarded correspondence requesting that you provide a date to discuss defendant's compliance with outstanding discovery. I have not gotten a response.

As you are aware, the court rules require this conference.

Please call me or send me an email with a response.

Sincerely,

Rick Rude

Page 1 of 1

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <Page@somdlaw.com> |
| **Sent:** | Thursday, February 02, 2006 8:18 AM |
| **Subject:** | Rude v. DAncing Crab case 05-1278RCL |

Dear Mr. Wyrough:

YOur initial discovery indicated that you had a copy of the insurance policy for Dancing Crab and that the policy was available for review. As you are aware, discovery from Mr. Cibel and the Dancing Crab is due February 10th to be produced at my office or another location as timely noticed.
Since I want to review the insurance policy and have to come to you office to do that, I can also review the scheduled responses to plaintiff's first interrogatories and request for production as well. This will save you a trip to my office as well as making this matter convenient for both of us.

If this arrangement is acceptable to you, please call me or have someone in your office call me to confirm.

Sincerely,

Rick Rude
703-536-3063