## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                              Case No. 1:05cv1278RCL

THE DANCING CRAB AT WASHINGTON
HARBOUR, L.P., et al.,

    Defendants.

### ORDER

This matter having come before the court upon plaintiff's motion to compel compliance with plaintiff's first interrogatories and request for production of documents, and the court having considered the motion, and any opposition thereto, it is hereby

ORDERED that plaintiff's motion is GRANTED and defendant Dean Cibel shall fully and completely answer plaintiff's first interrogatories and shall produce for inspection, review and copy the documents sought by plaintiff's first request for production of documents no later than _____; and it is hereby further

ORDERED that should defendant fail to comply with the terms of this Order, that the plaintiff may submit to the Court a motion for the imposition of sanctions; and it is hereby further

ORDERED that plaintiff may submit to the court a motion for award of attorney's fees necessitated by defendant's failure to comply with discovery.

Dated: _____

                                              _____
                                              United States District Court Judge