<u>Case no. 05cv1278RCL</u>
<u>Rude v. Dancing Crab et al.</u>
<u>Motion to Compel Compliance With Discovery</u>

**EXHIBIT NO. 1**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

22 March 2006
Via E-Mail

Mr. R. Page Wyrough
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD. 20772

Re: Rude v. Dancing Crab et al. -- Request For Conference Date(s)

Dear Mr. Wyrough:

On February 15, 2006 plaintiff served your office with discovery addressed to Defendant Dean Cibel. The interrogatories and document production requests were returnable March 21, 2006. Defendant has not complied nor responded in any manner. The Court's Rules of Procedure require that we meet and confer on this discovery matter.

Accordingly, I would hereby formally request that you provide me with a date and time, including alternative dates and times, at which we can confer regarding this matter. The failure to respond to this request will permit me to seek the immediate intervention of Judge Lamberth. I remain,

Very truly yours,

Rick A. Rude

RR/mp