UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1278 (RCL) |
| ) | |
| **THE DANCING CRAB AT** ) | |
| **WASHINGTON HARBOUR, LP,** et al. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of plaintiff's motion [16] to compel consolidate cases with Rule 26 (a)(1), the lack of opposition thereto, and the record herein, it is hereby

ORDERED that plaintiff's motion [16] to compel is GRANTED. Defendants shall, within 10 days of this date, disclose any known witness addresses and telephone numbers in the possession of defendants for the following individuals:

Robert Puzio

John Eagletown

Jeff Saunders

Charles "Chuck" Moran

Adrian Russo

Dave Barrow

James King

Chris Evanson

Matt Rapoza

Anthony DeStasio

Sen Hutton

Calvin Tillman

Sean Griffith

Ryan Goethails

DJ Cincogrono

Matt Krouner

Rick Yurico

It is further ORDERED that defendants certify to the Court within 10 days of this date that they have searched all of their employment records, personnel records, applicant files, W-2 forms, and any other files reasonably likely to contain such information.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 15, 2006.