UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1278 (RCL) |
| | ) | |
| **THE DANCING CRAB AT** | ) | |
| **WASHINGTON HARBOUR, LP,** <u>et al</u>. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter having come before the court upon plaintiff's motion [19] to compel compliance with plaintiff's first interrogatories and request for production of documents, and the court having considered the motion and the lack of opposition thereto, it is hereby

ORDERED that plaintiff's motion is GRANTED and defendant The Dancing Crab at Washington Harbour, L.P. shall fully and completely answer plaintiff's first interrogatories and shall produce for inspection, review and copy the documents sought by plaintiff's first request for production of documents no later than 10 days from this date; and it is further

ORDERED that should defendant fail to comply with the terms of this Order, that the plaintiff may submit to the Court a motion for the imposition of sanctions; and it is hereby further

ORDERED that plaintiff may submit to the court a motion for award of attorney's fees necessitated by defendant's failure to comply with discovery. Whether plaintiff's counsel, as a relative of plaintiff, is eligible to obtain such fees remains to be determined.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 15, 2006.