UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
| Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
| Defendants. : | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties, Plaintiff, JONATHAN W. RUDE, and the Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their undersigned counsel, pursuant to Rules 6(b) and 16 and LCvR 16.4, and request this honorable court to modify the scheduling order as set forth below and in support thereof state as follows:

1. The current deadline for the close of all discovery is July 31, 2006.

2. The parties request that the deadline for the close of all discovery be extended to August 31, 2006

3. The current deadline for the filing of dispositive motions is August 31, 2006.

4. The parties request that the deadline for the filing of dispositive motions be extended to September 30, 2006 with oppositions being due within fifteen (15) days of the filing of any dispositive motion and replies being due within five (5) days of the filing of the opposition(s)..

5. No pretrial or trial date has been set at this time, although a status conference is to be set after the disposition of any dispositive motions at which the pretrial and trial dates are to be set.

6. The parties have been working diligently and cooperatively to conclude discovery.

7. To date written discovery has been concluded, documents have been exchanged and more than ten (10) depositions have been taken including one (1) in California. The depositions taken to date have been noted by the Plaintiff.

8.  The Defendant intends to take at least four (4) depositions including the deposition of the Plaintiff.

9.  Several of the witnesses involved are former college students and former employees of the Dancing Crab who moved out of the area and locating those witnesses and scheduling their depositions has been more difficult and time consuming than the parties originally contemplated.

10. Due to the trial and work calendars and travel and vacation schedules of the parties and their counsel as well as the witnesses it is not possible to conclude all the depositions which need to be taken prior to the current deadline.

11. The motion is not filed for the purpose of delay and grant of the motion is in the interests of justice.

12. The proposed modified scheduling order is attached.

WHEREFORE, the parties for good cause shown, respectfully request to grant their motion to modify the scheduling order.

Respectfully submitted,

CAIN & WYROUGH, P.C.

_____/s/_____
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

_____/s/_____
RICK A. RUDE
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : <br> : <br> Plaintiff : <br> vs. : <br> : <br> THE DANCING CRAB AT WASHINGTON HARBOUR, : <br> LP, ET AL. : <br> : <br> Defendants. : <br> : | Case No.: 1:05CV01278 <br><br> JUDGE ROYCE C. LAMBERTH |

**PROPOSED SCHEDULING ORDER**

Having read and considered the Joint Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3 and the order of this court and other matters of record, it is on this ____ day of _____, 2006 hereby

ORDERED, by the United States District Court for the District of Columbia that:

1. All discovery in this matter shall be concluded by August 31, 2006.

2. All dispositive motions shall be filed by September 30, 2006.

3. Any opposition to a dispositive motion shall be filed within fifteen (15) days of the filing of the dispositive motion.

4. Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

5. The pretrial conference will be set by the clerk's office after the rulings on any dispositive motion. The trial date will be set at the pretrial conference.

_____
Royce C. Lamberth, Judge

Copies to:

Richard R. Page Wyrough, Esq.
Sloane R. Franklin, Esq.
15051 Marlboro Pike
Upper Marlboro, Maryland  20772

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046