UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1278 (RCL) |
| ) | |
| **THE DANCING CRAB AT** ) | |
| **WASHINGTON HARBOUR, LP, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## SCHEDULING ORDER

Having read and considered the Joint Motion [24] to modify the Scheduling Order and the Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3, and other matters of record, it is hereby

ORDERED, that said motion is granted and that:

1. All discovery in this matter shall be concluded by August 31, 2006.

2. All dispositive motions shall be filed by September 30, 2006.

3. Any opposition to a dispositive motion shall be filed within fifteen (15) days of the filing of the dispositive motion.

4. Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

5. The pretrial conference will be set by the clerk's office after the rulings on any dispositive motion. The trial date will be set at the pretrial conference.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.