## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                     Case No. 1:05cv01278RCL

THE DANCING CRAB AT WASHINGTON
HARBOUR, L.P., et al.,

    Defendants.

### MOTION TO COMPEL COMPLIANCE WITH DISCOVERY

COMES NOW, Plaintiff, Jonathan W. Rude, by and through his counsel, pursuant to Rule 37(a)(1), F.R.CIV.P. 37(a)(1), and moves this court for the entry of an order compelling The Dancing Crab At Washington Harbour, L.P. to comply with plaintiff's Second Request For Production of Documents. The discovery was properly served on June 29, 2006 and was returnable on July 31, 2006 Defendant has not responded either by way of answer, production or objection to the involved discovery. Defendant's counsel has in fact been uncommunicative regarding this discovery. A copy of this discovery request is identified as Exhibit No. 1 to plaintiff's Memorandum of Points and Authorities filed herewith. A proposed form of order is further enclosed. Counsel for plaintiff includes herewith the required Statement and Certification pursuant to Rule LCvR 7(m) and Rule 37(a)(2)(A), F.R.CIV.P 37(a)(2)(A).

1

### Certification of Counsel pursuant to LCvR 7(m) and 37(a)(2)(A)

Counsel for plaintiff states that he has made repeated attempts to communicate with counsel for defendant regarding this discovery. Counsel for defendant is now uncommunicative, ignores telephone calls, does not respond to either e-mail nor written correspondence. Counsel for plaintiff forwarded a request for a meeting to confer on this discovery on August 4, 2006. Plaintiff made a second request on August 8th and a third request on August 14th. Counsel has exhausted all reasonable means of obtaining defendant's voluntary compliance with the involved discovery.

### Conclusion

Plaintiff hereby requests that this Court enter an Order directly Defendant to comply, fully and completely, with Plaintiff's Second Request For Production of Documents within ten days (10) of the date of any Order which the court may issue; that in the event Defendant does not fully and completely comply, that all documents, witness testimony and any other evidence required by Plaintiff's Second Request For Documents be excluded from use by Defendant in this proceeding; and lastly that this Court include in its Order any and all other relief the Court deems just and appropriate in the circumstances.

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Dated: 18 August 2006