UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                      Case No. 1:05cv1278RCL

THE DANCING CRAB AT WASHINGTON
HARBOUR, L.P., et al.,

    Defendants.

## ORDER

This matter having come before the court upon plaintiff's motion to compel compliance with plaintiff's second request for production of documents, and the court having considered the motion, and any opposition thereto, it is hereby

ORDERED that plaintiff's motion is GRANTED and defendant The Dancing Crab at Washington Harbour, L.P. shall fully and completely produce for inspection, review and copy the documents sought by plaintiff's second request for production of documents no later than _____; and it is hereby further

ORDERED that defendant shall submit to the court a certification of compliance with this Order; and it is hereby further

ORDERED that should defendant fail to comply with the terms of this Order, all documents, witness testimony and any other evidence required by plaintiff's second request for production of documents is and shall be excluded from use by defendant in this proceeding.

Dated: _____

                                                        _____
                                                        United States District Court Judge