UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE                                    :
                                                   :
         Plaintiff                                 :
                                                   :
vs.                                                :    Case No.: 1:05CV01278
                                                   :
THE DANCING CRAB AT WASHINGTON HARBOUR,            :
LP, ET AL.                                         :    JUDGE ROYCE C. LAMBERTH
                                                   :
         Defendants.                               :
                                                   :

## OPPOSITION TO MOTION TO COMPEL DISCOVERY

         The Defendant, THE DANCING CRAB AT WASHINGTON HARBOUR, LP, by and through their

counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, in opposition to Plaintiffs' Request for

an Order Compelling Discovery states as follows:

         1.      Plaintiff's motion is moot.

         2       On even date herewith a response to Plaintiff's Second Request for Production of

Documents was provided to the Plaintiff.

         3.      The response was provided despite the fact that the request was propounded on July 29,

2006 which was after the deadline for written discovery which was May 1, 2006.

         4.      Documents responsive to seven and one half (7 1/2) of the nine (9) requests had been

provided to or made available to the Plaintiff prior to the filing of Plaintiff's motion.

         5.      One half (½) of one of the responses to the requests was documents obtained by the

Defendant on or about August 25, 2006.

         Wherefore, the Defendant respectfully requests this honorable court to deny Plaintiff's motion

to compel discovery.


                                            Respectfully submitted,

                                            CAIN & WYROUGH, P.C.


                                            _____/s/_____
                                            RICHARD R. PAGE WYROUGH, #02821
                                            15051 Marlboro Pike
                                            Upper Marlboro, Maryland  20772
                                            (301) 627-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2006, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

/s/
RICHARD R. PAGE WYROUGH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE                                    :
                                                   :
        Plaintiff                                  :
vs.                                                :     Case No.: 1:05CV01278
                                                   :
THE DANCING CRAB AT WASHINGTON HARBOUR,            :
LP, ET AL.                                         :     JUDGE ROYCE C. LAMBERTH
                                                   :
        Defendants.                                :
                                                   :

## ORDER

Upon consideration of Plaintiff's Motion for an Order to Compel Discovery, the Defendants' Opposition thereto, and other matters of record herein, it is _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the Motion for an Order to Compel Discovery, be and the same, is hereby DENIED.

_____
JUDGE

Copies by the Court to:

Richard R. Page Wyrough, Esquire
CAIN & WYROUGH, P.C.
15051 Marlboro Pike
Upper Marlboro, MD 20772

Rick A. Rude, Esquire
Suite 103
207 Park Avenue
Falls Church, Virginia 22046