**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JONATHAN W. RUDE,

           Plaintiff,

    v.                                     Case No. 05cv1278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOUR,
L.P. et al.,

           Defendants.

<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

      COMES NOW, Plaintiff, by and through his counsel, and submits this Motion For Partial Summary Judgment in regard to Defendants Affirmative Defenses.  The listed Affirmative Defenses do not have a basis in fact nor are these defenses sustainable as a matter of law.  Plaintiff presently has pending with this Court a Motion to Compel Discovery in regard to Plaintiff's Second Request For Production of Documents. Plaintiff has also submitted to the Court a Motion For Sanctions.  The sanctions sought include default for failure to comply with the identification of witnesses, the production of documents and the knowing spoliation of key evidence. In the event the Court grants Plaintiff's Motion For Sanctions and enters default; then this Motion For Partial Summary Judgment is moot. It is noted that the Court's Scheduling Order requires that parties file disposition motions or that such matter is waived. Plaintiff, as a precaution, has thusly filed this motion.

    It is hereby respectfully requested that in the event that the Court does not impose that sanctions sought pursuant to Plaintiff's Motion For Sanctions, that the Court favorably consider this Motion For Partial Summary Judgment.

Respectfully submitted,


_____/S/_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff