UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                        Case No. 05cv1278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOUR, L.P. et al.

    Defendants.

**O R D E R**

This matter comes before the court upon plaintiff's motion for partial summary judgment as to defendants' affirmative defenses. The court having considered the motion, and the opposition thereto, does hereby GRANT the motion for partial summary judgment; and it is hereby

ORDERED that defendants' affirmative defenses of trespasser, contributory negligence and assumption of the risk are stricken.

_____
United States District Court Judge