## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                      Case No. 05cv1278(RCL)

THE DANCING CRABT AT
WASHINGTON HARBOUR,
L.P. et al.,

    Defendants.

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS
### IN SUPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Plaintiff, by and through his counsel, and submits this Statement of Material Facts in Support of Plaintiff's Motion For Partial Summary Judgment. Plaintiff hereinafter states:

1. Defendant Dancing Crab at Washington Harbour, L.P. conducts business as a restaurant, bar and dining establishment at 3000-3050 K Street, N.W. in the District of Columbia.

2. Defendant Dancing Crab at Washington Harbour, L.P. was issued a license to serve alcoholic beverages, class CRO3, by the Government of the District of Columbia Alcoholic Beverage Regulation Administration which license was in effect during the period January 1, 2004 through December 31, 2004. (Doc. #1, Cmplt, para. 8; Doc. #9, Answer, pg. 1, point 5).

3. Defendant Dancing Crab at Washington Habour, L.P. is a "public" establishment and subject to the regulations contained in Title 23—Alcoholic Beverages of the District of Columbia Municipal Regulations ("DCMR").

1

4. Anthony B. Wood, a/k/a Willie Joyner, Jr. was an employed by the Dancing Crab at Washington Harbour, L.P. as a doorman/bouncer during the period June 1, 2004 through at least the end of September 2004. (Doc. #1, Cmplt, para. 18; Doc.#9, Answer, pg. 2, point 13).

5. Olayinka Adeboyeku, a/k/a/ Yinka was employed by the Dancing Crab at Washington Harbour, L.P. as a doorman/bouncer during the period June 1, 2004 through June 27, 2004. (Doc. #1, Cmplt, para. 19; Doc. #9, Answer, pg. 2, point 13).

6. Anthony B. Wood possessed a criminal conviction history which history includes three felony convictions for crimes of violence including unlicensed possession of weapons, possession of drugs, and distribution of drugs in both the District of Columbia and State of Georgia. (Doc. #1, Complt, para. 21, 22; Doc. #9, Answer, pg. 2, point 16).

7. Anthony B. Wood was arrested by the Metropolitan Police Department on June 27, 2004 at the restaurant facilities of The Dancing Crab at Washington Harbour, L.P. and charged with Aggravated Assault on Plaintiff. (Doc. #1, Complt, para. 38; Doc. #9, Answer, pg. 2, point 24).

8. Olayinka Adeboyeku was arrested on July 8, 2004 in Montgomery County Maryland as a fugitive from the District of Columbia. (Attachment No. 1, Def. Response to Admission Request No. 8).

9. Olayinka Adeboyeku was returned to the District of Columbia and charged with Aggravated Assault on Plaintiff (Doc. #1, Complt. Para. 40; Doc. #9, Answer, pg. 2, point 24).

10. Olayinka Adeboyeku and Anthony B. Wood were working at the restaurant facilities of The Dancing Crab at Washington Harbour, L.P. on June 27, 2004. (Attachment No. 1, Def. Response to Admission Requests 1, 5).

11. On June 27, 2004, at approximately 1:45 A.M. to 2:00 A.M. Plaintiff entered the main bar of the Dancing Crab at Washington Harbour. L.P. to wait for Micheal Gillman and give him a ride home. (Attachment No. 2, Dep. J. Sylvester, pg. 13, Ex. 2, pg. 1; Attachment No. 3, Dep. M. Gillman, pg. 15-16, 24-25, Ex. 3, pg. 1).

12. Robert Puzio told James Sylvester to ask the Plaintiff to leave as "Yanka was angry with" the Plaintiff. (Attachment No. 2-Dep. J. Sylvester, Ex. 2, pg. 1; Attachment No. 3-Dep. M. Gillman, pg. 24, (Lines 21-23).

13. Plaintiff had a conversation with Officer Rob Owen in which Plaintiff indicated that he "did not have a problem with Yanka and would talk to him if he wanted to". (Attachment No. 2-Dep. J. Sylvester, Ex. 2, pg. 1;Attachment No. 3-Dep. M. Gillman, pg. 26-27, Ex. 3, pg. 1-2).

14. Plaintiff specifically stated he "did not want to fight" as he "had no quarrel" with Yinka. (Attachment No. 3-Dep. M. Gillman, Ex. 3, pg. 2)

15. Officers Robert Owen and Glenn Luckett were present in the main bar of the Dancing Crab at Washington Harbour, L.P. while Yinka, Anthony Wood and Oluwatosin Adeboyeku stood at the main entrance/exit to the Dancing Crab at Washington Harbour, L.P. (Attachment No. 4-Dep. A. Wood, pg. 69; Attachment No. 5, pg. 314; Attachment No. 6-A, pg. 4, lines 11-17).

16. Officer Robert Owen told Plaintiff that it would be better not to even see Yinka. (Attachment No. 2-Dep. J. Sylvester, ex. Pg. 1).

17. Yinka was standing outside at the main entrance where he was pulling and banging on the doors saying that he was going to fight the Plaintiff. (Attachment No3-Dep. M. Gillman, pg. 26, lines 19-21.

18. Yinka began to follow Officer Owen. Plaintiff and the other individuals after they left the side entrance and Yinka began screaming and throwing tables and banging on the outdoor furniture. (Attachment No. 3-Dep. M. Gillman, pg. 27, lines 20-24; Attachment No. 6-A-Interview Stmt. A. Wood, pg. 4, lines 11-16; Attachment No. 5, pg. 318).

19. Officer Robert Owen took Plaintiff, Mr. Gillman and two other individuals out the side entrance of the Dancing Crab at Washington Harbour to avoid an incident. (Attachment No. 3-Dep. M. Gillman, pg. 27, lines 12-14; Attachment No. 5, pg. 315; Attachment No. 4-Dep. A. Wood, pg. 69).

20. Officer Owen, Plaintiff and Mr. Gillman left by a side door and began walking up the boardwalk toward the Sequoia and 30th Street, N.W. and thence up 30th Street to K Street, N.W. (Attachment No. 3-Dep. M. Gillman, Ex. 3, pg. 2)

21. Yinka and Anthony Wood then cut through the restaurant and main bar area of the Dancing Crab at Washington Harbour during which time Yinka stated to James Sylvester that he was going to "knock Jon Rude out" and then he would return and knock out James Sylvester. (Attachment No. 2-Dep. J. Sylvester, Ex. 2, pg. 2).

22. Yinka and Anthony Wood exited the main entrance to the Dancing Crab at Washington Harbour ran into the garage of the Washington Harbour Complex. (Attachment No. 4-Dep. A. Wood, pg. 70, lines 2-20 to pg. 71, line 7).

23. Yinka and Anthony Wood then exited the garage and then ran up the main steps of the Washington Harbour Complex toward K Street. (Attachment No. 4-Dep. A. Wood, pg. 71, line 8 to pg. 7).

24. Plaintiff, M. Gillman and the two other individuals were at the corner of the Washington Harbour Complex walking away from the Complex. (Attachment No. 4-Dep. A. Wood, pg. 72, lines 9-13); Attachment No. 3-Dep. M. Gillman, pg. 14. lines 5-9).

25. Yinka ran after the Plaintiff, M. Gillman and the two other individuals and caught up to them. (Attachment No. 4-Dep. A. Wood, pg. 72, line 9-16, pg. 76, lines 15).

26. Yinka then lunged at Plaintiff striking plaintiff in the back of the head causing Plaintiff to fall. (Attachment No. 3-Dep. M. Gillman, pg. 28. lines 16-24;Attachment No. 4-Dep. A. Wood, pg. 106, line 9).

27. Anthony Wood then tackled Plaintiff. (Attachment No. 4-Dep. A. Wood, pg. 77, line 19-20; Attachment No. 6-A, Interview Stmt A. Wood, pg. 4, line 25 – pg. 5, line 2).

28. Michael Gillman then grabbed Yinka and Anthony Wood pulled Gillman off Yinka. (Attachment No. 3-Dep. M. Gillman, pg. 29, lines 3-12; Ex. 3, pg. 3).

29. Yinka ran over to where Plaintiff was on the sidewalk and kicked Plaintiff in the head. (Attachment No. 3-Dep. M. Gillman, pg. 29, lines 13-17).

30. Yinka was on top of Plaintiff and was striking Plaintiff in the head hitting him in the face with his head bouncing off the cement sidewalk. (Attachment No. 3-Dep. M. Gillman, pg. 29, lines 19-21; Attachment No. 6-B, Interview Stmt Anthony Wood, pg. 7, lines 1-3).

31. Anthony Wood pulled Yinka off Plaintiff and as he did so, Yinka kicked Plaintiff in the head again. (Attachment No. 6-B, Interview Stmt Anthony Wood, pg. 7, lines 5-23, pg. 10, lines 6-10).

32. Anthony Wood and Yinka then returned to the Dancing Carb at Washington Harbour where they went inside and attended a meeting. (Attachment No. 6-B, Interview Stmt. Anthony Wood, pg. 10, line 17-18).

33. On June 27, 2004 Plaintiff did not speak nor communicate in any way with Anthony Wood, Olayinka Adeboyeku nor Oluwatosin Adeboyeku while at the facilities of the Dancing Crab at Washington Harbour, L.P.

Dated: 2 October 2006

/S/
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff