UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE                                  :

      Plaintiff                                  :

vs.                                                :   Case No.: 1:05CV01278

THE DANCING CRAB AT WASHINGTON HARBOUR,             :
LP, ET AL.                                         :   JUDGE ROYCE C. LAMBERTH

      Defendants.                                :

### RESPONSE TO REQUEST FOR ADMISSIONS

The Defendant, The Dancing Crab at Washington Harbour, LP by and through its counsel, Richard R. Page Wyrough and Cain & Wyrough, PC in response to Plaintiff's requests for admission states as follows:

1) On June 27, 2004 Anthony B. Wood was an employee of the Dancing Crab.

Admitted.

2) On June 27, 2004 Anthony B. Wood was arrested on the premises of the Dancing Crab by the Metropolitan Police Department.

Objection. The request is irrelevant, immaterial and its probative value, if any, is outweighed by the "fact's" prejudicial nature. Without waiving said objection, denied. Anthony B. Wood was arrested on K Street, N.W., Washington, DC after being identified by alleged witnesses to an alleged assault.

3) On June 27, 2004 Anthony B. Wood was charged with the aggravated assault on plaintiff.

Objection. The request is irrelevant, immaterial and its probative value, if any, is outweighed by the "fact's" prejudicial nature. Without waiving said objection, admitted.

4) On June 20, 2004 Olayinka Adeboyeku was an employee of the Dancing Crab.

Admitted.

5) On June 27, 2004 Olayinka Adeboyeku was an employee of the Dancing Crab.

Admitted.

6) On July 8, 2004 Olayinka Adeboyeku was arrested by the Montgomery County Police and charged as being a fugitive from arrest in the District of Columbia.

Objection. The request is irrelevant, immaterial and its probative value, if any, is outweighed by the "fact's" prejudicial nature. Without waiving said objection, admitted.

7) On July 14, 2004 Olayinka Adeboyeku was arraigned in the Superior Court of the District of Columbia and charged with the aggravated assault on Plaintiff.

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

05cv1278(RCL)
ATTACHMENT NO. 1

Respectfully submitted,
CAIN & WYROUGH, P.C.

_____/s/_____
RICHARD R. PAGE WYROUGH, #02821
15051 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  26th  day of January, 2006, a notice of service was filed electronically in this case and a copy of the foregoing was electronically mailed and mailed to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

_____/s/_____
RICHARD R. PAGE WYROUGH

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716