Michael Gillman - June 26, 2006

```
 1                    MICHAEL GILLMAN,
 2       having been sworn, testified as follows:
 3
 4                       EXAMINATION
 5  BY MR. RUDE:
 6       Q.  Mr. Gillman, please state your full name
 7  and an address where you may be located.
 8       A.  Michael Aaron Gillman, 9320 Southwest
 9  103rd Street, Miami, Florida 33176.
10       MR. RUDE:  And I am going to mark a document
11  here as Exhibit 1.
12            (Plaintiff's Exhibit 1 was
13         marked for identification.)
14       Q.  BY MR. RUDE:  Mr. Gillman, I am going to
15  hand you this document and ask you if you have ever
16  seen it before.
17       A.  Yes, I have.
18       Q.  And this was a notice for you to appear
19  for this deposition and you agreed to appear?
20       A.  Yes.
21       Q.  I want to note for the record that it is
22  now 10:08.  The notice was properly served on counsel
23  for the defendant on May 18th of 2006 and reconfirmed
24  on several subsequent occasions, as recent as a letter
25  of June 15th of 2006.
```

SHELBURNE REPORTERS (619) 234-9100

05cv1278(RCL)
ATTACHMENT NO. 3-A

4

Michael Gillman - June 26, 2006

| | |
|---|---|
| 1 | Q. Okay. |
| 2 | Did you ever talk to Tony Wood about the |
| 3 | incident of the 20th? |
| 4 | A. Never specifically about the incident, but |
| 5 | on the following weekend I was working the door with |
| 6 | Tony Wood, at which point he asked me several times |
| 7 | during the night what I would do if two people got |
| 8 | into a fight. |
| 9 | Q. When Yinka was making these comments |
| 10 | regarding Georgetown football players, were any of the |
| 11 | managers present? |
| 12 | A. Yes. |
| 13 | Q. And do you remember who those managers |
| 14 | were? |
| 15 | A. Rob Puzio and John Eagleton. |
| 16 | Q. I want to make sure this is straight for |
| 17 | the record. |
| 18 | Rob Puzio and John Eagleton were present |
| 19 | while Yinka was making statements that he was going to |
| 20 | fuck up Jon Cummings? |
| 21 | A. Yes. |
| 22 | Q. Let's go back to the night of June |
| 23 | 26th/27th. |
| 24 | Do you recall that evening? |
| 25 | A. Yes. |

SHELBURNE SHERR COURT REPORTERS (619) 234-9100

14

Michael Gillman - June 26, 2006

```
 1          MR. RUDE:  I am going to mark as Exhibit 3.
 2          (Plaintiff's Exhibit 3 was
 3      marked for identification.)
 4          Q.  BY MR. RUDE:  I am going to ask you if you
 5  recognize this document.
 6          A.  Yes.
 7          Q.  What is it?
 8          A.  It's the statement that I gave to the
 9  police that evening.
10          Q.  I would draw your attention to a box --
11  box number 15.
12          Is that your signature?
13          A.  Yes, it is.
14          Q.  I am going to ask you to take a couple
15  minutes and review this statement.  Would you please
16  do so.
17          A.  Yes.
18          Q.  Okay.  Have you reviewed that statement?
19          A.  Yes.
20          Q.  Mr. Gillman, is that statement a true and
21  correct copy of the statement you provided to the
22  Metropolitan Police Department on June 27th, 2004?
23          A.  Yes, it is.
24          Q.  Is the content of that statement true and
25  correct?
```

SHELBURNE SHERR COURT REPORTERS (619) 234-9100

Michael Gillman - June 26, 2006

1    A.  The only error that is on this police
2  report is on -- it is the last page.
3    Q.  Mm-hmm.
4    A.  When the officer was asking me
5  questions --
6    Q.  Yes.
7    A.  -- he wrote down incorrectly.  He said --
8  is it the last page or is it the one before that?
9        Oh.  It's the second to last page.  I'm
10 sorry.
11   Q.  Can you identify the page number?
12   A.  Page 6.
13   Q.  Yes.
14   A.  The officer incorrectly wrote down, "Did
15 John assault you?"
16       And it should have said, "Did Tony assault
17 you?"
18   Q.  Tony?
19   A.  Yes.
20   Q.  And by Tony, who is Tony?
21   A.  Tony Wood.
22   Q.  I am going to direct your attention to --
23   A.  Oh.  Also, he kept writing down the wrong
24 name.
25       Further down it says, "Why did John pull

SHELBURNE SHERR COURT REPORTERS (619) 234-9100

16

Michael Gillman - June 26, 2006

1   you back?"
2          It should say, "Why did Tony pull you
3   back?"
4          Q.  I am going to ask you to take a red pen
5   and make the corrections on that statement.
6          A.  Okay.
7          Q.  Okay.  And initial it.
8          A.  (Witness complies with the request of
9   counsel.)
10         Q.  Here.  I will have you make it on the
11  exhibit.
12         A.  (Witness complies with the request of
13  counsel.)
14         Q.  Now, Mr. Gillman, I am going to direct
15  your attention to Page 2 of that document and I would
16  like to draw your attention to the fifth line down
17  starting with "Also at this time."
18         Do you see that?
19         A.  Yes.
20         Q.  Was Mr. Puzio present in the main bar area
21  of Tony & Joe's when Officer Lucket and Officer Owen
22  were in the main bar area talking to Jon Rude?
23         A.  Yes, he was.
24         Q.  Was Mr. Puzio aware of the circumstances
25  of why Mr. Lucket and Mr. Owen were talking to

SHELBURNE SHERR COURT REPORTERS (619) 234-9100

Michael Gillman - June 26, 2006

1  Mr. Rude?
2       A.  Yes, he was.
3       Q.  Is that an accurate recitation of what
4  Mr. Puzio said?
5       A.  Yes, it is.
6       Q.  Do you know what he meant when he said he
7  is tired of this shit?
8       A.  He meant that there have been several
9  incidents in the past with Yinka and this was the
10 latest in his string of incidents and he was tired of
11 it.
12      Q.  Did he make any comments about wanting to
13 terminate Yinka?
14      A.  No.
15      Q.  Did he say anything else that evening?
16      A.  I spoke to him later on after the incident
17 happened from the hospital, at which point I told him
18 that I quit .
19      Q.  Approximately what time was that?
20      A.  I'm guessing around 3:00, 3:30.
21      Q.  And how did you speak with him?
22      A.  I called him on my cell phone.
23      Q.  And what exactly did you tell Mr. Puzio?
24      A.  I told Mr. Puzio everything that had
25 happened in the incident, at which point he told me

SHELBURNE SHERR COURT REPORTERS (619) 234-9100