SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
    v.                        : Criminal Action No.:
                              :
OLAYINKA ADEBOYEKU,           :    F-4460-04
                              :
         Defendant.           :
                              :
------------------------------x

                                         Washington, D.C.
                                         Tuesday, March 8, 2005

        The above-entitled action came on for a jury trial before the **HONORABLE THOMAS MOTLEY**, Associate Judge, in Courtroom Number 221.

                THIS TRANSCRIPT REPRESENTS THE PRODUCT
                OF AN OFFICIAL REPORTER, ENGAGED BY THE
                COURT, WHO HAS PERSONALLY CERTIFIED THAT
                IT REPRESENTS THE RECORDS OF TESTIMONY
                AND PROCEEDINGS OF THE CASE AS RECORDED.

                APPEARANCES:

                On behalf of the Government:

                JONATHAN W. HARAY, Esquire
                Assistant United States Attorney
                Washington, D.C.

                On behalf of the Defendant:

                REGINALD WILLIAMSON, Esquire
                Public Defender Service
                Washington, D.C.

COURT REPORTING/DIVISION
DISTRICT OF COLUMBIA
COURTS
RECEIVED 2006 JUN 33 P 2:36

KATHY E. JACKSON                    Telephone (202) 879-1064
Official Court Reporter

1      THE COURT: Next witness, please.
2 Thereupon,
3                    **ROBERT OWEN,**
4 having been called as a witness by the government, and
5 having been first duly sworn by the Court, was examined and
6 testified as follows:
7      THE WITNESS: Good afternoon.
8      THE COURT: Good afternoon. Could you state your
9 name for the record?
10     THE WITNESS: Officer Robert Owen. Last name
11 spelled O-W-E-N.
12     THE COURT: Counsel, you may proceed for five
13 minutes.
14     MR. HARAY: Thank you, Your Honor.
15               DIRECT EXAMINATION
16     BY MR. HARAY::
17  Q.  Sir, where do you work?
18  A.  Metropolitan Police Department.
19  Q.  What's your current rank?
20  A.  PFC, patrolman first class.
21  Q.  I'm sorry, I cut you off.
22  A.  Patrolman first class.
23  Q.  How long have you been with the Metropolitan
24 Police Department?
25  A.  About seven and a half years.

```
 1   bench.  You may continue with your examination.
 2                 DIRECT EXAMINATION (Resumed)
 3        BY MR. HARAY::
 4     Q.  Officer Owen, what happened when Tony Wood
 5   approached you and Officer Luckett?
 6     A.  He had asked us politely if we would turn our
 7   backs to allow the bouncers to fight one on one.
 8     Q.  Where were you when he said that?
 9     A.  We were in the middle of the harbor, in between
10   Riverside and Tony & Joe's Restaurant by the fountain.
11     Q.  Showing you Exhibit Number 1.  Can you just put an
12   "X" with this marker where you were when that happened?
13     A.  This is Riverside Grill on this side.  This is
14   Tony & Joe's on this side.  We were right in the middle?
15           THE COURT:  Keep your voice up, sir.
16           THE WITNESS:  Right in the middle.
17           BY MR. HARAY::
18     Q.  Where the "X" is?
19     A.  Where the "X" is, in the middle of the two
20   restaurants.
21     Q.  How did you respond to his question?
22     A.  We told him no, we were not going to allow that.
23     Q.  What did you do next?
24     A.  We walked into Tony & Joe's Restaurant where I saw
25   Jon Rude inside the -- this was around closing time, so
```

1  there weren't a lot of patrons in the bar. It was rather
2  empty.
3      Q.  Where was Mr. Rude?
4      A.  He was inside of the restaurant of Tony & Joe's.
5      Q.  Do you know specifically where he was inside?
6      A.  I believe he was right by the bar area inside of
7  the restaurant.
8      Q.  Who was he with?
9      A.  I believe he was with two of his friends.
10     Q.  Did you know those people?
11     A.  No, I did not.
12     Q.  What happened?
13     A.  Jon Rude appeared to be very nervous. We asked
14 him what was going on. He claimed he did not know why Yinka
15 wanted to fight him. And he also furthermore claimed that
16 he did not want to fight Yinka.
17     Q.  What did you do then?
18     A.  Officer Luckett had gone back outside, because
19 Yinka was outside rather angry. He had one of his fist
20 balled up and punching his hand like so.
21     Q.  You're demonstrating by punching your left hand
22 into your open right palm; is that right?
23     A.  Yes.
24     Q.  Now, where were you when you saw the defendant
25 making that motion?

314

1    A.    We were inside next to Jon Rude.

2    Q.    And where was the defendant when he was doing

3 that?

4    A.    Outside of Tony & Joe's restaurant.

5    THE COURT:  Excuse me.  You had your left hand

6 hitting your right hand.  Are you describing which hand he

7 hit?

8    THE WITNESS:  I don't remember which hand he was

9 hitting.  But that was the motion that he was -- he was very

10 angry.  He was like pumping himself up and punching one fist

11 into to the palm of a hand.

12    THE COURT:  Are you left handed or right handed?

13    THE WITNESS:  I'm left handed, sir.

14    BY MR. HARAY::

15    Q.    Do you recall which fist he was using and which

16 palm was open?

17    A.    No, I do not.

18    Q.    How could you see him?

19    A.    Through the glass.

20    Q.    What did you do next?

21    A.    Officer Luckett had gone outside to where Yinka

22 was.  The idea was to keep them separated.  And I walked Jon

23 Rude and two of his friends out the side door of the Tony &

24 Joe's along with a third party that was with Mr. Rude.

25    Q.    Who was at the side door?

1  trouble me being by myself along with Mr. Rude and his three
2  parties he was with and Yinka and his brother.
3  　　　　　I pulled out my pepper spray that we have on our
4  belt, which was standard. And I put it down to my side just
5  in case there was trouble very quickly before I could get
6  any assistance.
7  　　　　　I then yelled at Yinka and his brother to return
8  back to the bar. Yinka then became very enraged at that
9  time. He started banging on tables, tossing tables over.
10 He was extremely angry.
11 　　Q.　How many tables did he turn over?
12 　　A.　I don't recall.
13 　　Q.　How many times did he bang on tables?
14 　　A.　I don't recall.
15 　　Q.　Was he saying anything to you while he was doing
16 that?
17 　　A.　I don't recall exactly what he was saying off the
18 top of my head. But he was extremely furious.
19 　　Q.　Who's his brother?
20 　　A.　Tolson.
21 　　Q.　What was Tolson doing while the defendant was
22 doing that?
23 　　A.　To my knowledge, I don't think he was really doing
24 anything. I think he was just with him.
25 　　Q.　What did you do?