```
                    METROPOLITAN POLICE DEPARTMENT
                           WASHINGTON, D.C.

- - - - - - - - - - - - - -X
                           :
IN RE:                     :
                           :
UNITED STATES OF AMERICA   :
                           :
VS.                        :    Case No. F-4460-04
                           :
ADEBOYEKU OLAYINKA         :
                           :
- - - - - - - - - - - - - -X
```

June 27, 2004

Following is the interview of TONY WOOD as conducted by Detective Nelson M. Morais.

Requested By:

    JONATHAN W. HARAY
    Assistant United States Attorney

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

05cv1278(RCL)
ATTACHMENT NO. 6-A

2

1        P R O C E E D I N G S
2            DETECTIVE MORAIS.  Okay.  Today is June 27, 2004 at
3    7:30 a.m.  Here we are at the 2nd District.  My name is
4    Detective Morais, first name, Nelson, detective with the 2nd
5    District.  In front of me is Tony Wood, which (sic) I am about
6    to interview.  This is reference to an assault that occurred
7    on today's date, June 27th, 2004, at approximately 2:15 in
8    the morning, a.m.  The offense occurred in the 3100 block of
9    K Street, Northwest.  Report numbers are 088184.  We are ready
10   to start the interview.
11            BY DETECTIVE MORAIS:
12       Q.   Are you ready, Mr. Wood?
13       A.   Yes, I'm ready.
14       Q.   In your own words, tell us what happened -- oh,
15   before we start, did anyone promise you anything or threaten
16   you in any way?
17       A.   No.  No one threatened me or promised me anything.
18       Q.   Were you, were you treated fairly?
19       A.   Yes, very fair.
20       Q.   Were you read your rights?
21       A.   Yes, I was.
22       Q.   Did you understand what your rights are?
23       A.   Completely.
24       Q.   Okay.  Right now, start from the very beginning.
25   Tell us what you know, what you saw, and start from the

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

4

1  tried to pull off in a car. Tonight, Yinka saw John Rude
2  while we were trying to close out Tony & Joe's, and he said he
3  was the gentleman that tried to run him over or pull him along
4  in the car.
5          At that time, in the process of trying to calm him
6  down, I spoke to Officer Rucker and Owens and a Park Police
7  officer, I think, McNeely. And we closed the bar, and
8  apparently John Rude and J.C. were all supposed to be banned
9  from the Tony & Joe's and the Nick's Riverside Bar --
10 establishment because they caused so much trouble.
11         John Rude was inside, me -- myself, Yinka, and his
12 brother, Tolsen, were outside. At that time, Officer Owens
13 walked John Rude's friends out the back of Tony & Joe's
14 (indiscernible) Sequoia, and I guess they went up on K Street.
15 At that time, Tolsen was talking to Officer Owens, Yinka was
16 knocking over tables and chairs and all this stuff, and then
17 he bolted. I tried to keep up with him but couldn't.
18         When I came out of the complex, I saw him walking
19 alongside John Rude, Mike Dove, the doorman that works with
20 us, and two other guys. I don't know who they were, but they
21 were with John Rude. I can't say exactly how far I was away,
22 but I was not right close, but I was far. I don't know
23 exactly the footage. What I saw was Yinka and John were
24 throwing punches, and that's when Mike grabbed Yinka from
25 behind. And at that point, when I came up, I don't know if I

5

```
 1  tackled John Rude or threw him down but, yes, I ended up on
 2  top of John Rude.  And when I let John Rude up, him and Yinka
 3  went to each other and started fighting.
 4           After that, once I saw Yinka hitting John Rude in
 5  the facial area with his head hitting the concrete, I stopped
 6  it and left.  And then that's when Officer Lee and some other
 7  officer came back (indiscernible) took my information, and
 8  that's where we're at.
 9       Q.  Okay.  How do you know Yinka?
10       A.  I've worked with Yinka at that Tony & Joe's for
11  about two years doing security.
12       Q.  Okay.  And how do you know John Rude?
13       A.  John Rude used to be a doorman at Tony & Joe's
14  Riverside as well last summer.
15       Q.  Okay.  And do you know Mike Gillman?
16       A.  Yes.
17       Q.  Okay.  When you were -- you were walking with Yinka,
18  correct?
19       A.  I wasn't walking -- no.  I wasn't walking with him.
20       Q.  Well, how many car-lengths were you, would you say
21  (indiscernible) how many car-lengths or --
22       A.  A good six or eight (indiscernible).
23       Q.  Six or eight car-lengths --
24       A.  Yes.
25       Q.  -- that you were behind Yinka?
```