7

1 times. I mean -- the -- when I saw Yinka hit John Rude when
2 he was on the ground, and his head hit the concrete twice,
3 that's when I stopped it.
4     Q.  Okay.  At any time, did you see Yinka kick John?
5     A.  The first, the first time when Yinka tried to kick
6 him, I blocked it.  Okay?
7     Q.  Okay.
8     A.  The second time Yinka tried to kick him, I wasn't
9 (indiscernible).
10    Q.  And --
11    A.  When I was trying to get him off, he was in the
12 process of trying to kick him.  I couldn't stop it because,
13 you know, I was standing up.
14    Q.  And where did the second kick land?
15    A.  I would say somewhere in the facial -- I can't say
16 it was in the head because I was standing up trying to push
17 him back, but I do know that he did make contact.
18    Q.  You said -- you were about to say in the facial
19 area?
20    A.  I can't, I can't say like in the jaw or face,
21 whatever, but I know he kicked him, but I couldn't tell where.
22    Q.  Okay.  And after he kicked him, what did he do?
23 What did Yinka do after he kicked John?
24    A.  He told -- what did he tell Mike?  He told Mike
25 something, and we left, and Yinka sat down on the bench.  He

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

05cv1278(RCL)
ATTACHMENT NO. 6-B

8

1  was huffing and puffing (indiscernible) came back, and then he
2  left, and I stayed, and that was it.
3      Q.  Okay.  Did you push or tackle John in any way?
4      A.  Like I said, I, I -- no.  I can't say if I tackled
5  him or pushed him.  I know that I was on top of him.  So in
6  the process of me coming from behind, seeing Yinka being
7  restrained and John Rude punching him at the same time, I ran
8  forward.  Now I -- like I said, Detective, I can't say for
9  sure if I tackled him or pushed him.  I know it's one -- I
10 don't know.  I know that I ended up on top of him, but I
11 wasn't choking him, wasn't punching him, or anything.  Just on
12 top of him.
13     Q.  And what were you doing on top of John?
14     A.  Holding him down because Mike had Yinka.
15     Q.  Okay.
16     A.  Okay.  Now once Mike must have lost grip of Yinka or
17 however, Yinka tried to kick John Rude down on the ground.  I
18 blocked (indiscernible) with my arm.  Okay?  At that point,
19 I'm like, if these guys want to fight, it's going to be one on
20 one.  Because at that point, I didn't know if Mike was trying
21 to break it up or was he trying to help John Rude because they
22 play football together.
23         And then some guy that was with him with a white
24 shirt and another guy, they were coming forward.  So at that
25 point, I don't know what's -- it's a situation where you don't

1  know who's aggressive, who's passive or not. You don't know.
2  And (indiscernible) putting myself in the middle trying to
3  play the middle.
4      Q.  Did you hear Yinka threaten John in any way
5  verbally?
6      A.  Directly?
7      Q.  I mean did he start or say anything to John or to
8  Mike?
9      A.  Well, he said something to Mike, yes.
10     Q.  Okay. Let's start with Yinka -- I mean let's start
11 with John. Did, did Yinka say or threaten anything to John?
12     A.  I can't recall him saying -- I know he did say
13 something to --
14     Q.  What did Yinka say to Mike?
15     A.  He said, when I see you again, I'm going to knock
16 you out.
17     Q.  Is that what he -- that's what he said?
18     A.  Yeah.
19     Q.  Okay. And --
20     A.  Because basically, Detective, I wouldn't let him try
21 to go to a level whereas though it would be more serious than
22 that. You know what I'm saying? I mean trying to restrain
23 the kid is like trying to hold back a horse, you know. He is
24 really -- he's really strong. I mean he's (indiscernible).
25 So I never heard him say anything threatening to John Rude.

```
 1      Q.   But just to, just to Mike?
 2      A.   Right.  Because -- I guess because Mike grabbed him
 3 from behind in that choking manner.
 4      Q.   Right.
 5      A.   (Indiscernible).
 6      Q.   Okay.  What did, what did Yinka do after, after he
 7 got up from John -- when he, when he stood up from John?
 8 While John was on the ground, what did Yinka do?
 9      A.   Oh, he was trying to kick him.  I tried to stop him,
10 but that kick did hit John Rude.
11      Q.   Okay.  And then after that, what did Yinka do?
12      A.   I would say that he was trying to go back, but I
13 pushed him back and said, come on, let's go, that's enough,
14 it's over, you know, you, you know, you fought him.  It's
15 over.  Let's go.  We went a couple of feet, and there's a
16 bench.  He sat down on the bench and was messing with his
17 knee.  Then we went inside, and they were having a meeting
18 inside Tony & Joe's, and then he left.
19      Q.   Okay.
20      A.   I stayed with his brother and everybody else.  Then
21 in maybe 10 minutes or so after that, that's when Owens,
22 Officer Lee, Rucker, and -- I don't know how to pronounce the
23 other officer -- but they came and that's when they told me to
24 stay, and then that's when everything else transpired.
25      Q.   All right.  Did you throw any punches or kick
```

1         A.    John and Mike.
2         Q.    -- John and Mike, you don't know them?
3         A.    I never, I never seen them before as far as --
4         Q.    But you don't know if they were, they were with him?
5         A.    They were all walking together away from the
6    Washington Harbor, 2000 K Street. They were all walking
7    together. So they all -- I mean whether like two were over
8    here and two were over there, they was all in a group
9    together.
10        Q.    Okay. All right. Is there anything else you'd like
11   to add?
12        A.    (Shakes head)
13        Q.    All right. The end of the interview is 7:46. That
14   concludes our interview. I'll be right back.
15             (At 7:46 a.m., the interview was concluded.)

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

1                              CERTIFICATE
2

3   I hereby certify that the foregoing is a true and accurate
4   transcription, to the best of my skill and ability, from a
5   videotape.

6

7   February 25, 2005                    *Mary Lee Evans/ll*
    Date                                 Mary Lee Evans, Transcriber
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947