69

1       MR. WYROUGH:  At what point in time?
2  BY MR RUDE:
3       Q    At that point in time.
4       A    We were off work when he said something about
5  it.  We had our shirts off.  We were ready to go when he
6  said something about that's was one of the guys that
7  pulled off in the car.
8       Q    And what did Tosin say?
9       A    I don't know.  They were talking amongst --
10 talking about something.  I don't know.
11      Q    They were talking, but you didn't hear them?
12      A    No.
13      Q    Where was Glen Luckett when this was going
14 on?
15      A    Outside.
16      Q    Was he with the 3 of you?
17      A    No.  He was further away.
18      Q    When Rob Owen walked Jonathan Rude and Mike
19 Gilman out the back entrance, what occurred then?
20      A    We were standing inside Tony and Joe's behind
21 the door.  At that time Yinka left.
22      Q    Did he leave by himself?

1   A   Oh, yeah.

2   Q   Which direction did he go?

3   A   Up towards the garage.

4   Q   When you say up towards the garage, that
5   would be in the direction of the main entrance to Tony
6   and Joe's -- I mean to the Washington Harbour Complex?

7   A   No. He ran in the garage.

8   Q   He ran into the garage?

9   A   Yes, sir.

10  Q   There is a garage entrance?

11  A   The one right by the new restaurant, that
12  entranceway right there.

13  Q   Are you speaking of the side, diagonal
14  entrances to the Washington Harbour Complex?

15  A   When you come out of Tony and Joe's, you make
16  a right around the fountain before you get to the main
17  steps leading out of the complex. There's a small door
18  that leads to the parking garage. That door.

19  Q   And he went in there?

20  A   Yes.

21  Q   And when was the next time you saw him?

22  A   I ran out.

71

1  Q  So you ran into the parking garage?
2  A  Yes.
3  Q  Downstairs?
4  A  No. Right by the cashier.
5  Q  Right by the cashier. And then what did you
6  do?
7  A  He ran out. And I ran behind him.
8  Q  And where did he go then?
9  A  He ran up the steps.
10 Q  When you say up the steps --
11 A  He ran up the main steps of the complex.
12 Q  From the --
13 A  Garage door --
14 Q  The large, lower --
15 A  -- right there.
16 Q  The large, lower fountain --
17 A  Upper left.
18 Q  -- to the smaller fountain at the top? And
19 did he say anything during this?
20 A  No. I was telling him, man, come on, come
21 back. But you have to take into consideration I'm 37;
22 he's 20-something. I have high blood pressure and sleep

72

1   apnea. It is impossible for me to keep up with the
2   starting fullback of the University of Maryland.
3       Q   Okay. Let me ask you this: Where did he go
4   then? Do you know?
5       A   He ran up to the circle, right there, the
6   entranceway of Washington Harbour. I'm behind him trying
7   to catch up with him.
8       Q   Then what occurred?
9       A   He took off running because Michael Gilman,
10  Jon Rude and the Zarhokosih brothers were at the corner
11  of the Washington Harbour Complex. I would say that's a
12  block. So he ran up and was walking beside the four of
13  those guys.
14      Q   So he was -- in essence he was chasing them?
15      A   No. If he did chase them, he was walking
16  right beside them for a block and a half.
17      Q   So when you say they were at the corner of
18  the Washington Harbour Complex, would that have been the
19  corner by the park?
20      A   Yes.
21      Q   Where were you?
22      A   Stood at the driveway.

76

1      Q    Yes, you were standing in the driveway, yes.
2 And there's --
3      A    That's the beam for that expressway, the
4 Whitehurst Freeway.
5           MR. TAPP:  Mr. Wood indicated he was standing
6 in the circle.  X marks the spot.  The beams are the
7 rectangles.
8           MR. RUDE:  Right.
9 BY MR RUDE:
10     Q    Now, let me ask you this:  What,
11 approximately, was the distance from where you were
12 standing to these individuals?
13          MR. WYROUGH:  One at a time.
14          THE WITNESS:  When they first started, they
15 were walking side -- Yinka ran up to them.  They were at
16 the end of the complex.  Yinka started walking beside
17 them from here to the park.
18 BY MR RUDE:
19     Q    Did it appear to you that they noticed he was
20 there?
21     A    Yes, they knew.  They looked right at him.
22     Q    Who is "they"?

77

```
1      A    All of them.
2      Q    All four?
3      A    Yes.
4      Q    Now, let me ask you this:  You're coming up
5  here and they're on the inside.  You don't see -- you're
6  trying to tell us -- just so we're clear about this --
7  you don't see who hit who first?
8      A    They both like lunged at each other
9  simultaneous.  Who hit who first, I don't know.  They
10 went behind the beam.  When they came out from behind the
11 beam, Michael Gilman was on Yinka's back.  Jon Rude's
12 punching defensively.  Yinka's punching defensively.  The
13 Zarhokosih brothers are running around.  So if you're
14 down, it looks like this kid is fighting for his life, no
15 matter who started it.
16     Q    Okay.  Then what did you do?
17     A    I ran down there.
18     Q    And then what did you do?
19     A    When I ran down there, Michael Gilman still
20 had Yinka.  I tackled Jon Rude.
21     Q    Okay.
22     A    In the process your son is punching me -- I'm
```

106

```
1            THE WITNESS:  Well, they both lunged at each
2   other, Mr. Rude.
3   BY MR RUDE:
4       Q    Simultaneously?
5       A    I can't even say if Yinka went first or Jon
6   Rude went first.
7       Q    You either saw or you didn't see.  Which is
8   it?
9       A    I would say Yinka lunged first.
10      Q    Why did Yinka go out there?  Do you have any
11  idea?
12      A    No.
13      Q    Didn't you tell him that it was a bad idea
14  for him to go out there?
15      A    I can't recall if I did.
16      Q    You spoke a little bit about closing time and
17  individuals coming in and out of the main bar.  Do you
18  recall that?
19      A    Yes.
20      Q    Which area, the inside area or the outside
21  area, do you close down first?
22      A    In 2004 or 2006?
```