Michael Gillman - June 26, 2006

1    A.   Correct.

2    Q.   I would like to again refer you back to
3  your statement, Page 1.

4         Would you have that Page 1 of Exhibit 2?

5         Fourth line down, you make reference to an
6  individual by the name of Jay Sylvester.

7    A.   Mm-hmm, yes.

8    Q.   Who is Jay Sylvester?

9    A.   Jay Sylvester was one of my roommates and
10 he was also a football player at Georgetown
11 University.

12   Q.   Can you state for the record what Jay told
13 you that you are referring to in this statement?  What
14 exactly did he say to you?

15   A.   Jay was on the outside of the bar.  He
16 was -- of the main bar.

17        There were folks that were on the inside
18 and then there was others that were cleaning up at
19 Nick's Riverside.  Jay was one of those at Nick's
20 Riverside.

21        Jay came over and told us that Yinka had a
22 problem with Jon Rude and that it would probably be
23 better for us to get out of there.

24   Q.   Okay.

25        Going on to the events of that evening,

```
 1   specifically the 26th/27th of June 2004, can you tell
 2   us what Jon Rude was doing at Tony & Joe's?
 3        A.   He came to give me a ride home.
 4        Q.   Okay.
 5             When he spoke with you, did you ask him to
 6   wait for you?
 7        A.   When he...
 8        Q.   Came to pick you up.
 9        A.   Oh, yeah.  He came a little bit before
10   closing time.  I asked him to wait on the inside of
11   the bar at Tony & Joe's until I was finished up and
12   could clock out and that way he could give me a ride
13   home.
14        Q.   Please state for the record your
15   observations of what occurred at Tony & Joe's on the
16   night of June 26th/27th, 2004 to the best of your
17   recollection.
18        A.   Jon Rude gave me a phone call earlier in
19   the night asking me if I had a ride home.
20             I told him I didn't.
21             He said he would swing by and give me a
22   ride home if I wanted to and I said that would be
23   great.
24             So he came a little bit before closing
25   time.  He was with Sam and Sam's cousin and the three
```

1  of them showed up.
2      I asked them to wait on the inside part of
3  Tony & Joe's while I finished up and I went about
4  cleaning up and clocking out.
5      Q.  Where did you clock out?
6      A.  There is a -- it was a cash -- it was a
7  register in the inside part of Tony & Joe's.
8      Q.  What happened after you clocked out?
9      A.  It was at that point that Jay Sylvester
10 came in and told me that -- told us that Yinka had a
11 problem with Jon and that he was going to fight Jon.
12     Q.  What happened then?
13     A.  At this point Officer Lucket and Owens
14 were there and Jay had told Jon it would probably be
15 best to leave.
16     Officer Lucket and Owens told Jon he
17 didn't have to go anywhere, that this would not be a
18 problem.
19     Yinka was on the other side of the doors,
20 at which point he started pulling and banging on the
21 doors saying that he was going to fight Jon.
22     Q.  Okay.
23     A.  Then Officer Owens came over towards us
24 and Officer Lucket went to the front door to deal with
25 Yinka.

Michael Gillman - June 26, 2006

1    Then Officer Owens -- it was while we were
2 all together when Rob Puzio came out and asked what
3 was going on.
4    When he was told what was going on, he
5 said go ahead and lock up, Yinka, if you have to
6 because I am tired of this shit.
7    Q.  Yeah.
8    A.  At that point Jon Rude said I don't
9 understand why Yinka has a problem with me.  I have no
10 problem with him and I have no interest in fighting
11 him.
12    At that point Officer Owens took us out
13 the side entrance to Tony & Joe's so that a whole
14 incident could just be avoided.
15    Myself, Jon Rude, Sam and Sam's cousin
16 were escorted by Officer Owen out the side entrance
17 which leads by Sequoia, the outdoor patio, at which
18 point we started walking around the side and the
19 corner going up towards K Street.
20    We got about halfway up to K Street when
21 somebody -- I'm not sure who it was -- started
22 screaming and throwing tables and banging and saying
23 all kinds of -- I'm not quite sure what was being
24 said, but making a ruckus, at which point Officer
25 Owens turned around and went towards that person and

Michael Gillman - June 26, 2006

```
 1   we continued on to K Street.
 2        Q.  Now let me ask you this.  While these
 3   events were occurring in Tony & Joe's main bar, did
 4   you see Dean Cibel?
 5        A.  I didn't see Dean.
 6        Q.  Did you see Tosin Adeboyeku?
 7        A.  I did not see Tosin.
 8        Q.  Where was Robert Puzio?
 9        A.  Rob Puzio was in the main part of
10   Tony & Joe's.  Before we left.
11            After we left, I have no idea.
12        Q.  Yeah.
13            Going back to that evening after you left
14   Tony & Joe's and Officer Owen left you, what happened
15   next?
16        A.  We turned left on to K Street to go to the
17   car and it was -- the car was probably -- it was a
18   little bit of a walk away.  So we started making our
19   way over towards the car.  I was a little bit behind
20   the group as we were walking over, at which point I
21   saw -- when we got pretty close to the car, I saw
22   Yinka out of the corner of my eye, at which point I
23   saw Yinka come from the back left and lunge and hit
24   Jon Rude in the back left part of his head.
25            Jon Rude fell, but as he feel he kind of
```

SHELBURNE SHERR COURT REPORTERS (619) 234-9100

Michael Gillman - June 26, 2006

1  turned a little bit to kind of try and see what was
2  happening.
3        As he was going down towards the ground, I
4  came up behind Yinka and put my arms underneath his
5  arms and picked him up to restrain him and move him
6  away, at which point I yelled for Sam and Sam's cousin
7  Matt to put Jon in the car and drive off.
8        I walked him away for probably a good ten
9  yards or so, at which point I was grabbed on my
10 shoulder and pulled off by Tony Wood.  At that point
11 Tony Wood told me that I was wrong for getting
12 involved and that it was a one-on-one fight.
13       At that point Yinka sprinted away from
14 where the two of us were, me and Tony Wood, and he
15 then kicked Jon Rude in the side of his head, at which
16 point I started to run back over to where the two of
17 them were, but I was pulled back by Tony Wood.
18       I started arguing with Tony Wood, and in
19 that time that I was arguing with Tony Wood, Jon Rude
20 was on the ground.  Yinka was on top of him and hit
21 him four to five times flush in the face, at which
22 point I started going back over there and I told Tony
23 Wood that I didn't care if me and him had to fight,
24 but this was going to end, at which point Tony Wood
25 went over there.  He pulled Yinka off and I pulled Jon

Michael Gillman - June 26, 2006

1  away from the two of them. At that point the two of
2  them started backing up.
3       Tony Wood again told me that I was wrong
4  for getting involved and then Yinka pointed at me and
5  then told me he was going to fuck me up next.
6       Then the two of them ran off towards
7  Tony & Joe's and then I called 911 to get an
8  ambulance.
9       Q. Did you have any conversations with
10 Tony Wood after this event?
11      A. I didn't have any direct conversations
12 with Tony Wood.
13      I was given a message through Jay
14 Sylvester, who continued to work at Tony & Joe's after
15 the incident, and the message was that Tony Wood said
16 he understood why I got involved and that he didn't
17 have a problem with me so long as that I told the
18 truth, at which point I told Jay Sylvester to let Tony
19 Wood know I was glad the two of us didn't have a
20 problem, that I would tell the truth and would not lie
21 for anyone and that if I ever saw him again, I was
22 going to assume it was because he had bad intentions.
23      MR. RUDE: All right. Let's go off the record
24 a minute here.
25      (Short recess taken.)

SHELBURNE SHERR COURT REPORTERS (619) 234-9100