## METROPOLITAN POLICE DEPARTMENT
### Washington, D.C.
### COMPLAINANT/WITNESS STATEMENT

P.D. 119 REV. 10/89

**1. COMPLAINT NO.** 088-184

**2. NATURE OF INVESTIGATION:** Aggravated Assault

**3. UNIT FILE NO.**

**4. STATEMENT OF:** (Last, First, Middle) Gillman, Michael, Aaron

**5. DOB:** [redacted]

**6. SEX:** Male

**7. HOME ADDRESS:** [redacted]

**8. HOME PHONE:** [redacted]

**9. EMPLOYMENT** (Occupation and Location): Tony & Joe's, Georgetown waterfront about 31st & K

**10. BUSINESS PHONE:** N/A

**11. LOCATION STATEMENT TAKEN:** ~~D.M.~~ G.W.H.

**12. NAME OF OFFICER TAKING STATEMENT** (If other than block 18 include signature): Morals, Nelson

**13. DATE/TIME STARTED:** 6-27-04 0330

**14. STATEMENT:**

at approx 2:20 on 6/27 I was closing down the bar on the inside of Tony & Joe's, Jon Rude, Sam, and Sam's cousin were inside as well because Jon was going to give me a ride home after work. It was at this time that one of the other bouncer's Jay Sylvester informed Jon that Yinka (forgive the spelling I'm not sure if that is correct), to be known from now on as Suspect 1, had a problem with Jon and that he wanted to fight him. Suspect 1 was outside at this time and we were all inside. The problem stemmed from an incident that happened the weekend before when Suspect #1 attempted to assault a good friend of Jon, Jon Cummings. In this incident, which to be clear I did not witness, Suspect 1 waited outside of the parking garage and attempted to punch Jon Cummings who was in the passenger seat. When he missed, Jon Rude who was driving sped away. Everyone involved thought that suspects 1 problem was with Jon Cummings and not Jon Rude. Back to June 27th

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*[Signature of Person Giving Statement]*

**16. DATE/TIME ENDED:** 6-27-04 0605

**17. Page** 1 **of** 7 **Pages**

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:** *[Signature]* #D2-293

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

05cv1278(RCL)
ATTACHMENT NO. 3-C


PLAINTIFF'S EXHIBIT

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. 088-184 |
| 2. NATURE OF INVESTIGATION Aggravated Assault | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) Gillman, Michael, Aaron | 5. DOB ▓▓▓ 6. SEX male |
| 7. HOME ADDRESS ▓▓▓ | 8. HOME PHONE ▓▓▓ |
| 9. EMPLOYMENT (Occupation and Location) Tony and Joe's; Georgetown Waterfront approx 31st & K | 10. BUSINESS PHONE |
| 11. LOCATION STATEMENT TAKEN GWH | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) Morais, Nelson | 13. DATE/TIME STARTED 6-27-04  0330 |

14. STATEMENT

Pg 2

At approx 2:20 AM. At this time Jon Rude told everyone in the bar that he would leave because he did not want to fight as he had no quarrel with suspect 1. Next the two police officers who were in the bar told Jon Rude that there was no reason to leave, they were Officer Lucket and officer Rob. Also at this time Rob Puzio (a manager and the manager in charge of the bouncing stuff) made a comment to officer Lucket to "Lock up suspect 1 if you have to because I am tired of this shit." At this time it was determined that we would leave through the side entrance that went through the Restaurant and officer Rob would walk with us to make sure nothing happened. We left turned left walked down I guess 40 yds and turned left again to walk up to K Street. At this time officer Rob left and went back towards the Restaurant. We turned left on to K street to walk to the car. At about where the big circle were the Cubs hang out I saw suspect one coming in our general direction. We kept

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_[signed] Mich_____
Signature of Person Giving Statement

16. DATE/TIME ENDED 6-27-04  0605
17. Page 2 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: _[signed] Nelson Morais_ D2-293
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

85-0618

| METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO.<br>088-184 |
| 2. NATURE OF INVESTIGATION<br>Aggravated Assault | 3. UNIT FILE NO. |

| 4. STATEMENT OF: (Last, First, Middle)<br>Gillman, Michael, Aaron | 5. DOB | 6. SEX<br>Male |
|---|---|---|
| 7. HOME ADDRESS | 8. HOME PHONE | |
| 9. EMPLOYMENT (Occupation and Location)<br>Tony & Joe's; Georgetown Waterfront approx 31st & K ST | 10. BUSINESS PHONE | |
| 11. LOCATION STATEMENT TAKEN<br>GWH | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)<br>Morais, Nelson | 13. DATE/TIME STARTED<br>6-27-04 0330 | |

14. STATEMENT

Pg 3

Walking and suspect 1 was about 5 yards to the left of us. I was about 2 yards behind Jon Rude. At about where the movie theater is on our side of the street suspect 1 lunged and punched Jon Rude from behind and to the left. Jon Rude tried to defend himself and this is the same momment when I tried to restrain suspect 1. I came from his back side and tried to pull him away from Jon Rude. this is when I first saw Tony Wood, to be reffered to as suspect 2 from now on. He grabbed me and told me that it was to be a one on one fight and that I needed to get out of it. I kind of fell back a little and saw suspect 1 try and kick Jon Rude in the head. I can't be sure if it actually landed or not but from that point on Jon Rude did not get back to his feet. Suspect 1 continued to punch Jon Rude in the face until suspect 2 stopped him and told him that that was enough. then both suspects 1 and 2 started to move back into the general direction of Tony and Joe's. Suspect 2 told me that I was wrong for getting involved and that it should

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED
6-27-04 0605

17. Page 3 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: [signature] 02-293

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)   (Name and Signature)   85-0618

METROPOLITAN POLICE DEPARTMENT
Washington, D.C.
COMPLAINANT/WITNESS STATEMENT

P.D. 119 REV. 10/89

1. COMPLAINT NO. 088-184
2. NATURE OF INVESTIGATION: Aggravated Assault
3. UNIT FILE NO.
4. STATEMENT OF: (Last, First, Middle) Gillman, Michael, Aaron
5. DOB: [redacted]
6. SEX: Male
7. HOME ADDRESS: [redacted]
8. HOME PHONE: [redacted]
9. EMPLOYMENT (Occupation and Location): Tony & Joe's; Georgetown Waterfront approx 31st & K st
10. BUSINESS PHONE:
11. LOCATION STATEMENT TAKEN: G.W.H
12. NAME OF OFFICER TAKING STATEMENT: Morais, Nelson
13. DATE/TIME STARTED: 6-27-04 0330

14. STATEMENT

Pg 4

have been a one on one thing. Right then suspect 1 pointed at me and told me that he "was going to fuck me up." Both Suspects 1 and 2 went towards Tony and Joe's and that is when Sam called 911.

Q: What is the name of suspect #1?
A: Yinka Toeson

Q: How do you know Yinka Toeson?
A: From work. (Tony & Joes)

Q: How long have you known Yinka Toeson?
A: about 3 months

Q: did John provoke any type of altercation?
A: No, he went out of his way to avoid a fight.

Q: how many punches did Yinka Toeson throw?
A: about 4 or 5 that's when John was on the ground

Q: how many punches landed?
A: All of them

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED: 6-27-04 0605
17. Page 4 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: [signature] D2-293 6-27-04
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

95-0618

| | |
|---|---|
| METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
| 2. NATURE OF INVESTIGATION<br>~~Ass.~~ Aggravated Assault | 1. COMPLAINT NO.<br>088-184 |
| | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle)<br>Gillman, Michael, Aaron | 5. DOB ▮▮▮   6. SEX male |
| 7. HOME ADDRESS ▮▮▮ | 8. HOME PHONE ▮▮▮ |
| 9. EMPLOYMENT (Occupation and Location)<br>Tony & Joe's; Georgetown Waterfront approx 31st & K ST. | 10. BUSINESS PHONE |
| 11. LOCATION STATEMENT TAKEN<br>GWH | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)<br>Morais, Nelson | 13. DATE/TIME STARTED<br>6-27-04 0830 |

14. STATEMENT

Q: did you see Yinka Toeson kick John?
A: yes
Q: how many Times did Yinka kick John?
A: once
Q: what part of the body was John kicked?
A: head
Q: After John was assaulted what did John do?
A: he laid there about one minute, got up and was out of it asking questions over again about 15 Times.
Q: what did Yinka do after he assaulted John?
A: he walked away quickly
Q: what did you and John do?
A: stayed There until the police arrived

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*Signature of Person Giving Statement*

16. DATE/TIME ENDED
6-27-04 0605

17. Page 5 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Nels Morais 02293
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

85-0616

| METROPOLITAN POLICE DEPARTMENT  Washington, D.C.  COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. 088-184 |
| 2. NATURE OF INVESTIGATION  Aggravated Assault | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle)  Gillman, Michael, Aaron | 5. DOB [redacted]  6. SEX Male |
| 7. HOME ADDRESS [redacted] | 8. HOME PHONE [redacted] |
| 9. EMPLOYMENT (Occupation and Location)  Tony & Joe's; Georgetown Waterfront approx 31st & K | 10. BUSINESS PHONE |
| 11. LOCATION STATEMENT TAKEN  GWH | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)  Morais, Nelson | 13. DATE/TIME STARTED  6-27-04 0330 |

14. STATEMENT

Q: did you know the second guy involved?
A: yes
Q: what is the name of the second guy?
A: Tony wood
Q: how do you know Tony wood?
A: he also works at the same place
Q: did Tony wood assault John?
A: I can't be sure
Q: did ~~John~~ Tony assault you?
A: yes
Q: how did Tony wood assault you?
A: grabbed my shoulder and pulled me back
Q: why did ~~John~~ Tony pull you back?
A: he said it was to be a one on one fight.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

[Signature] Signature of Person Giving Statement

16. DATE/TIME ENDED  6-27-04 0605
17. Page 6 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: [Signature] D2293 (Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature)

85-0618

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 | |
|---|---|---|---|
| | | 1. COMPLAINT NO. 088-184 | |
| 2. NATURE OF INVESTIGATION Aggravated Assault | | 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) Gillman, Michael, Aaron | | 5. DOB ▆▆▆ | 6. SEX Male |
| 7. HOME ADDRESS ▆▆▆ | | 8. HOME PHONE ▆▆▆ | |
| 9. EMPLOYMENT (Occupation and Location) Tony & Joe's; Georgetown Waterfront approx 31st & K | | 10. BUSINESS PHONE | |
| 11. LOCATION STATEMENT TAKEN GWH | | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) Morais, Nelson | | 13. DATE/TIME STARTED 6-27-04 0330 | |

14. STATEMENT

Q: What else did Tony Wood do?
A: He stood by watching the fight between John and Yinka.
Q: Did Tony Wood threaten you?
A: Did not, he said I was wrong to get involved.
Q: Did Yinka threatened you?
A: Yes
Q: How did Yinka threaten you?
A: He pointed at me and said "I'm going to fuck you up".
Q: Is there any else you would like to add?
A: No

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED 6-27-04 0605
17. Page 7 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: [signature] D2293
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)