CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 2**

DEPOSITION OF CHARLES MORAN
CONDUCTED ON THURSDAY, JUNE 22, 2006

23

1  point.
2      Q.   What was he doing?
3      A.   He was kind of walking back and
4  forth, kind of flailing his arms a little bit,
5  talking with Tony Wood and Tosin.
6      Q.   Was he pounding his fists together?
7      A.   I don't remember. I remember just
8  arms flailing. I don't remember exactly the
9  motions.
10     Q.   There was a door staff meeting going
11 on inside the main bar?
12     A.   Yes, sir.
13     Q.   Who was conducting that meeting?
14     A.   It would have been Rob Puzio.
15     Q.   Do you recall how many people were
16 present at this door staff meeting?
17     A.   I don't remember the exact number.
18     Q.   Would it have been several people?
19     A.   It would have been all of the doormen
20 that were on duty that night that hadn't been
21 there on Friday night for the Friday night
22 meeting.

DEPOSITION OF CHARLES MORAN
CONDUCTED ON THURSDAY, JUNE 22, 2006

24

1  Q. What was this meeting supposed to be
2  about, if you know?
3  A  Well, we had meetings throughout the
4  summer on a couple of occasions, just reminding
5  the door staff that they had to come to work,
6  dress shirts tucked in, and instructions to the
7  new people how to come to work and just kind of
8  catching up on what, if anything, had happened
9  since the last meeting, what the problems were
10 or what had been done good.
11  Q. Did you see a Metropolitan police
12 officer enter the main area of the bar and speak
13 with John Rude?
14  A  Yes.
15  Q. Were you present?
16  A.  I was in the bar, but I was not
17 standing -- . I don't remember to be standing
18 right next to ...
19  Q. Did you hear what was said?
20  A.  I did not personally remember what
21 was said directly from the police officer to
22 John Rude. I was told what was said.