CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 4**

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

90

1 monitors?
2     A.   The Windows Desktop.
3          MR. WYROUGH:  Ya'll are two ships
4 passing in the night.
5          BY MR. RUDE:
6     Q.   Are there cameras in the main bar
7 area of Tony & Joe's?
8     A    Yes.
9     Q.   Are there monitors associated with
10 those cameras?
11    A    Yes.
12    Q.   Where were those monitors located?
13    A.   They're on the top, above the shelf.
14    Q.   Where is their location inside Tony &
15 Joe's?
16    A.   What do you mean?
17    Q.   Are they in the office?
18    A    Yes.
19    Q.   How many monitors are there?
20    A.   One.
21    Q.   Just one monitor?
22    A    Yes.

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

91

1    Q.   Do you know whether there's a
2  recording device attached to that monitor?
3    A    Yes.  There is.
4    Q.   Where is it located?
5    A.   It's next to the monitor.
6    Q.   Is it a tape or a disk or both?
7    A.   Tape.
8    Q.   A tape.  What is the purpose of that
9  monitor, if you know?
10   A.   Just to have a view of the crowd or
11 actually employees, everything.  So as a shot of
12 everything.
13   Q.   Going back to the closing a little
14 bit, when you started your closing procedure,
15 how would you do your closing?
16        MR. WYROUGH:  Objection to the form.
17 Go ahead.
18   A.   What do you mean?
19        BY MR. RUDE:
20   Q.   Would you announce last call?  When
21 was last call announced?
22   A.   Last call was done at 1:30 a.m.

DEPOSITION OF DEAN A. CIBEL
CONDUCTED ON FRIDAY, JUNE 2, 2006

108

1   Q   Would the -- would The Dancing Crab's
2   employment records indicate which bartenders were
3   working that evening?
4   A   Probably.  They should.
5   Q   Did Tony Wood say anything to you when he
6   came back to the restaurant?
7   A   No.
8   Q   In the manager's office, you have a series
9   of monitors; is that correct?
10  A   We did --
11  Q   Yeah.
12  A   -- at that time.
13  Q   What function did those monitors serve?
14  A   They just -- they had cam -- they
15  corresponded with cameras that were two in the kitchen
16  and two in the inside bar area.
17  Q   So, there were cameras that showed the
18  inside of the bar; is that correct?
19  A   Portions of it, yes.
20  Q   Yeah.  What was the purpose of those
21  cameras?
22  A   Security.

DEPOSITION OF DEAN A. CIBEL
CONDUCTED ON FRIDAY, JUNE 2, 2006

109

1    Q    What do you mean when you said security?
2    A    Just to see that nothing is, is being taken
3 out the back of the restaurant inappropriately, or --
4 and that there's no, no problems that -- like any kind
5 of theft mainly, I would imagine is the best way to
6 say it.
7    Q    And also might be something in case someone
8 came in and attempted to engage in some sort of
9 robbery of the restaurant?
10        MR. WYROUGH:  Objection.
11   A    I -- I don't know if that --
12        MR. RUDE:  Okay.  We'll see if we can speed
13 this up, Mr. Wyrough.
14 BY MR. RUDE:
15   Q    Let's go to July of 2004, specifically the
16 time period July 23rd to July 25th.  Okay?
17   A    Okay.
18   Q    I'm going to ask you if you had any
19 conversation with Tony Wood regarding comments made by
20 Olayinka that involved physical threats to James
21 Sylvester?
22   A    Yes.  The -- James Sylvester was talking

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

70

1    A    Inside the inner part of the restaurant, we do
2 not own or operate any security cameras in our
3 establishment.
4    Q    Do you know if there are security cameras at
5 Tony and Joe's?
6    A    I do believe there are.
7    Q    Do you know where these are located?
8    A    Not specifically.
9    Q    Have you ever been in the office at Tony and
10 Joe's?
11    A    Yes.
12    Q    Are there monitors in that office?
13    A    There is a monitor on the top shelf.
14    Q    Is there a recording device connected to that
15 monitor?
16    A    I believe so, yes.
17    Q    After closing, we're speaking at 2:00 a.m.,
18 what did you do then?
19    A    I sit in the office and count money, check out
20 the bartenders, do all of my daily sheets, closing
21 procedures, and lock it all up.
22    Q    Do you lock it up at Nick's Riverside Grill?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664