CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 5**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

JONATHAN W. RUDE,

    Plaintiff,

v.                                                    Case No. 1:05CV01278RCL

THE DANCING CRAB AT
WASHINGTON HARBOR, L.P. Et al.,

    Defendants.

PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
<u>DANCING CRAB AT WASHINGTON HARBOR, L.P.</u>

To: Richard Page Wyrough
    Counsel For Defendant

Returnable: 10 February 2006

5. Unless otherwise specified, the interrogatories and requests shall be limited to documents and information prepared, obtained, or existing during the period January 1, 2000 to the present.

"Defendant" shall mean the Dancing Crab at Washington Harbor, L.P., all partners thereof existing at any time during the legal existence of the partnership, Nicks Riverside Grill, Cabanas, its subsidiaries, parents and affiliates, including but not limited to, Profish, Ltd., Oceanpro Industries, Ltd., Waterside Management Corporation, Anthony B. Cibel, Dean A. Cibel, Nicholas J. Cibel and Gregory Casten.