**NOTICE: THIS ATTACHMENT HAS BEEN DIVIDED INTO SUBPARTS
TO COMPLY WITH FILE SIZE LIMITATIONS OF THE ECF SYSTEM**

CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 6 – PART A**

ORIGINAL

1

1  |  METROPOLITAN POLICE DEPARTMENT
2  |  WASHINGTON, D.C.

3  - - - - - - - - - - - - - - -X
    :
4  IN RE:                        :
    :
5  UNITED STATES OF AMERICA      :
    :
6  VS.                           :    Case No. F-4460-04
    :
7  ADEBOYEKU OLAYINKA            :
    :
8  - - - - - - - - - - - - - - -X

9

10

11                              June 27, 2004

12

13

14

15

16        Following is the interview of TONY WOOD as conducted
17  by Detective Nelson M. Morais.

18

19  Requested By:

20        JONATHAN W. HARAY
          Assistant United States Attorney
21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

P R O C E E D I N G S

1
2      DETECTIVE MORAIS.   Okay.  Today is June 27, 2004 at
3  7:30 a.m.  Here we are at the 2nd District.  My name is
4  Detective Morais, first name, Nelson, detective with the 2nd
5  District.  In front of me is Tony Wood, which (sic) I am about
6  to interview.  This is reference to an assault that occurred
7  on today's date, June 27th, 2004, at approximately 2:15 in
8  the morning, a.m.  The offense occurred in the 3100 block of
9  K Street, Northwest.  Report numbers are 088184.  We are ready
10  to start the interview.
11      BY DETECTIVE MORAIS:
12      Q.   Are you ready, Mr. Wood?
13      A.   Yes, I'm ready.
14      Q.   In your own words, tell us what happened -- oh,
15  before we start, did anyone promise you anything or threaten
16  you in any way?
17      A.   No.  No one threatened me or promised me anything.
18      Q.   Were you, were you treated fairly?
19      A.   Yes, very fair.
20      Q.   Were you read your rights?
21      A.   Yes, I was.
22      Q.   Did you understand what your rights are?
23      A.   Completely.
24      Q.   Okay.  Right now, start from the very beginning.
25  Tell us what you know, what you saw, and start from the