CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 7 – PART A**

```
                                                                    1
 1      IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
 2                        OF COLUMBIA
 3    ---------------------------------
                                        |
 4    JONATHAN W. RUDE                   |
                                        |
 5                                       |        ORIGINAL
                                        |
 6                                       |
                                        |
 7              Plaintiff,               |
                                        |
 8         v.                            | Case NO.
                                        |
 9    DANCING CRAB AT WASHINGTON         | 1:05cv1278RCL
                                        |
10    HARBOUR, et al.                    |
                                        |
11                                       |
                                        |
12              Defendants.              |
                                        |
13    ---------------------------------
14              Deposition of Gregory Casten
15                   McLean, Virginia
16              Wednesday, July 19, 2006
17                     10:47 a.m.
18
19    Job No.: 4-82873
20    Pages 1 - 98
21    Reported by: Jennifer A. Bosley
22
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

                                                          11

1    Q    What's your relationship to Tony & Joe's?
2    A    I'm the Director of Operations and until
3  recently the General Manager.
4    Q    Let's go back to the summer of 2004.  And my
5  questions are going to be directed to the summer of
6  2004 unless we speak otherwise, okay?
7    A    Okay.
8    Q    I'm going to mark as Exhibit Number 2.
9         (Plaintiff's Exhibit Number 2 was marked
10 for identification and was attached to the
11 transcript.)
12 BY MR. RUDE:
13   Q    I'm going to ask you if you have ever seen
14 that document before?
15   A    Yes.
16   Q    I'm going to direct your attention to Page 2
17 of that document.
18        Is that your signature?
19   A    Yes.
20   Q    What is this document, sir?
21        MR. WYROUGH:  Objection.  The document
22 speaks for itself.

DEPOSITION OF GREGORY CARTEN
CONDUCTED ON WENESDAY, JULY 19, 2006
Case 1:05-cv-01278-RCL   Document 38-11   Filed 10/02/2006   Page 4 of 4

12

1        Go ahead.
2    A   This is the renewal license for the
3 application to serve alcohol in the District of
4 Columbia.
5 BY MR. RUDE:
6    Q   And for which establishment?
7    A   Tony & Joe's.
8    Q   I'm going to direct you down to Paragraph 3.
9        Do you have that in front of you on Page 1
10 there?
11   A   I do.
12   Q   Who is Rodger Weeks?
13   A   When the Dancing Crab at Washington Harbor,
14 Tony & Joe's was first formed, it was a partnership,
15 not a corporation.  And he was one of the partners
16 along with Csabal Magassey.  Rodger Weeks was bought
17 out I believe in 2005, January or February of 2005.
18   Q   Now, I'm going to ask you to look at
19 Paragraph 5 if you will.
20       What are the represented hours of operation
21 for the sale of alcoholic beverages on Saturday
22 evenings?