CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 7 – PART B**

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Alcoholic Beverage Regulation Administration

★ ★ ★

**Renewal Application for Retailer Class CH, CR, CX, DH, DR, and DX Licenses**

Please indicate if license establishment is: (Check One)
___ Operating Establishment   ___ License in Safekeeping
            ___ With Location  ___ Without Location

**OFFICIAL USE**
Billing period: 4-1-04  3-31-5
Intake date: 6-30-5
Roll call date: 9-15-4
Amount Due: 1300

26398 10762
TONY & JOE'S SEAFOOD PLACE         CR03
3000 K STREET NW
WASHINGTON, D.C. 2007

COMPLETE THE RENEWAL APPLICATION AND RETURN IT WITH THE REQUIRED DOCUMENTATION. (Please print or type)

| Name of Licensee | Trade Name |
|---|---|
| Dancing Crab @ Wash Harbour LLP | Tony & Joe's Seafood Place |

| Business Address | Mailing Address if different from business | Telephone Number |
|---|---|---|
| 3000 K St N.W. | 3000 K St NW | (2)944-4545 |

| Name of Legal Representative/ Registered Agent/Consultant | Address | Telephone Number |
|---|---|---|
| Nick Cibel | | ( ) |

ANSWER ALL QUESTIONS WITH INFORMATION WHICH OCCURRED SINCE THE LAST RENEWAL.

1. Have all managers for your establishment applied for or renewed their ABC manager's license? __ Yes __ No, If yes please attach copies.
a.) Have all managers completed an alcohol training education certification program conducted by a Board approved provider? ___ Yes ___ No
   If yes please attach copies of each certification.

2. Changes to business
Has there been a change in officers or ownership? ___ Yes  X No   If yes, please explain.

3. List the sole proprietor, all partners, officers, or managing members below. If anyone has a conviction other than a minor traffic violation indicate below. If yes attach the disposition of the conviction.

| Name | Title | Yes | No |
|---|---|---|---|
| Anthony B. Cibel | Managing Partner | | ✓ |
| Saual L. Magassey | Managing Partner | | ✓ |
| Rodger Weeks | Managing Partner | | ✓ |
| Gregory J. Casten | Managing Partner | | ✓ |
| | Managing Partner | | |

4. Have you entered into a voluntary agreement? ✓ Yes ___ No   On File

5. List the hours of operation below.

| Days | Hours of Operation | Sales of Alcoholic Beverage | Hours for Live Entertainment, DJ or Karaoke |
|---|---|---|---|
| Sunday | From 10 AM To 2 AM | From 10 AM To 2 AM | From ___ To ___ |
| Monday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Tuesday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Wednesday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Thursday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Friday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Saturday | From ___ To ___ | From ___ To ___ | From ___ To ___ |

PLAINTIFF'S EXHIBIT #2

### 6. GENERAL QUESTIONS

a) Do you operate a sidewalk café? ___ Yes  ✓ No  If yes, please attach a current Certificate of Use and a copy of the ABC sidewalk permit

b) Do you operate a summer garden? ✓ Yes ___ No  If yes, please attach a copy of the ABC summer garden permit.

c) Do you offer entertainment? ✓ Yes ___ No  If yes, describe in detail the type of entertainment offered. light Acoustic + recorded.

d) Do you have a dance floor? ___ Yes ✓ No  If yes, please advise as to the size of the dance floor.

### 7. APPROPRIATENESS

a) What effect will your establishment have on real property values? Give a detailed explanation. None.

b) What effect will your establishment have on peace, order, and quiet, including noise and litter to the relevant locality, section or portion of the District of Columbia? Give a detailed explanation. None.

c) What effect will your establishment have upon residential parking and vehicular and pedestrian parking? Give a detailed explanation. None.

THE RENEWAL APPLICATION MUST BE SIGNED BY THE SOLE PROPRIETOR, ALL PARTNERS, PRESIDENT, VICE PRESIDENT, OR MANAGING MEMBER

Print Name: Anthony B. Cibel     Title: _____     Signature: Anthony B. Cibel     Date: _____
The foregoing was subscribed and sworn to before me on this 18 day of May, 2004. My commission expires on 3/4/06.
Notary Public

Print Name: Gregroy J. Casten     Title: _____     Signature: Gregory J Casten     Date: _____
The foregoing was subscribed and sworn to before me on this 18 day of May, 2004. My commission expires on 3/4/06.
Notary Public

Print Name: Sasbassy Majassey     Title: _____     Signature: Asbra L Magssany     Date: _____
The foregoing was subscribed and sworn to before me on this 18 day of May, 2004. My commission expires on 3/4/06.
Notary Public

Special Note

The District of Columbia will provide appropriate auxiliary services including sign language interpreters whenever necessary to ensure effective communication with members of the public who are deaf, hard hearing or who may have other disabilities affecting communication. Please contact the ADA coordinator at (202) 442-4423 for additional information.

ABRA rev. 03/24/04

ABRA 0026