**NOTICE: THIS ATTACHMENT HAS BEEN DIVIDED INTO SUBPARTS TO COMPLY WITH FILE SIZE LIMITATIONS OF THE ECF SYSTEM**

CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
ATTACHMENT NO. 7 – PART C

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION



## Alcoholic Beverage Control Investigations Report(s)

PPT, Inc.
t/a Riverside Grille
3050 K Street, N.W.
Retailer Class C Restaurant
Application Number: 31053
License Number: 17308



PLAINTIFF'S EXHIBIT #7

941 North Capitol Street, N.E., 7th Floor, Washington, D.C. 20002
Phone: (202) 442-4423   Fax: (202) 442-9563

GOVERNMENT OF THE DISTRICT OF COLUMBIA
ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION
INVESTIGATIONS DIVISION



Investigative Report
In the Matter of
PPT, Inc.
T/a The RiverSide Grille
3000-3050 K Street, NW
Washington, DC 20007
Application # 31053
License # 17308
Class CR02
Control #591-ABRA-2002

Report Prepared by:
Juliana N. Tengen
Investigator
August 26, 2002

## INTRODUCTION AND BACKGROUND

This investigative report is based on complaints from some tenants of the Washington Harbor Condominium. These tenants alleged that noise from patrons and musical instruments at the Harbor is unbearable. The RiverSide Grille is one of the establishments located at the Harbor. The establishment is a class CR02 restaurant located at 3000- 3050 K St NW.

## SUMMARY

On August 8, 2002 some of the tenants of the Washington Harbor Condominium alleged that patrons of ABRA establishments at the Harbor create loud noises. The tenants also claimed that some ABRA establishments play loud music at the Harbor. Investigation reveals that The RiverSide Grille extended its hours of operation without the approval of the ABC Board.

## INVESTIGATION

On Tuesday, August 20, 2002, I was assigned to monitor the Washington Harbor's ABRA establishments for noise. On Wednesday, August 21, 2002, at 9:30 p.m., I visited the Washington Harbor. There were a lot of patrons sitting and standing on the summer gardens of all the ABRA establishments eating, drinking and talking.

On Friday, August 23, 2002, at 9:00 p.m., I interviewed two of the three complainants who wanted to remain anonymous. One of the complainants stated that music from the Harbor is unbearable. The complainant mentioned that the patrons from the Harbor are rude and loud. When the restaurants close, the patrons start screaming words like "get the car" "Hey you" "Watch out" They use swearing words, urinate everywhere, vomit in the fountain, and sometimes set the fire alarm of the condominium at least six times a night. During the interview, this complainant informed me that there was a very loud musical noise at the Harbor.

The second complainant stated that about two weeks ago, the sound of music from the Harbor was unbearable. The complainant mentioned that tenants of the Washington Harbor Condominium have been able to sleep for the first time since the beginning of summer during the week of my investigation without being awakened so many times. This complainant stated that when the restaurants close, patrons fight, scream, honk their cars, and line cars in the circle.

On the same date at 10:00 p.m., I visited the Washington Harbor and observed a large crowd eating, drinking, and talking. There were approximately fifteen boats at the Harbor. Three of the boats were playing loud music and people consuming alcoholic beverages on the boat. At approximately 12:00 a.m. the boats left the Harbor.

At 2:30 a.m., most of the patrons were leaving and making loud noises. It was difficult to distinguish the restaurants that the patrons came from. A crowd of patrons walked up the stairs from the fountain area towards K Street and others dispersed via the waterfront. At 2:45 a.m., I observed Captain Michael Jacob and two other Police Officers from the Second District arrest a patron in front of Tony & Joe's for disorderly conduct. I asked Captain Jacob if he had had any complaints about noise from the Harbor.

PPT, Inc.
Application # 31053
License # 17308
Control # 591-ABRA-2002

He replied that, about two weeks ago, he received a complaint about loud music from the Harbor Café and he asked the establishment to reduce the noise level and it complied. Captain Jacobs stated that most of the time, the establishment TCBY located on top of Port Sole creates a lot of noise. He also stated that his officers and the Harbor Security Guards are doing their best to control the crowd when the establishments close.

As I watched the crowd talking and dispersing, I observed employees of one of the ABRA establishments dragging metal tables from the summer garden. I advised the manager of the establishment to ask his employees to carry the tables and he complied. While I was talking to the manager, some patrons that were standing on the balcony of TCBY restaurant were calling some patrons that were coming out of one of the establishments. One of the Security guards asked them to stop screaming and leave the premise. A few minutes later, I saw Captain Jacobs and two Police Officers running down the stairs. One of the patrons was arrested for urinating on another patron's car in the garage. At 3:05 a.m., I entered The RiverSide Grille and observed employees cleaning up the establishment and a few patrons leaving the establishment.

During a regulatory inspection on Monday, August 26, 2002, the Vice President of the establishment, Nicholas Cibel, stated that the hours of operation are 11:30 a.m. to 1:30 a.m. Sunday to Thursday, and 11:30 to 2:30 a.m. Friday and Saturday. I informed Mr. Cibel that the approved application does not allow him to operate after 12:00 a.m. Monday to Thursday. The RiverSide Grille extended its hours of operation without the ABC Board's approval. According to the application approved 7/15/92, the hours of operation are 11:00 a.m. to 12:00 a.m. Monday to Thursday, 11:00 a.m. to 3:00 a.m. Friday and Saturday, and 12:00 to 12:00 a.m. on Sunday

**REVIEW OF AGENCY RECORD**

An ABRA license has existed at this location since 7/10/92, according to the available records in the Investigative Division.

In the Business Regulation Administration Division, records reveal a current restaurant license # 39205323 expiring 4/30/04

The Building and Land Regulation Administration records indicate a Certificate of Occupancy # B163059 issued 6/23/92 for the use of the first floor with a capacity of 145 patrons.