**NOTICE: THIS ATTACHMENT HAS BEEN DIVIDED INTO SUBPARTS TO COMPLY WITH FILE SIZE LIMITATIONS OF THE ECF SYSTEM**

**CASE NO. 05CV1278(RCL)**
**PLAINTIFF'S MOTION FOR SANCTIONS**
**ATTACHMENT NO. 7 – PART D**

- 3 -

PPT, Inc.
Application # 31053
License # 17308
Control # 591-ABRA-2002

## ALLEGED ABRA VIOLATIONS

- Title 25-762. Substantial change in operation must be approved.

    (a) Before a licensee may make a change in the interior or exterior, or a change in format, of any licensed establishment, which would substantially change the nature of the operation of the licensed establishment as set forth in the initial application for the license, the licensee shall obtain the approval of the Board in accordance with Title 25-404.

    (b) In determining whether the proposed changes are substantial, the Board shall consider whether they are potentially of concern to the residents of the area surrounding the establishment, including changes which would:

    (13) Extend the hours of operation

## ALLEGED VIOLATIONS OF OTHER DCMLR

None found

## HISTORY OF COMPLAINTS/VIOLATIONS

None found

## ATTACHMENTS

- ABRA license # 17308 expiring 3/31/04
- Certificate of Occupancy # B163059 issued 6/23/92
- Restaurant license # 39205323 expired 4/30/04
- Regulatory inspection dated 8/26/02
- Application

- 4 -

PPT, Inc.
Application # 31053
License # 17308
Control # 591-ABRA-2002

_____
Juliana N. Tengen
ABRA Investigator


_____
LaRoy Coleman
Acting Supervisory Investigator

_____*Maurice Evans*_____ 10/15/02
Maurice Evans II
Chief Investigator

| | | | | |
|---|---|---|---|---|
| **BILL ONLY** | GOVERNMENT OF THE DISTRICT OF COLUMBIA | ALCOHOLIC BEVERAGE REGULATION ADMINISTATION ALCOHOLIC BEVERAGE CONTROL BOARD P.O. BOX 37200 WASHINGTON, D.C. 20013-7200 | Office Use Only | BRA-3 (Rev. 7/99) |
| | | | Issue Date | 08/30/2002 |

| | | | |
|---|---|---|---|
| CONTROL NUMBER | 61394 | APPLICATION NUMBER | 31053 |

APPLICANT'S NAME & ADDRESS
PPT INC.
THE RIVERSIDE GRILLE
3050 K STREET, NW
WASHINGTON DC 20007

PREMISE  FIRST FLOOR
STORAGE  FIRST FLOOR

This Bill For Period   04/01/2002 To 03/31/2003

| | |
|---|---|
| $1,000.00 | 34505/6017/3234 |
| $0.00 | 34505/6017/3234 OTHER FEES |
| $1,000.00 | TOTAL |

This Space For use of the D.C. Treasurer Only

☐ Cashiers #
☐ Cert. Ck. #
☐ Money Order #

| FILE DATE | LICENSE NUMBER | CLASS OF LICENSE |
|---|---|---|
| 02/15/2002 | 17308 | RETAIL CLASS CR02 |



ALCOHOLIC BEVERAGE REGULATION ADMINISTATION                                   BRA-3 (Rev. 6/96)

GOVERNMENT OF THE DISTRICT OF COLUMBIA

ALCOHOLIC BEVERAGE CONTROL BOARD
P.O. BOX 37200
WASHINGTON, D.C. 20013-7200

ALCOHOLIC BEVERAGE CONTROL LICENSE

| CONTROL NUMBER | 61394 | CLASS OF LICENSE RETAIL CLASS CR02 | LICENSE NUMBER | 17308 | APPLICATION NUMBER | 31053 |
|---|---|---|---|---|---|---|

APPLICANT'S NAME & ADDRESS
PPT INC.
THE RIVERSIDE GRILLE
3050 K STREET, NW
WASHINGTON DC 20007

PARTNER'S & OTHER PREMISE ADDRESS

AREA OF PREMISE  FIRST FLOOR
AREA OF STORAGE CAPACITY  FIRST FLOOR

**THIS LICENSE IS VALID FROM 04/01/2002 TO 03/31/2004**

Roderic L. Woodson
Chairman
Alcoholic Beverage Control Board

M. M. Delaney  Director
Alcoholic Beverage Regulation Administration

**THE LAW REQUIRES THIS LICENSE TO BE POSTED ON THE PREMISES**