## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

  v.                                        Case No. 05cv1278(RCL)

THE DANCING CRAB AT
WASHINGTON HARBOUR, L.P. et al.

      Defendants.

### O R D E R

This matter comes before the court upon plaintiff's motion for sanctions. The court having considered the motion, and the opposition thereto, does hereby GRANT the motion for sanctions; and it is hereby

ORDERED that a default be entered as to both defendants in this proceeding upon defendants' failure to comply with the Orders of the Court entered May 15, 2006 and upon the Court's finding that defendants engaged in the knowing spoliation evidence; and it is further

ORDERED that the general partners of the Dancing Crab at Washington Harbour, L.P. be held directly liable for any judgment entered on behalf of plaintiff; and it is further

ORDERED that in addition to any judgment for compensatory damages be multiplied by a factor of ten and awarded to plaintiff as punitive damages; and it is further

ORDERED that plaintiff may submit a motion for attorneys fees necessitated by Defendants' failure to comply with the Court's May 15, 2006 Orders.

                                              _____
                                              United States District Court Judge