Exhibit 1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    ---------------------------------X     COPY
    JONATHAN W. RUDE,                 :
                       Plaintiff      :
              v.                      :   Case No.
    THE DANCING CRAB AT WASHINGTON    :   1:05CV01278
    HARBOUR, LP, ET AL,               :
                       Defendants     :
    ---------------------------------X



                    Deposition of DAVID PERA
                        McLean, Virginia
                    Thursday, July 20, 2006
                          10:25 a.m.



    Job No.:  4-82874
    Pages 1 - 41
    Reported by:  Nancy Bond Rowland
```



LAD Reporting — 1100 Connecticut Avenue NW, Suite 850, Washington DC 20036 • Tel 202.861.3410 • 800.292.4789 • Fax 202.861.3425 • Web: ladreporting.com • E-mail: lisa@ladreporting.com • additional offices: Rockville MD • Baltimore MD • Greenbelt MD • McLean VA

DEPOSITION OF DAVID PERA
CONDUCTED ON THURSDAY, JULY 20, 2006

18

1     A    I think it just spits out.
2     Q    Are you familiar with the main bar area at
3  Tony and Joe's?
4     A    The inside bar or the outside bar?
5     Q    Yes, the inside bar.
6     A    Yes.
7     Q    Are there cameras in the inside main bar
8  area?
9     A    Are we talking in 2004?
10    Q    2004, yes.
11    A    I don't know.
12    Q    Are there cameras there today?
13    A    I guess the question is right now are there
14 working cameras? No. That's why I don't know if they
15 were working in 2004.
16    Q    Okay. Do you know whether or not these
17 cameras had recording devices attached?
18    A    I don't. Again, working? No, I don't know.
19    Q    I'm going to ask you a few questions about
20 some individuals. Do you know a young lady by the name
21 of Donisha Jones?
22    A    Yes.