EX 3

## Richard R. Page Wyrough

**From:** Richard R. Page Wyrough [Page@SoMdLaw.com]
**Sent:** Tuesday, May 30, 2006 5:33 PM
**To:** Rick Rude
**Subject:** RE: Rude v. Dancing Crab Discovery Issues

If you can't get a reporter, we should be able to get one.

With respect to the distinct entities, I told you in our last telephone conversation that I would clear up the ownership structure after our meeting at which you identified specific entities which you would like information about. Here is the information.

The corporate structure is as follows:

The Dancing Crab at Washington Harbour Limited Partnership t/a Tony and Joe's

    19.0% Waterside Management, this is the controlling entity of the General partnership – it is 100% owned by Anthony B Cibel

    2.5% Csaba Maggassey

    2.5% Gregory Casten

    7.5% OceanPro Industries Limited

    68.5% Anthony B Cibel

There was a sixth investor who owned 0.5% whose name escaped Greg Casten. However, he was bought in 2006 by Tony Cibel. If you want his name, I will get it for you.

PPT Inc – t/a Nick's Riverside Grille

    16.33 Greg Casten

    16.33 Nick Cibel

    16.33 Dean Cibel

    51.00 Anthony B Cibel

3050 K LLC – t/a Cabanas

    33.33 Greg Casten

    33.33 Nick Cibel

    33.33 Tony Cibel

Lemlee Corp t/a The Dancing Crab

10/16/2006

    100.0% Anthony B Cibel

OceanPro Industries t/a Profish

    10.0% Anthony B Cibel

    2.5% Nick Cibel

    24.3% Timothy Lydon

    63.2% Gregory Casten

Oceanside Management Corp

    100.0% Anthony B Cibel

I'll leave your position with respect to John Eagleton's authority for others to decide. You are free to explore it at deposition.

-----Original Message-----
**From:** Rick Rude [mailto:rick_rude@msn.com]
**Sent:** Tuesday, May 30, 2006 3:00 PM
**To:** Richard R. Page Wyrough
**Subject:** Re: Rude v. Dancing Crab Discovery Issues

Dear Mr. Wyrough:
Let me check the availability of the reporter. It is ok with me to start earlier.
I spent Friday afternoon at the DC ABCA and have obtained what files that they have.
It appears that there are three separate and distinct businesses going on at the K Street location.
I identified Cabanas and Nicks Riverside Grill as trade names as in mid-2005 the DC Reg. Ofce had no record of these names as either trade names or corporations, etc.
An example of the situation this creates is John Eagleton. He failed to disclose that he did not actually work for Tony & Joes and that he had no binding authority regarding that separate entity. While I have always been reasonable I am of the clear belief that defendants are now actively withholding evidence from you and I which is extremely relevant and material.
I am scheduling the airline tickets for the 26-27th. please confirm.
regards.
Rick Rude

----- Original Message -----
**From:** Richard R. Page Wyrough
**To:** Rick Rude
**Sent:** Tuesday, May 30, 2006 11:42 AM
**Subject:** RE: Rude v. Dancing Crab Discovery Issues

I would like to start Dean Cibel's deposition in the morning at 10AM instead of 1:30 if that is possible in light of the rescheduling of Tony Cibel's deposition if for no other reason than I would prefer not to deal with Friday afternoon rush hour if at all possible. Please let me know.

I will respond to your discovery letter of last Friday later today.

10/16/2006