EX 4

# Richard R. Page Wyrough

**From:** Richard R. Page Wyrough [Page@SoMdLaw.com]
**Sent:** Wednesday, May 24, 2006 12:02 PM
**To:** Rick Rude
**Subject:** RE: Defendants responses to discovery and depositions

Per our conversation of yesterday and at our recent meeting:

Greg Casten's deposition for the 22nd and John Eagleton's deposition for July 6 have been confirmed. The availability of the Cibels, Puzio, and Moran are being confirmed.

The depostion dates and times for Yinka, Lee and Wood are fine.

I am in the process of trying to clear up some issues associated with travelling to California on the dates referenced and will get back to you as soon as possible.

With respect to the discovery items discussed at our recent meeting, I have requested the following:

1. The employment files for Wood and Tosin subject to the deletion of confidential information discussed at our meeting

2. An outline of the relationship/corporate structure/nature of the relationship of and between Ocean Pro Industries, Oceanside Managment, Waterside Management, Cabanas, Rick's Riverside Grill, Profish, Ltd., and the Dancing Crab subject to concerns discussed at the meeting and yesterday.

3. Time sheets and records for/of all employees who were working on the dates of the incident 6/26-6/27 and on the of 6/20-6/21 (with respect to the doormen that would include the time cards and the records of payments to Wood, Yinka and Tosin, and records of what time(s) they were on duty.

4. Information on "Natascha", her full name and last known address and records of any orders or tickets she may have submitted on that night 6/20 to 6/21

5. The identity of employees who held a liquor manager's license on the nights in questions, a copy of the licenses and a copy of their employment files subject to the deletion of confidential information

Attached is a copy of the lease. I have not compared it to the copy previously supplied to you. Please advise if it addresses the concerns you raised.

If I have failed to address any of the issues discussed at our last meeting, let me know. Otherwise, and per our conversation yesterday, subject to further discussion once you receive the information, the good faith attempts to gather the foregoing in a reasonable period of time constitute compliance with the court's recent order. If you have any concerns about that or anything else in the email, please let me know.

10/17/2006

# Richard R. Page Wyrough

**From:** Richard R. Page Wyrough [Page@SoMdLaw.com]
**Sent:** Wednesday, May 31, 2006 6:16 PM
**To:** Rick Rude
**Subject:** documents

[PDF] Nicks emp payroll 2004.PDF  [PDF] Olayinka Adeboyeku file.PDF  [PDF] TJ emp payroll 2004.PDF   Tony Wood file.PDF   Tony And Joes labor.PDF

Attached are copies of scanned files received today. The files attached include the following:

1. payroll report for Tony & Joe's from Jan 1, 2004 to December 31, 2004 with the names of employees
2. payroll report for Nick's Riverside Grill for the same time period
3. a labor detail report for Tony & Joe's for June 14, 2004 to June 28, 2004
4. More of Yinka's employment file
5. The contents of Tony Wood's file

The actual time cards, waiter/waitress tickets, to the extend available, and cash vouchers apparently were too voluminous to scan and will be brought to the depostion on Friday as will last known addresses for the employees.

As you will see, there was no Natascha employed by Nick's Riverside, but there was a Natalie Yeakle who is still an employee.

I would ask that you hold off on making reservations to LA until you and I speak tomorrow.

To the extent that you feel, you need to review additional records, Greg Casten suggests that arrangements be made for you to go to their accountants office which is where the bulk of the records are kept and you will be free to puruse any record, subject to our prior discussions, that you desire. That would help expedite the procees. Please let me know if you are interested in doing that.

Richard R. Page Wyrough, Esq.
Cain & Wyrough, PC
15051 Marlboro Pike
Upper Marlboro, MD 20772

This email may contain confidential information which is legally privileged. The information is only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephoning the sender of this email at 301-627-4600.

# Richard R. Page Wyrough

**From:** Richard R. Page Wyrough [Page@SoMdLaw.com]
**Sent:** Wednesday, May 31, 2006 6:28 PM
**To:** Rick Rude
**Subject:** more documents

  

TJ guest checks 062104.PDF    tjguestcheck6202004.PDF    TJ eet614thru6282004    TJ eet614thru6282004

Attached are additional documents just received moments ago.

They include:

1. Guest checks for 6/20
2. Guest checks for 6/21
3. Two sets of Tony & Joe's time sheets

Richard R. Page Wyrough, Esq.
Cain & Wyrough, PC
15051 Marlboro Pike
Upper Marlboro, MD  20772

This email may contain confidential information which is legally privileged.  The information is only for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited.  If you have received this email in error, please immediately notify us by telephoning the sender of this email at 301-627-4600.

1

# Richard R. Page Wyrough

| | |
|---|---|
| From: | Richard R. Page Wyrough [Page@SoMdLaw.com] |
| Sent: | Thursday, June 01, 2006 7:09 PM |
| To: | Rick Rude |
| Subject: | additional docs |


ppttimecard614-62
704.PDF


WM-Articles of
Incorporation.p...

Attached are more time card details from the Riverside Grille as well as the articles of incorporation for Waterside Management.

sorry I did not get back to you, but I was held up outside the office longer than expected.

let's talk tommorrow.

Richard R. Page Wyrough, Esq.
Cain & Wyrough, PC
15051 Marlboro Pike
Upper Marlboro, MD  20772

This email may contain confidential information which is legally privileged.  The information is only for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited.  If you have received this email in error, please immediately notify us by telephoning the sender of this email at 301-627-4600.

1

# Richard R. Page Wyrough

**From:** Richard R. Page Wyrough [Page@SoMdLaw.com]
**Sent:** Thursday, June 01, 2006 12:39 PM
**To:** Rick Rude
**Subject:** lease


TJ 2nd amend to lease.PDF


TonyJoeLease.PDF

       Attached are copies of the second and third amendment to Tony & Joe's lease. There is no written lease between Tony & Joe's for the use of the patio. Tony & Joe's did, however, obtain a patio license with the landlord's consent. A copy of the license will be brought tomorrow. Apparently, there is some type of diagram which accompanied that license.

Other than estoppel certificates, you now should all lease documents.

Nick's Riverside Grille's lease does address the patio. A copy of that lease will be provided tomorrow.


Richard R. Page Wyrough, Esq.
Cain & Wyrough, PC
15051 Marlboro Pike
Upper Marlboro, MD  20772

This email may contain confidential information which is legally privileged. The information is only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephoning the sender of this email at 301-627-4600.

## Richard R. Page Wyrough

| | |
|---|---|
| From: | Richard R. Page Wyrough [Page@SoMdLaw.com] |
| Sent: | Thursday, June 01, 2006 11:59 AM |
| To: | Rick Rude |
| Subject: | employment file |



Jonathan Rude file.PDF

Attached is a copy of your son's employment file.

Richard R. Page Wyrough, Esq.
Cain & Wyrough, PC
15051 Marlboro Pike
Upper Marlboro, MD  20772

This email may contain confidential information which is legally privileged.  The information is only for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited.  If you have received this email in error, please immediately notify us by telephoning the sender of this email at 301-627-4600.

1