UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EXHIBIT 7**

JONATHAN W. RUDE  :
    Plaintiff  :
vs.  :  Case No.: 1:05CV01278
   :
THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL.  :  JUDGE ROYCE C. LAMBERTH
   :
    Defendants.  :

**DEFENDANTS THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL SUPPLEMENTAL INITIAL DISCLOSURES**

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP AND DEAN A. CIBEL, by and through their counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, make the following supplemental initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures:

1. The following individuals are likely to have discoverable information relevant to disputed facts:

    a. Olayinka Adeboyeku
       11106 Bennington Drive
       Upper Marlboro, MD 20774

    b. Anthony B. Wood
       4413 Jay Street, N.E.
       Washington, D.C. 20019

    c. Ofc. Glenn Luckett
       Metropolitan Police Department
       3320 Idaho Avenue NW
       Washington, DC 20016

    d. Ofc. Rob Owens
       Metropolitan Police Department
       3320 Idaho Avenue NW
       Washington, DC 20016

    c. Ofc. Robert Puzio
       Metropolitan Police Department
       1425 S Eads Street, #307
       Arlington, VA 22202

    d. Mike Gilliam
       c/o Stephen B. Gillman
       201 S. Biscayne Blvd.
       Miami, FL 33131

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

e.  James Sylvester
    1803 37th Street, NW
    Washington, DC 20007

f.  John Cummings
    833 Mackall Avenue
    McLean, VA 22101

g.  John Eagletown
    6475 Cheyenne Drive, #203
    Alexandria, VA 22312

h.  Jeff Saunders
    2500 Wisconsin Avenue NW, #921
    Washington, DC 20007

i.  Adrian Russo
    c/o Dancing Crab
    3000 K Street, N.W.
    Washington, DC 2007

j.  Chuck Moran
    9 Alice Bradley Lane
    Foxborough, MA 02035

k.  Dave Barrow
    c/o Dancing Crab
    3000 K Street, N.W.
    Washington, DC 2007

l.  James King
    2010 Lansdowne Way
    Silver Spring, MD 20910

m.  Ofc. Mark E. Lee
    Metropolitan Police Dept.
    3320 Idaho Avenue NW
    Washington, DC 20016

n.  Jay Sylvester
    c/o Dancing Crab
    3000 K Street, N.W.
    Washington, DC 2007
    (202) 270-1108

o.  Chris Evanson
    7323 Telegraph Road
    Alexandria, VA 22315
    (571) 334-6240

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

p.    Matt Rapoza
9814 Oak Valley Court
Vienna, VA 22181
(317) 418-7462

q.    Anthony DeStasio
5480 Wisconsin Avenue, #1028
Chevy Chase, MD 20815
(609) 457-9081

r.    Sean Hutton
200 East Street
Southington, CT 06489
(860) 919-2867

s.    Calvin Tillman
2820 Iverson Street
Temple Hills, MD 20848
(301) 404-8678

t.    Sean Griffith
12127 Belann Court
Clio, MI 48420
(810) 210-6213

u.    Ryan Goethails
3604 T Street NW
Washington, DC 20007
(586) 872-4062

v.    DJ Cincogrono
2020 F Street NW
Washington, DC 20006
(203) 910-4140

w.    Matt Krouner
4301 Columbia Pike, #428
Arlington, VA 22204
(617) 780-7530

x.    Rick Yurico
Metropolitan Police Department
5437 Connecticut Avenue NW, #207
Washington, DC 20015

y.    Badr Jaoubari-Idrissi
2 Rue BeTokyo Ocean
Rabat, Morocco

z.    Oluwatosi Adeboyeku
11106 Bennington Drive
Upper Marlboro, MD 20774

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

    aa.    Reginald Williamson, Esquire

    bb.    Greg Casten
9470 Seven Locks Road
Bethesda, MD 20817

Respectfully submitted,

CAIN & WYROUGH, P.C.

_____
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of April, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

_____
RICHARD R. PAGE WYROUGH

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

4