UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE | : |
| Plaintiff | : |
| vs. | : Case No.: 1:05CV01278 |
| THE DANCING CRAB AT WASHINGTON HARBOUR, LP, ET AL. | : JUDGE ROYCE C. LAMBERTH |
| Defendants. | : |

**ORDER**

Upon consideration of Plaintiff's Motion for Sanctions, the Defendants' Opposition thereto, and other matters of record herein, it is _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the Motion for Sanctions, be and the same, is hereby DENIED.

_____
JUDGE

Copies by the Court to:

Richard R. Page Wyrough, Esquire
CAIN & WYROUGH, P.C.
15051 Marlboro Pike
Upper Marlboro, MD 20772

Rick A. Rude, Esquire
Suite 103
207 Park Avenue
Falls Church, Virginia 22046