UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : | |
| : | |
| Plaintiff : | |
| vs. : | Case No.: 1:05CV01278 |
| : | |
| THE DANCING CRAB AT WASHINGTON HARBOUR, : | |
| LP, ET AL. : | JUDGE ROYCE C. LAMBERTH |
| : | |
| Defendants. : | |
| : | |

**OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGEMENT**

The Defendants, THE DANCING CRAB AT WASHINGTON HARBOUR, LP and DEAN CIBEL, by and through their counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, in opposition to Plaintiffs' Motion for Partial Summary Judgment state as follows:

1. There are genuine disputes of material fact.

2. Plaintiff is not entitled to judgment as a matter of law.

Wherefore, the Defendants respectfully request this honorable court to deny Plaintiff's motion for partial summary judgment.

Respectfully submitted,

CAIN & WYROUGH, P.C.

_____/s/_____
RICHARD R. PAGE WYROUGH, #02821
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October, 2006, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

_____/s/_____
RICHARD R. PAGE WYROUGH