Ex 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

                       CASE NO. 1:05cv1278RCL

vs.

DANCING CRAB AT WASHINGTON
HARBOUR, et al.,

    Defendants.

_____/

DEPOSITION OF JAMES SYLVESTER

Taken at Carlsbad, California

Tuesday, June 27, 2006


CERTIFIED COPY

Reported by Paula A. Rahn - CSR, RPR

Certificate No. 11510

The Koll Center
501 West Broadway
Suite 1330
San Diego, CA 92101
Tel: 619.234.9100
Fax: 619.234.9109
Toll Free: 877.234.DEPO
3376
sscourtreporters.com


SHELBURNE SHERR

```
 1            When he and Officer Rob Owen got into a
 2   conversation about that situation, I went into the back to
 3   get beer coolers. When I came back, they were gone.
 4   Yenka came running through from the back restaurant into
 5   the bar, stopped, turned to me and said he hated us
 6   Georgetown kids. He's going to go knock Jon out and come
 7   back and knock me the fuck out. And then he took out the
 8   door, at which point Tony Wood turned and said to me
 9   something to the effect of, you know, I got it. Don't
10   worry about it. And then he took off running out the door
11   after Yenka.
12            I was confused at the whole situation. I didn't
13   know what was going on. I went back to filling beer
14   coolers. A little while later -- I don't remember how
15   long -- Tony Wood came in, talked to me about how Yenka
16   and Jon got into a fight, and Mike Gillman shouldn't have
17   choked Yenka. And then a little while later police
18   officers showed up and I left shortly after that.
19      Q    Okay. Did you subsequently have any
20   conversations with anyone at Tony & Joe's regarding that
21   incident?
22      A    The next night, which was a Sunday, I found out
23   the severity of the situation and I got permission to
24   go -- to leave work to go see Jon at the hospital. When I
25   came back, Chuck asked me about how Jon was and how -- and
```

1  going to read this into the record, "Either Dean or Rob
2  Puzio told me to ask Jon to leave because Yenka was angry
3  with Jon."
4        Do you recall that conversation?
5     A  Yes.
6     Q  Do you recall why Yenka was supposedly angry with
7  Jon?
8        MR. WYROUGH: Objection to the form.
9        Go ahead.
10 BY MR. RUDE:
11    Q  You can answer.
12    A  That relates to the previous incident with John
13 Cummings and the attack that happened at the -- in front
14 of the parking garage.
15    Q  Okay. Did you ever have any conversations with
16 an individual by the name of Tosin Aoeboyeku.
17    A  I think I did, but I don't remember the
18 conversation.
19    Q  Okay. What was his position at Tony & Joe's, if
20 you recall?
21    A  Tosin was a bouncer, as well.
22    Q  Did he -- was he permitted to hold himself out as
23 a supervisor?
24    A  I don't believe so, but he had been there so long
25 that he was just accepted as a higher up in the chain of

1    command. He wasn't just a doorman, but he wasn't really
2    anyone in charge.
3        Q    Okay. I'm going to show you a document, but I'm
4    not going to mark it. For the record, this is the
5    Complainant's Statement provided by Mr. Michael Gillman.
6    It's dated June 27th of 2004. And I'm going to direct
7    your attention to the first page where you are identified.
8    I'm going to ask you to read that sentence. And is that
9    the same incident that is identified in your witness
10   statement about speaking with Jon Rude?
11       A    "It was at this time that one of the other
12   bouncers, James Sylvester, informed Jon that Yenka -- I'm
13   not sure if the spelling is correct -- to be known from
14   now on as Suspect 1, had a problem with Jon, that he
15   wanted to fight him."
16       Q    And who -- and again, Mr. Puzio was an individual
17   that informed you that Yenka was angry with Jon Rude?
18       A    Yes.
19       Q    Did Mr. Puzio make any comment to you as to why
20   he believed Yenka was angry?
21       A    I don't remember. I believe -- I believe he said
22   that it was because Yenka was angry. I don't -- I'm not
23   sure why.
24       Q    When you were employed at Tony & Joe's, were
25   there other Georgetown football players who were also

1      Q      And what position did you play?

2      A      I was an offensive lineman.

3      Q      And how much do you weigh, Mr. Sylvester?

4      A      Did I or do I?

5      Q      Well, let's start with did?

6      A      At my heaviest, I was 265, 270.

7      Q      And would that have been about the time that you
8  weighed that -- your heaviest, is that about the time you
9  worked a Tony & Joe's?

10     A      No.  I probably weighed about 250, 255.

11     Q      All right.  And what is Jon's -- what
12 position did Jon Rude play?

13     A      He played a couple positions.  He started as a
14 fullback.  I think he ended as a defensive tackle.

15     Q      All right.  And were you working at Tony & Joe's
16 the summer that Jon Rude worked there as a doorman?

17     A      Yes.

18     Q      The summer that he worked there as a doorman, do
19 you have any idea what his weight would have been?

20     A      I think somewhere around -- somewhere between 260
21 and 280.

22     Q      All right.  What about in the summer of 2004 when
23 these incidents took place?  Do you have any idea what his
24 weight was then?

25     A      I think he was a little closer to 270, 280.

1   or not the incident continued after you walked away; is
2   that correct?
3       A   Continued at the bar or continued elsewhere?
4       Q   Continued anywhere on the premises.
5       A   Both Jon Rude and Yenka told me -- no. I'm
6   sorry. Jon Rude told me that it happened in the parking
7   garage. Yenka -- Yenka just told me that he was angry and
8   he had his address.
9       Q   Let me -- my question was -- was not clear.
10          Do you know -- after you walked away, do you know
11  whether or not John Cummings, Jon Rude, or anyone else
12  with John Cummings and Jon Rude exchanged words with Yenka
13  or further words with Yenka after you walked away?
14      A   After I walked away, no.
15      Q   All right. So you don't know one way or the
16  other whether or not John Eagleson told John Cummings or
17  Jon Rude or anyone else who was with them to leave and not
18  come back?
19      A   If they would have banned people, especially my
20  roommates, they would have let me know.
21      Q   All right. So your -- that's an answer to a
22  different question.
23          You're assuming that Jon Rude or John Cummings
24  would have let you know John Eagleson had banned them;
25  right?

```
 1         A    It was Jon, Mike, Sam -- I don't know Sam's last
 2   name -- and Sam's cousin.
 3         Q    All right.  And have you talked to Sam or Sam's
 4   cousin about what happened once they left the restaurant?
 5         A    I haven't spoken with Sam or Sam's cousin.
 6         Q    All right.  What about Jon Rude?
 7         A    After they left, Jon said they -- they walked
 8   to -- I guess to K Street.  They went on their separate
 9   way.  And then Jon and Mike and Sam and Sam's cousin were
10   walking towards his car.  And then I don't believe -- I
11   don't remember Jon telling me anything else after that.
12         Q    What about Mike.  Has he ever told you anything?
13         A    Mike said that Yenka came from behind and punched
14   Jon.  At that point, Jon had fallen into a car and was
15   trying to protect himself, like hands up, defensive trying
16   to protect himself.  Where Mike had grabbed Yenka
17   because -- I mean, he was -- he had blindsided Jon.
18              And then Tony Wood came up and, I guess, grabbed
19   Mike off Yenka or pushed Mike off or I don't know how,
20   somehow separated Mike from Yenka.  And then it's
21   ambiguous.  The story I got was basically that that Yenka
22   and Jon fought at this point.  I don't know.
23         Q    All right.  Did you have you ever talked to John
24   Eagleson about whether or not Jon Rude was banned from the
25   premises?
```

1  that Greg Casten spoke to you after the incident?
2  A    After I'd been threatened, he pulled me into the
3  office to make sure I felt safe working there.
4  Q    Do you know what prompted him to do that?
5  A    I imagine because two police officers came and
6  questioned me about the threat at work.
7  Q    All right.  Now, did Tony Wood continue to work
8  at Tony & Joe's through the summer of 2004?
9  A    Yes.
10  Q    All right.  And what kind of interaction did you
11  have with Tony Wood after the incident took place?
12  A    He informed me of Yenka threatening me and it
13  was -- we -- we tried to keep a professional relationship,
14  in that just purely job related.  And we definitely tried
15  our absolute best to avoid talking about the incident
16  between Jon and Yenka.
17  Q    And on the night of the incident itself when
18  Yenka took off, he took off by himself.  And then, as I
19  understood it, you said that Tony Wood said something to
20  the effect of "Got it.  Don't worry about it"?
21  A    Yeah.
22  Q    I believe that's what you testified to?
23  A    Yes.
24  Q    What did you take that to mean?
25  A    I took that to mean that he was going to prevent