Ex 2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                :
UNITED STATES OF AMERICA        :
                                :
            v.                  :    Criminal Action No.:
                                :
OLAYINKA ADEBOYEKU,             :        F-4460-04
                                :
            Defendant.:
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

                        Washington, D.C.
                        Thursday, March 16, 2005

        The jury trial in the above-entitled action was
resumed before the **HONORABLE THOMAS MOTLEY**, Associate Judge,
in Courtroom Number 221.


        THIS TRANSCRIPT REPRESENTS THE PRODUCT
        OF AN OFFICIAL REPORTER, ENGAGED BY THE
        COURT, WHO HAS PERSONALLY CERTIFIED THAT
        IT REPRESENTS THE RECORDS OF TESTIMONY
        AND PROCEEDINGS OF THE CASE AS RECORDED.

            APPEARANCES:

            (As previously noted)

KATHY E. JACKSON                    Telephone (202) 879-1011
Official Court Reporter

the Defendant, having been called as a witness in his own

behalf, and being first duly sworn by the Deputy Clerk, was

examined and testified as follows:

            THE COURT:  All right.  For the record sir -- now

-- what -- could you please state your name, and spell your

last name please?

            THE WITNESS:  My first name is Olayinka,

O-L-A-Y-I-N-K-A; my last name is Adeboyeku,

A-D-E-B-O-Y-E-K-U.

            THE COURT:  Counsel, you may proceed.

            MR. WILLIAMSON:  Thank you, sir.

                        DIRECT EXAMINATION

            BY MR. WILLIAMSON:

      Q     Mr. Adeboyeku, what type of name is "Olayinka

Adeboyeku"?

      A     It's a Nigerian name.

      Q     Are you a U. S. citizen?

      A     Yes.

      Q     Now where do you live presently?  And just give

the city and state.

      A     Upper Marlboro, Maryland.

      Q     And on June 27, 2004, where did you live?  Just

the city and state.

      A     Chevy Chase, Maryland.

      Q     And how old are you?

Jonathan Eagleton was going to back me up.  He asked him to

leave.  As he asked them to leave, John Cummings put his

hand around and started to pat me on the head.

    Q   Demonstrate, if you will, now how he had started

pat on the head

    A   (Demonstrating)

    MR. WILLIAMSON:  Let the record reflect the

witness has taken his right hand and patted the crown of his

head.

    THE COURT:  Government.

    MR. HARAY:  That's fine, Your Honor.

    THE COURT:  No objection?

    MR. HARAY:  Correct.

    THE COURT:  The record will so reflect.  You may

proceed.

    MR. WILLIAMSON:  Thank you.

    BY MR. WILLIAMSON:

    Q   Mr. Adeboyeku, how did you feel about being patted

on the head by Jonathan?

    MR. HARAY:  Objection, Your Honor.  Well, I'll

withdraw the objection.

    MR. WILLIAMSON:

    Q   You may answer.

    A   I was pretty upset.  It happened fast.  I was

surprised actually.

remember.

Q    Did there come a time when your brother had spoken to you at that time?

A    Yes.

Q    And what did you do after your brother had spoken to you?

A    Well, after my brother had spoken to me, I was told to leave.

Q    Did you do anything?  When you say "leave", do you mean leave Tony & Joe's?

A    Well, yeah.  I left Tony & Joe's.  My brother told me to get paid and leave.

Q    Did you go and get paid?

A    Yes.

Q    All right.  Who paid you?

A    Dean.

Q    Did you say anything to Dean at that time about being upset?

A    Dean, at that time --

MR. HARAY:    Objection, Your Honor.

MR. WILLIAMSON:    Just answer the question --

THE COURT:    One second.  There's an objection.  Sustained.

BY MR. WILLIAMSON:

Q    Just answer "yes" or "no".  Did you say anything

to Dean at that time?

    A   Yes.

       MR. HARAY:  Objection, Your Honor.

       THE COURT:  Overruled.  He can say whether he said something.

       BY MR. WILLIAMSON:

    Q   You may answer.

    A   Yes.

    Q   And after saying something, what did you do?

    A   After saying something to Dean, I got paid, and I left.  I was leaving out the front door.

    Q   Were you off duty at that time?

    A   Not officially off duty, but pretty much off duty, yes.

    Q   As you're leaving, Mr. Adeboyeku, please explain to the ladies and gentlemen of the jury how you're feeling.

    A   As I'm leaving, at this point, I don't even think that I was planning on returning to Tony & Joe's.  I'd worked there for awhile, and I felt like they didn't, you know, help; they didn't have my back.

    Q   And what do you mean when you say that, they didn't have your back?

       MR. HARAY:  Objection, Your Honor.

       THE COURT:  Sustained, counsel.

       BY MR. WILLIAMSON:

passenger seat, and Jon Rude is driving the car. They pull up right beside me as I'm walking back into Tony & Joe's.

Q    What happened when this car pulls up beside you?

A    Jonathan Rude says something to me. I look over. Then John Cummings, who was in the passenger seat, grabbed my shirt. While he was grabbing my shirt, I tried to move his arm to get his arm off my shirt. Rude began to drive off while he was grabbing my shirt. I tried -- I screamed so that, you know, I wouldn't be dragged with the car, and my shirt ripped completely.

Q    Did the car keep going?

A    The car kept going, yes.

Q    What did you do?

A    I was upset. I went back into Tony & Joe's.

Q    When you went back, are you saying back into the restaurant?

A    Yes, back into the restaurant.

Q    Did you see anyone?

A    I saw the manager, Chuck Moran, Eagleton, Donn.

Q    And what did you do?

A    At this point, I was very furious. I talked to Chuck about the situation, and he had told me --

MR. HAPAY:  Objection, Your Honor.

(BENCH CONFERENCE)

THE COURT:  Your objection is hearsay?

F-4460-04.

THE COURT:  All right.  Thank you, ladies and gentlemen.  You don't need to introduce yourselves.  We all know each other by this time.  All right.  Thank you very much.  Obviously, the problem is solved to a certain degree; now there is no air in the court.  But we're ready to move it forward.  All right.

Mr. Adeboyeku, if you could come back up.  You were in the well of court.

(The defendant returned to well of court.)

THE COURT:  Is that where you want to pick up from?

MR. WILLIAMSON:  Yes, sir.

THE COURT:  All right, you may proceed, Mr. Williamson.

BY MR. WILLIAMSON:

Q    Now, Mr. Adeboyeku, before we left, you had testified that Michael Giliman was holding you or had grabbed you; is that correct?

A    Yes.

Q    Okay.  I want you to simply just demonstrate.  And I'm going to be you, and you're going to be Mr. Giliman.  Just demonstrate how you were being held at that time, all right?

A    Yes.

said something to me. I'm not sure what it was he said. I

turned around; he swung at me. When he swung at me,

immediately Mike Gillman got me in a hold.

      THE COURT REPORTER: Excuse me. I need to change

my disk, please.

      THE COURT: One second, sir.

      THE COURT REPORTER: Thank you.

      THE COURT: You may proceed, counsel.

      MR. WILLIAMSON: Thank you, Your Honor. Your

Honor, may I ask that the witness be able to step back down

into the well of the courtroom, please?

      THE COURT: You may do so.

      MR. WILLIAMSON: Mr. Adeboyeku.

      (The witness withdrew from the witness stand.)

      MR. WILLIAMSON: Maybe we should approach first.

I'm just going to tell the Court --

      THE COURT: You may approach.

        (BENCH CONFERENCE)

      MR. WILLIAMSON: I'm just going to have the

witness demonstrate how he was being held by Michael

Gillman.

      THE COURT: Yeah, I know. How are you going to

demonstrate it? That's the issue. How are you going to

demonstrate it?

      MR. WILLIAMSON: I have utter and complete

Q    Tell me what you want me to do.

A    Stand in front.  He grabbed me, grabbed me like this by my right arm, and he was choking me this way, and then grabbed my left arm like this.

MR. WILLIAMSON:  All right.  Let the record reflect that --

BY MR. WILLIAMSON:

Q    Why don't you just do that again; not so tightly, though.

A    Oh, I'm sorry.

THE COURT:  Well, why don't you ask him what he's doing versus having everybody agree.  Why don't you ask him, you're doing this, you're doing that.

MR. WILLIAMSON:  All right.

THE COURT:  Go ahead.

BY MR. WILLIAMSON:

Q    Now you were -- you had your right arm underneath my right armpit; is that correct?

A    Yes.

Q    And then, the forearm to your hand around my head; is that correct?

A    Yes.

Q    Okay.  And then you had your left arm, you were holding onto my left arm --

A    Yes.

1    Q     -- behind my back; is that correct?

2    A     Yes.

3    Q     Okay.  And is that how Mr. Gillman had you on

4    June 27, 2004?

5    A     Yes.

6    Q     All right.  Thank you.  You may take the stand.

7          (Witness returned to witness stand.)

8          BY MR. WILLIAMSON:

9    Q     Now, Mr. Adeboyeku, before Mr. Gillman had held

10   you like that, had you swung at Jonathan Rude?

11   A     No.

12   Q     Before Mr. Gillman had held you like that, had you

13   swung at Michael Gillman?

14   A     No.

15   Q     Did you ever push Michael Gillman before he had

16   held you the way you had demonstrated?

17   A     No.

18   Q     All right.  And that same morning, June 27, 2004,

19   did you ever push Jonathan Rude before Michael Gillman had

20   held you the way you had demonstrated?

21   A     No.

22   Q     Mr. Adeboyeku, how did you get away from Michael

23   Gillman?

24         THE COURT:  Counsel, what happened next?

25         MR. WILLIAMSON:  Sorry.  Very well.  Yes, sir;

yes, sir, Your Honor.

       THE COURT:  Well, I mean --

       MR. WILLIAMSON:  I understand, sir.

       BY MR. WILLIAMSON:

  Q    Now, Mr. Adeboyeku, what happened next?

  A    Well, after Mike Gillman held, Jonathan Rude is still swinging at me, and he hit me a couple times in the face.  My hands are being tied; so at that time, I can't defend myself.  I'm kicking at him.

  Q    Where in your face do you get hit by Jonathan Rude?

  A    I got hit in the nose and in the jaw several times, several times in the jaw area.

  Q    Can you put a number to the times in the jaw area?

  A    It was about three, three or four.

  Q    What side of your face?

  A    It was more to the right side.

  Q    Do you do anything to try to get away from Michael Gillman?

  A    Well, at the time, Jonathan Rude is swinging at me.  I'm trying to stop him as much as I can from swinging at me.  So at that time, I can't get off Michael Gillman.

  Q    What happens next?

  A    Well, after that, Tony Wood, I guess he was down the street.  I'm not sure where he had came from.  At that,

1    grabbed Jonathan Rude.  He put Jonathan Rude to the floor.

2              Mike Gillman sort of eased off me, and I was

3    able to get off of Mike Gillman.

4         Q   Mr. Adeboyeku, do you see how --

5              Let me just ask, who is Tony Wood?

6         A   Tony Wood is another doorman that works at Tony &

7    Joe's.

8         Q   Was he at work that night?

9         A   Yes.

10        Q   All right.  Did you see how Tony Wood, as you

11   testified, put Jonathan Rude to the floor?

12        A   No, I didn't really see.  I was trying to get off

13   Mike.

14        Q   Okay.  And when you say "floor", do you mean

15   ground?

16        A   Yes, the ground.

17        Q   Now describe how you're feeling at that time,

18   Mr. Adeboyeku.

19        A   I was by myself at that time; so I was scared.  I

20   didn't know what was going to happen.  It was four of them.

21   I was by myself.

22        Q   Once you get away from Michael Gillman, are you

23   hurting?

24        A   Little bit.  I can't really, you know, I don't

25   know, really know how I felt till afterwards.  You know, you

blood is flowing.  You know, but afterwards, I was hurting, you know.

    Q   Let me ask you this.  When you say "the blood is flowing", are you talking internally?

    A   I mean, yes, internally.

    THE COURT:  I'm sorry.  What was the word?

    MR. WILLIAMSON:  Internally as opposed to externally.  I said "internally."

    THE COURT:  The blood was flowing.

    THE WITNESS:  Adrenaline.

    THE COURT:  Oh, you don't mean actual blood?

    THE WITNESS:  Yeah, not actual blood.

    MR. WILLIAMSON:  Right. That's why I was trying to clarify.

    THE WITNESS:  Adrenaline.

    THE COURT:  All right.

    BY MR. WILLIAMSON:

    Q   It would be accurate to say that you were pumped up at that time?

    A   Yes.

    Q   What happens next, Mr. Adeboyeku?

    A   After Tony Wood grabbed Jonathan Rude and pushed him down to the ground, Mike Gillman eases up off me a little bit, and I'm able to get off of Mike Gillman.  After that, Tony Wood said something to Jon Rude.  I believe it

1   said he was going to --

2          MR. HARAY:  Objection, Your Honor.

3          THE COURT:  Overruled.  Not for the truth of the

4   matter asserted.

5          THE WITNESS:  Tony Wood said to Jon Rude, I

6   remember him saying, "It's going to be a fair fight; you're

7   not going to jump him."

8          So after I had got Mike Gillman off me, he had let

9   Jonathan Rude up.  Jonathan Rude then immediately tried to

10  wrestle me, tried to tackle me.

11         BY MR. WILLIAMSON:

12  Q     And what happened next?

13  A     Well, after he tried the tackle me, you know, we

14  were going at it.  When he started swinging at me, I started

15  swinging at him.  He had grabbed ahold of me; I tried to get

16  him off me.  He started swinging at me; we started swinging

17  at each other.

18  Q     Did Jonathan Rude kick you in any way?

19         MR. HARAY:  Objection, Your Honor.

20         THE COURT:  Sustained.  Leading, counsel.

21         MR. WILLIAMSON:  Yes, sir.

22         BY MR. WILLIAMSON:

23  Q     Mr. Adeboyeku, what happens next as you all are

24  going at each other?

25  A     As we are, we're all going at each other, he's

swinging at me; we're swinging at each other.  He hits me in

my groin area.  And then, I reach over.  I'm hurt at the

time from when he hit me in my groin area.  He tries to

tackle me.  He's unable to get me to the floor, still

swinging at me.  I swing at him, went for his nose.  I hit

him; he stumbles back.  When he stumbles down, he's grabbing

me, and he falls down and pulls me down with him.

    Q    And do you all both go down to the ground?

    A    Yes, we both went down together.

    Q    All right.  What happens at this point as you all

are on the ground?

    A    At this point, while we're on the ground, he's

trying to get up.  He's still swinging at me, trying to get

up.  He's grabbing on my shirt so I can't let go.

        When we first got down to the ground, I tried

to get up.  I couldn't get up because he was grabbing on me.

I'm swinging at him, and he's also swinging back.  That's

all I remember.  Then Tony grabbed me.

    MR. WILLIAMSON:  Court's indulgence.

    BY MR. WILLIAMSON:

    Q    After Tony grabs you, Mr. Adeboyeku, what happens

next?

    A    After Tony grabs me, at this point, I'm very

tired; I'm hurt.  I don't even leave.  I stand right there

in the area.  I try to sit down on a bench that was around

right next to the area.  Tony pulled me.  I told him I couldn't really walk.  He pulled me.

Tony said something to Mike Gillman.  I'm not sure what it was he says to Mike Gillman.  I looked up at Mike Gillman, and I told him -- excuse my language -- I told him that was fucked up.  Me and Mike Gillman worked with each other.  I didn't -- you know, I definitely didn't expect that to happen.

Q    What did you do -- well strike that.

Do you say anything to Michael Gillman besides what you just indicated?

A    No.

Q    What happens next?

A    Well, we, Tony takes me back to Tony & Joe's.  He doesn't physically take me back, but he helps me walk back to Tony & Joe's.  As we get to Tony & Joe's, I see my brother.

My brother, you know, he didn't know what was going on.  So he asked me what had happened.  I explained to him what had happened.  He was also with Chuck Moran, another manager of Tony & Joe's.

Q    And what happens after you're talking with your brother?

A    After that, my brother asked me what happened. I told him that I had been jumped.