Ex 4

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
        v.                    : Criminal Action No.:
                              :
OLAYINKA ADEBOYEKU,           :     F-4460-04
                              :
           Defendant.         :
                              :
------------------------------x

                                    Washington, D.C.
                                    Tuesday, March 8, 2005

        The above-entitled action came on for a jury trial before the **HONORABLE THOMAS MOTLEY**, Associate Judge, in Courtroom Number 221.


        THIS TRANSCRIPT REPRESENTS THE PRODUCT
OF AN OFFICIAL REPORTER, ENGAGED BY THE
COURT, WHO HAS PERSONALLY CERTIFIED THAT
IT REPRESENTS THE RECORDS OF TESTIMONY
AND PROCEEDINGS OF THE CASE AS RECORDED.

        APPEARANCES:

        On behalf of the Government:

        JONATHAN W. HARAY, Esquire
        Assistant United States Attorney
        Washington, D.C.

        On behalf of the Defendant:

        REGINALD WILLIAMSON, Esquire
        Public Defender Service
        Washington, D.C.


KATHY E. JACKSON              Telephone (202) 879-1064
Official Court Reporter

Q. And was he sitting at the time?

A. No. He was standing.

Q. You tried to speak with him?

A. Yes.

MR. WILLIAMSON: Court's indulgence.

(Williamson confers with defendant.)

MR. WILLIAMSON: No further questions.

THE COURT: Any redirect?

MR. HARAY: No, Your Honor.

THE COURT: Thank you. You may step down.

(Witness excused.)

THE COURT: Please call your next witness. Counsel, you don't have to wait for him. Go get your next witness.

Thereupon,

**JONATHAN W. RUDE,**

having been called as a witness by the government, and being first duly sworn by the Court, was examined and testified as follows:

THE COURT: State your name for the record.

THE WITNESS: Jonathan W. Rude.

THE COURT: You may proceed, counsel.

DIRECT EXAMINATION

BY MR. HARAY:

Q. Good afternoon, sir.

that's your choice.

    MR. HARAY:  Because I needed a moment to show her an exhibit beforehand, so.

    THE COURT:  Well, sir, I don't want you to try to make me -- because this afternoon, you'd asked for the doctor to testify this afternoon, and I know doctors are hard to reach.  But if this person's going to take awhile, and that's your choice; you should make a judgment call about that.  Please don't ask the Court for further assistance.  You may step back.

    (OPEN COURT)

    BY MR. HARAY:

Q.    What's your occupation?

A.    I'm a student.

Q.    Where?

A.    Georgetown University.

Q.    What year are you?

A.    I'm a senior.

Q.    I want to ask you about June 26th and June 27th of 2004.

A.    Yes, sir.

Q.    Where did you work at that time?

A.    I was not working.

Q.    What were you doing in June of 2004?

A.    I was taking a summer class.

Q.  At what school?

A.  At Georgetown University.

Q.  What else did you do with your time in the summer of 2004?

A.  I was training and rehabing a torn quadricep in my leg.

Q.  What were you training for?

A.  The NFL.

Q.  Do you play football?

A.  Not currently.

Q.  How long did you play football for?

A.  Consecutively, from sixth grade on up through college.

Q.  When did you stop playing football?

A.  After my junior year at Georgetown.

Q.  Why did you stop in your junior year at Georgetown?

A.  I had an opportunity to work as an intern with George Michael at NBC, and the coach would not permit me to continue to play and work as an intern.

Q.  When was that in terms of the calendar? What year and what semester?

A.  This was the spring semester of, I believe it was 2003.

Q.  Did you ever work at an establishment called Tony