Ex 5

```
                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

                              CRIMINAL DIVISION

       -----------------------------x
                                    :
       UNITED STATES OF AMERICA     :
                                    :
             v.                     :  Criminal Action No.:
                                    :
       OLAYINKA ADEBOYEKU,          :     F-4460-04
                                    :
                       Defendant.   :
                                    :
       -----------------------------x

                                        Washington, D.C.
                                        Monday, March 7, 2005

            The above-entitled action came on for a jury trial
       before the HONORABLE THOMAS MOTLEY, Associate Judge, , in
       Courtroom Number 221, commencing at approximately 10:33 a.m.


            THIS TRANSCRIPT REPRESENTS THE PRODUCT
            OF AN OFFICIAL REPORTER, ENGAGED BY THE
            COURT, WHO HAS PERSONALLY CERTIFIED THAT
            IT REPRESENTS THE RECORDS OF TESTIMONY
            AND PROCEEDINGS OF THE CASE AS RECORDED.

                       APPEARANCES:

                       On behalf of the Government:

                       JONATHAN W. HARAY, Esquire
                       Assistant United States Attorney
                       Washington, D.C.

                       On behalf of the Defendant:

                       REGINALD WILLIAMSON, Esquire
                       Public Defender Service
                       Washington, D.C.


       KATHY E. JACKSON                    Telephone (202) 879-1064
       Official court Reporter
```

1

1    A.   Mike Gillman, he tried to take the guy in the
2 black T-shirt off of Jon Rude.
3    Q.   And specifically describe what he did.
4    A.   He put his arms around, interlocked his arms with
5 his arms, if you know what I mean, and just pulled him back
6 like that.
7    Q.   How far back did he pull the defendant?
8    A.   About two feet, one foot.
9    Q.   What happened next?
10   A.   What happened next?  Mr. Rude said, I have no
11 problem with you or something.  That's it.  And then I
12 noticed a guy was walking behind --
13        MR. WILLIAMSON:  Objection, Your Honor.  Hearsay.
14 Move to strike.  He said, I have no problem with you.
15        THE COURT:  Mr. Rude?
16        MR. WILLIAMSON:  That's correct.
17        THE COURT:  Objection overruled.  It's not
18 hearsay.  It's not for the truth of the matter asserted.  So
19 the objection is overruled.  You may be seated, counsel.
20        BY MR. HARAY:
21   Q.   What happened after Mr. Rude said that?
22   A.   What happened after that?  I noticed a guy in an
23 orange T-shirt behind me was like jogging towards the fight;
24 and then he got Mike Gillman off, off of --
25             No, no, no.  The guy in the black T-shirt got

146

```
 1   off of Mike Gillman himself.  And then, the guy in the
 2   orange T-shirt ran towards, and I think he pulled Mike away,
 3   as well.
 4        Q.   The man who Mike Gillman --
 5        A.   Yes.
 6        Q.   -- was holding, what color T-shirt was that man
 7   wearing?
 8        A.   Black T-shirt.
 9        Q.   And where is the man in the orange T-shirt, what
10   did he do after he ran up?
11        A.   He -- I think he pulled Mike Gillman off of him.
12   He was helping.
13        Q.   And then what happened to the defendant after the
14   man with the orange T-shirt came?
15        A.   Jon Rude got pulled to the ground with the guy in
16   the orange T-shirt.  He pulled him to the ground, as well.
17        Q.   Who did?
18        A.   The guy in the orange T-shirt.
19        Q.   Pulled who to the ground?
20        A.   Jon Rude.
21        Q.   And how did he do that?
22        A.   Pushed and pulled.
23        Q.   When the man in the orange T-shirt was with John
24   Rude, where was the man in the black T-shirt?
25        A.   He just -- he stood there; and as the guy in the
```

```
 1   orange T-shirt pulled him down and as Jon Rude was getting
 2   up, I think the guy in the black T-shirt, he punched, then
 3   kicked Jon Rude.
 4        Q.   And where did he punch and kick him?
 5        A.   It was in the body.
 6        Q.   What happened after that?
 7        A.   Jon Rude lost his balance and then carried on
 8   getting up.  And as he was getting up, there was punches
 9   being thrown back and forward.
10        Q.   Punches being thrown back and forth between who?
11        A.   The guy in the black T-shirt and Mr. Rude.
12        Q.   And then what happened after that?
13        A.   What happened after that?  The guy in the orange
14   T-shirt said, leave let them alone, let them have a fair
15   fight.
16        Q.   Who was he directing that to?
17        A.   All of us, to all the rest apart from the guy in
18   the black T-shirt and Mr. Rude.
19        Q.   And where was the man in the orange T-shirt
20   standing in relation to Jon Rude and the man in the black
21   T-shirt?
22        A.   Two feet to the side.
23        Q.   And was he doing anything physically?
24        A.   No.
25        Q.   What happened after he said what you just
```

146

1  described?

2  A. The guy in the black T-shirt and Mr. Rude went
3  onto the grass; it was like a grassy area. And there was
4  punches being thrown, body punches, and body punches thrown
5  back; basically started fighting.

6  Q. And how did this end?

7  A. How did it end? The punch landed to the face of
8  Jon Rude, and I think he got knocked to the ground.

9  Q. What happened after Jon Rude went to the ground?

10  A. There was punches being thrown to his head.

11  Q. Who was doing that?

12  A. The guy in the black T-shirt.

13  Q. Where was the guy in the black T-shirt when he was
14  hitting Jon Rude?

15  A. Like stood on top. You know, just stood like on
16  the side of Jon Rude, like stood over him.

17  Q. Where were his feet in relation to Jon Rude's
18  body?

19  A. On the side of Jon Rude, like either side.

20  Q. Describe, how was Jonathan Rude positioned?

21  A. Lying down like on his back.

22  Q. What was Jon Rude doing while he was flat on his
23  back?

24  A. He was trying to cover his face and trying to push
25  back up.