Ex 6

```
                                                                    1
 1                 UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3     ----------------------------------+

 4     JONATHAN W. RUDE                   |          COPY

 5          Plaintiff,                    |

 6                                        |Case No.:

 7     v.                                 |1:05cv1278RCL

 8                                        |

 9     DANCING CRAB AT WASHINGTON         |

10     HARBOUR, ET AL                     |

11          Defendant.                    |

12     ----------------------------------+

13

14

15            Deposition of JONATHAN Q. EAGLETON

16                     McLean, Virginia

17                   Thursday, July 6, 2006

18                         10:00 a.m.

19

20     Job No.: 4-81129

21     Pages 1 - 81

22     Reported by Janie Arriaga
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

34

1    Q    All right.  The dates we're looking at,
2  Mr. Eagleton, are weekends.
3    A    Okay.
4    Q    Either Friday nights or Saturday nights or
5  Sunday mornings.  Let me help you.  I believe June 5th
6  may have been a Saturday night.  Would you normally have
7  been working on that evening?
8    A    Yes.
9    Q    Do you recall an incident on closing between
10 Yinka and John Cummings?
11   A    In terms of what I witnessed when I was called
12 to the fountain over at Riverside Grill?
13   Q    Prior to that?
14   A    Prior to that, no.
15   Q    Okay.  Let's go to the weekend of June 19th,
16 June 20th.
17   A    Okay.
18   Q    June 19th is a Saturday night and the 20th is
19 a Sunday.
20   A    Okay.
21   Q    Do you recall that evening?
22   A    Again, I would need to be able to recall what

40

1   Q   What occurred next?

2       MR. CAIN:  Once he got there?

3       MR. RUDE:  Uh-huh.

4   A   What do you mean by "next"?  Now we're going

5   back to when I was called?

6   BY MR. RUDE:

7   Q   Now, we're going back to June 20th.

8   A   I thought I had --

9   Q   You were called to the fountain area, you

10  said?

11  A   The fountain level door --

12  Q   Correct.

13  A   -- of the outside bar.

14  Q   What occurred after you got to the door.

15      MR. CAIN:  The same thing he told you earlier

16  in the deposition?  Is that what you want him to repeat?

17  MR. RUDE:

18  Q   This is why we're trying to get this

19  clarified.

20  A   Again, I was called for a manager to the

21  outside level bar, door.  As I approached, I saw Yinka

22  and John Cummings toe-to-toe, and John Cummings as I

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

41

1  approached, was patting him on the head saying, now that
2  everything was going to be okay, because I was
3  approaching. With Jon Rude by his side, I stepped
4  between the two individuals and let them know that they
5  weren't welcome at the Riverside Grill and Tony and
6  Joe's bar if they were going to continue to come down
7  and cause problems at the bar.
8      Q    When you stepped between them, were you facing
9  John Cummings?
10     A    Yes.
11     Q    With your back to Yinka?
12     A    Yes, John Cummings and Jon Rude.
13     Q    And what was Jon Rude doing?
14     A    Standing right besides John Cummings.
15     Q    Was he touching anyone?
16     A    No, he was laughing.
17     Q    Was he saying anything to anyone?
18     A    No, he was laughing.
19     Q    How long have you known Tosin and Yinka?
20     A    He's been working there my entire career at
21 Riverside.
22     Q    So he was there when you got there?

43

1   Grill.

2   Q   And how long -- again, how long have you known

3   Yinka Adeboyeku?

4   A   Again, I think I -- he started -- I don't

5   remember when he started working, but I've known him

6   since, I think, maybe it was 2004 or 2005.

7   Q   Did you recall him working there prior to the

8   spring of 2004?

9   A   I don't recall, but I heard that he had worked

10  there before.

11  Q   But you -- do you know when?

12  A   No.

13  Q   Do you consider Tosin a friend?

14  A   I consider Tosin a coworker.

15  Q   What about Tony Wood?

16  A   Coworker.

17  Q   What about Yinka Adeboyeku?

18  A   Coworker.

19  Q   Did Tosin have a job title?

20  A   He's the doorman.

21  Q   Was he ever allowed to represent himself as a

22  supervisor?

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

44

1   A   No.

2   Q   Is there such a --

3       MR. CAIN:   Is supervisor different than a
4   manager?

5       MR. RUDE:   Well, that's what we're trying to
6   find out.

7   BY MR. RUDE:

8   Q   Is there such a position as a supervisor of
9   the doormen?

10  A   No.  Robert Puzio was the manager, slash,
11  supervisor of the doormen.

12  Q   Did Tosin wear the same type of clothing as
13  the managers of Tony and Joe's?

14  A   No.

15  Q   Did he wear the Polo shirt?

16  A   Yeah.

17  Q   All of the time?

18  A   Well, there were instances in special
19  occasions where he might be asked to dress up, whether
20  it be New Year's Eve or special parties.  But no, we
21  asked them to all be in uniform for the most part.

22  Q   Did you ever pay anyone in cash?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

46

1  cash account?
2      A    Yes.
3      Q    Do you know if Tony and Joe's kept a petty
4  cash account?
5      A    I wouldn't know.
6      Q    Do you know who was directly responsible for
7  the supervision of Tony Wood in the summer of 2004?
8      A    Again, Robert Puzio was in charge of the
9  doormen.
10     Q    Were you aware that Tony Wood had spent time
11 in prison?
12     A    I had heard that.
13     Q    Were you aware of why he was in prison?
14     A    No.
15     Q    Did you ever see Tony Wood get into an
16 altercation with a customer?
17     A    Have I ever seen him get into an altercation?
18 What do you mean by "altercation"?
19     Q    Pushing and shoving match.
20     A    No.
21     Q    Fight?
22     A    No, I've never seen him fight.

DEPOSITION OF JONATHAN Q. EAGLETON
CONDUCTED ON THURSDAY, JULY 6, 2006

58

1   A   Yes.

2   Q   Do you see that?

3   MR. CAIN:  Do we know whose statement this is by the way?

5   MR. RUDE:  This came from Chuck Moran.

6   MR. CAIN:  Okay.  So you're contending this is a statement --

8   MR. RUDE:  The statement came from you.

9   MR. CAIN:  I don't see a signature on that.  What was the question?

11  BY MR. RUDE:

12  Q   Mr. Eagleton, taking it down to the seventh line down starting with, we informed, is that a true and correct statement?

15  A   No, my correct -- what I believed was said was that, again, I remember being called out from my office, approaching the situation; and all I focused on was the fact that I saw Yinka, John Cummings patting Yinka on the head, and Jon Rude.  And the statements -- all I remember was, everything is going to be fine now; your manager has come to save you.  I got in between them, the gentlemen, so that the patting would stop.  I looked

59

at John Cummings and Jon Rude and told them to leave, that they were not allowed to come down to Tony and Joe's and Riverside, and that they were barred.

Q   Do you see the next sentence there starting with, after the situation was defused?

A   Yes.

Q   Then it starts, Yinka was instructed to go inside and cool down.

A   Yes.  I told Yinka to go into Riverside Grill and told him that he was off for the night.

Q   Do you have any idea what was meant by "cool down"?

MR. CAIN:  Are you asking him if he understands what whoever wrote the statement meant by it?

MR. RUDE:  Uh-huh.

MR. CAIN:  Do you understand what is meant by that?

THE WITNESS:  No, I don't.

BY MR. RUDE:

Q   So you gave Yinka the rest of the night off; is that correct?