Ex7

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x

COPY

JONATHAN W. RUDE,                  :
      Plaintiff,                   :
vs.                                :   Case No.
                                    :   1:05cv1278RCL
DANCING CRAB @ WASHINGTON          :
HARBOUR, et al.,                   :
      Defendants.                  :

- - - - - - - - - - - - - - - - - x

Vienna, Virginia

Thursday, June 22, 2006

Deposition of ROBERT PUZIO, a witness, called for examination by counsel for plaintiff, pursuant to notice, at the offices of L.A.D. Reporting Services, 8484 Westpark Drive, Suite 110, McLean, Virginia 22102, before Sandria L. Cox, a notary public in and for the Commonwealth of Virginia, beginning at 10:00 o'clock a.m., when were present on behalf of the respective parties:

Job No.: 4-81128
Pages: 1-102



LAD

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

13

1  manager at that time.
2      Q.   What was your last position before
3  you left Tony & Joe's?
4      A.   Manager.
5      Q.   Restaurant manager?
6      A    Yes.
7      Q.   Was there a manager of security?
8      A    Well, like I said, I ran the schedule
9  for security, so I was in charge of security.
10     Q.   You were responsible for security?
11     A    Yes.
12     Q.   What does that term entail, Mr.
13 Puzio?
14     A.   Mainly I made sure it was staffed.  I
15 did the schedule.  Made a schedule.  Hiring.
16 Making sure everyone is staffed.  Stuff like
17 that.  Making sure that everyone is doing their
18 job.
19     Q.   Okay.  Let me see if I can clarify
20 this a little better.  When we're speaking in
21 terms of a restaurant setting, what is your
22 understanding of what security entailed?

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

33

1    A    Yes.
2    Q.   Who is Mr. Tosin Adeboyeku?
3    A.   He was an employee.
4    Q.   Do you know an individual by the name
5    of Anthony Wood?
6    A    Yes.
7    Q.   Who is he?
8    A.   He was an employee also.
9    Q.   When you say "employee," you mean
10   employee of Tony & Joe's?
11   A    Yes.
12   Q.   Do you know an individual by the name
13   of Olayinka Adeboyeku?
14   A.   Yes.
15   Q.   Who was he?
16   A.   Also an employee.
17   Q.   Of what?
18   A.   Tony & Joe's.
19   Q.   For purposes of simplification here,
20   we're going to refer to Tosin Adeboyeku as
21   "Tocin" and Anthony Wood as "Tony Wood" and
22   we're going to refer to Olayinka Adeboyeku as

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

38

1   payments to Anthony Wood?
2       A    Yes.
3       Q.   Did you make cash payments to Tosin?
4       A    Yes.
5       Q.   Did you make cash payments to Yinka?
6       A    Yes.
7       Q.   Why were these people paid in cash
8   rather than by check?
9       A.   Because they were our more
10  experienced doormen.  They had knowledge of what
11  the job entailed.
12      Q.   Did Tosin have a job title?
13      A.   No.
14      Q.   Did you ever see him holding himself
15  out as a supervisor of the door staff?
16      A.   Never, no.  Just an experienced
17  leadership but he never had a title.
18      Q.   I'm going to ask you whether he
19  conducted himself as if he were a manager of the
20  door staff --
21      MR. WYROUGH:  Objection.  The
22  question is vague, go ahead.

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

42

1  Q. You went into the office. These
2  envelopes were then prepared in the office after
3  you closed?
4  A. After they were still cleaning up
5  outside, I would pull it out and do it all.
6  Q. And you would pull it out of the cash
7  that you had taken from the cash registers?
8  A Yes.
9  Q. And then for each instance that you
10 pay someone, you would put a pay-out slip in the
11 record for the night's receipts?
12 A. Uh-huh.
13    MR. WYROUGH: Answer "yes" or "no."
14 A Yes.
15    BY MR. RUDE:
16 Q. What was Tony Wood's job title?
17 A. Doorman.
18 Q. Do you know who hired Tony Wood?
19    MR. WYROUGH: Asked and answered. Go
20 ahead.
21 A. No.
22 Q. Were you ever aware the fact that Mr.

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

43

1  Wood had a felony conviction history?
2        A.   I was told after I met him, yes.
3        Q.   Who told you?
4        A.   He did.
5        Q.   And what did he tell you?
6        A.   He never got into the details.
7        Q.   Uh-huh.  So he just said that he had
8  a criminal record?
9        A.   Uh-huh.
10            MR. WYROUGH:  Answer "yes" or "no."
11       A    Yes.
12            MR. WYROUGH:  You can't nod your
13  head.  She can't take that down.
14            BY MR. RUDE:
15       Q.   What station would you normally place
16  Tony Wood at?
17       A.   He was always working one of our
18  doors.
19       Q.   When you say "working one of the
20  doors," when you say "one of our doors,"
21  hopefully you can clarify this a little bit --
22  what do you mean by "doors"?

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

71

1  A.  It's communicated amongst everybody.
2  Communicated to the door staff. Usually we'll
3  have a regular, which everyone knows who this
4  person is. So sometimes you don't need the
5  photo if it's a known regular that had been
6  banned before in the past. Everyone knew.
7  Q.  Was John Rude banned from Tony &
8  Joe's?
9  A.  I was told that he was no longer
10 welcome down there, yes.
11 Q.  By who?
12 A.  I heard it from John Eagleton and
13 Chuck Moran.
14 Q.  What were the circumstances that they
15 said merited John Rude being banned?
16 A.  I wasn't there, so I really can't
17 recall why they said. They said he was a
18 nuisance and kept coming down there.
19 Q.  What do you mean by "nuisance," if
20 you know?
21 A.  I can't really recall why it
22 happened. I wasn't there for the actual

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

80

         A      Yes.
         Q.     But could you see the main entrance
from there?
         A      Yes.
         Q.     Do you recall seeing Tosin and Tony
Wood and Yinka at the main entrance?
         A.     No.
         Q.     Did you see Rob Owen come in and
speak to John Rude?
         A.     Rob was inside the restaurant.
         Q.     Who else was inside the restaurant at
that time?
         A.     It was me, James Sylvester. I can't
remember. I know there was a bar-back cleaning
and I can't recall who it was, and Officer
Luckett and Rob Owens were inside the
restaurant, along with John and a group of guys.
         Q.     And do you know why John Rude was
there?
         A.     I have no clue.
         Q.     Did you approach John Rude and talk
to him?

81

1    A.    I actually spoke to Jay Sylvester and
2 asked him, "Why is he here?" and asked him to
3 leave.
4    Q.    Why would you ask him to leave?
5    A.    Because I heard from the past that he
6 wasn't welcome and that he was banned or barred,
7 whatever you want to call it, from the
8 establishment.
9    Q.    Do you know John Rude?
10   A.    I know John, yes.
11   Q.    You hired him, didn't you?
12   A    Yes, I did.
13   Q.    Did you ever have a problem with him?
14   A.    No.
15   Q.    Did he always do a good job?
16   A.    For the most part, yes, he always
17 did.
18   Q.    Did you find him to be an aggressive
19 individual?
20   A.    He had his moments at times that I
21 had to talk to him and calm him down.
22   Q.    The question that I'm having with you

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

82

1   here is did you ever see anything in writing
2   that John Rude was banned?
3       A.   I was told.  No, nothing in writing.
4       Q.   After you took the money out of the
5   cash register and went back at the back of the
6   bar, what did you do then?
7       A.   I actually asked Rob Owens to escort
8   John out of the restaurant.  And then from there
9   I figured because I figured everyone else was
10  gone because they were paid and we were closed.
11  Only the doormen -- not all of them except for
12  the ones that were stocking the bar, but most of
13  them were all gone.  The ones I paid I figured
14  were gone; they left.
15          So once I pay a guy, they're done.
16      Q.   Had you paid Yinka?
17      A    Yes.  I paid all three of them.
18      Q.   You paid all three of them in cash?
19      A    Yes.
20      Q.   And when did you pay them?
21      A.   Right after the bars were swept, the
22  bars were closed, the lights were up, both bars

85

1    Q.   You have no recollection of saying
2  that to Officer Luckett?
3    A.   I told him to arrest everyone and I
4  didn't say Yinka. I said, "I don't want you
5  having your job in any jeopardy," so I told him
6  everyone.
7    Q.   When you say "you," who do you mean?
8    A.   Officer Luckett.
9    Q.   So you wanted him to arrest everyone?
10   A.   I told him if he needed to do it. I
11 wasn't saying it in a negative. I never say
12 that. I just said "If you need to, do it."
13   Q.   So you have no recollection of saying
14 that you wanted to lock up Yinka because you
15 were "tired of this shit," end quote?
16   A.   No. I never said that.
17   Q.   Did you ever have any problems with
18 Yinka prior to this date?
19   A.   No.
20   Q.   Did you ever receive any reports of
21 there being any problems with Yinka prior to
22 this date?

94

  A.  He left with Officer Owens.

  BY MR. RUDE:

  Q.  Did you see Tony Wood and Yinka follow John rude and Officer Owens?

  A.  No.

  Q.  Did you see them run back through Tony & Joe's main restaurant?

  A.  No.

  Q.  Would the doors at Tony & Joe's Restaurant be locked from the outside?

  A.  At that time the bar-backs could have been using the front doors, cleaning up the garbage and bringing in the trashcans and stuff from the outside, so I don't know, because at that time I was in the office.

  Q.  Again, you said you left at approximately 4 a.m. on June 27th?

  A   Yes.

  Q.  Is that when you normally leave?

  A.  Roughly on Friday-Saturday it's between 3:30 and 4 in the morning.

  Q.  Did you observe two police officers