Exhibit 8

```
0001
 1            UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3  -----------------------------X
 4  JONATHAN W. RUDE,           :
 5          Plaintiff,  :
 6        -vs.-         : Case No.
 7  THE DANCING CRAB AT         : 1:05CV01278
 8  WASHINGTON HARBOUR, LP,     :
 9  et al.,                     :
10          Defendants.  :
11  -----------------------------X
12       DEPOSITION OF OLUWATOSIN ADEBOYEKU
13             McLean, Virginia
14           Tuesday, July 25, 2006
15                10:01 a.m.
16
17
18
19
20  Job No.: 4-82639
21  Pages:  1 - 80
22  Reported by:  Michelle L. Lonas, RPR, CCR
```

```
0030
 1    Q    Dean Cibel?
 2    A    Correct.
 3    Q    Robert Puzio?
 4    A    Correct.
 5    Q    If he was working over at Nick's Riverside
 6  Grill, that would have included John Eagleton?
 7    A    Jonathan --
 8         MR. WYROUGH:  Objection to the form.  Go
 9  ahead.
10    A    Correct.
11  BY MR. RUDE:
12    Q    Okay.  Did you have any responsibilities
13  for keeping track of your brother?
14    A    Keeping track of him while I was on --
15    Q    Yeah, while you were on duty?
16    A    No more than I would anybody else, just
17  like anybody else would keep track of another guy.
18    Q    Yeah.  Tosin, did you check in and out
19  using Tony & Joe's electronic system?
20    A    No.
21    Q    Can you tell us why not?
22    A    I was getting paid cash.
```

```
0034
 1    Q   Do you recall the weekend of, of June 19th
 2　and June 20th of 2004?  This would have been the
 3　weekend before your brother's arrest.
 4    A   I guess so.
 5    Q   Do you recall the weekend?
 6    A   Was that the weekend --
 7    Q   It was the -- are you aware of an incident
 8　between Yinka and an individual named John Cummings?
 9    A   Correct.  Yes.
10    Q   Do you know John Cummings?
11    A   I worked with him the summer pre-- prior
12　to --
13    Q   Yeah.
14    A   -- 2004.
15    Q   Are you familiar with that incident?
16    A   Yes.
17    Q   What is your understanding of what
18　occurred?
19    A   That night -- was that the night of the,
20　the parking lot?
21    Q   I believe so.
22    A   Okay.  Well that night, from what I
```

```
0035
 1  understand, Cumm -- Jonathan Cummings tried to come
 2  into the restaurant after hours.  He was told not to
 3  by Yinka, and he kind of just brushed past Yinka.  And
 4  when he was in there, from what they told me, Yinka
 5  told him he had to leave, and then he kind of just
 6  rubbed Yinka's head, and like did something to his
 7  head, and -- and Jonathan Eagleton, who was the
 8  manager at the time, you know, just said, said to me
 9  that, you know, he was very impressed by how my
10  brother did not react to what Cummings did to him.
11     Q    So you were not there that weekend?
12     A    No, I was not there that night.  I was --
13  that -- I wasn't working that night.
14     Q    Yeah.  Okay.  Well, let's see if we can
15  clarify.  You were not working that night.
16     A    Correct.
17     Q    Were you there?
18     A    I was down there.  I came down there on a
19  date for like about an hour.
20     Q    Do you recall what time you left?
21     A    I don't recall what time I left.
22     Q    Just for the record here, how did you learn
```

```
0041
 1  Is, is he a, a calm person, or is he volatile?  How
 2  would you described him?
 3     A   He's -- he's a calm person.
 4     Q   Oh.  Did he have a temper?
 5     A   No.
 6     Q   Was he a competitive kid?
 7     A   Yeah, he's always competitive.
 8     Q   Did he play college sports?
 9     A   Yes.
10     Q   While he was playing sports, was -- was he
11  aggressive in what he did?
12     A   Sport -- for the sport of football, you
13  have to be aggressive.
14     Q   Yeah.  How long had Yinka played football?
15     A   In college, at the time?
16     Q   Yeah.
17     A   Maybe a couple years.
18     Q   Where was he playing at the time?  Do you
19  recall?
20     A   I want to say University of Maryland.  Oh
21  no.  Wait.  Yeah, University of Maryland, I think.
22     Q   Okay.  In your presence, did you ever see
```

```
0052
 1    Q   Okay.  Outside the main door.
 2    A   Outside the main door, correct.
 3    Q   Was there a subsequent period of time when
 4  only you, Yinka and Tony Wood remained at the
 5  outside -- outside the main door?
 6    A   No.
 7    Q   I --
 8    A   No.  No.  No.
 9    Q   Okay.  Do you remember the color T-shirt
10  that Tony Wood was wearing under his Tony & Joe's
11  shirt?
12    A   No, I do not.
13    Q   Do you recall a time with -- Yinka was --
14  do you recall when Yinka first saw Jon Rude?  And I
15  realize I'm asking you to speculate.  Did Yinka see
16  Jon Rude?
17    A   Yes, he did.  I believe it was when he was
18  actually inside Tony & Joe's.
19    Q   And what was -- do you recall what Yinka's
20  reaction was?
21    A   He was upset that Jonathan Rude was in
22  the -- on the premises.
```

```
0053
 1    Q    Do you recall in, in particular why he was
 2  upset that Jon Rude would be there?
 3    A    He couldn't believe that he was there, that
 4  they -- that he was inside the premises, especially
 5  after what he did the week after.
 6    Q    Did Yinka say -- were you with Yinka at
 7  that point?
 8    A    At that point?  At that point, yes.
 9    Q    Okay.  Was there anyone else with you?
10    A    The entire door staff.
11    Q    Would that include Tony Wood?
12    A    Yes.
13    Q    Was Yinka saying anything?
14    A    Other than that?
15    Q    Yes.
16    A    That's what he was saying.  That was it.
17    Q    Oh.  Did you -- did you see Tony Wood have
18  a conversation with Officers Luckett and Owen?
19    A    That, I don't remember.
20    Q    Did you have any conversation with Tony
21  Wood about Jon Rude?
22    A    That, I don't remember.  Because I'm -- I
```

0058
1    Q    Do you recall what happened next?
2    A    I was talking to Officer, Officer Luckett,
3  so --
4    Q    Yeah.  Did -- did you see Yinka start
5  throwing tables and chairs?
6    A    No.  I didn't see him throw any.
7    Q    Was Yinka upset that Jon Rude was leaving?
8    A    I don't know if he -- I don't know if he
9  was upset that he was leaving.  Like I said before, I
10  know he was upset that he was there earlier.
11    Q    Yeah.  Did Yinka want to engage in a fight
12  with Jon Rude?
13    A    No.
14    Q    Let me ask you this.  And I'm trying to --
15  and I may repeat myself.
16    A    Okay.
17    Q    I'm just trying to make sure that we're
18  clear.  What did Yinka do, then, as Jon Rude was
19  walking up the boardwalk?
20    A    That, I don't know, because I was talking
21  to Officer Luckett.
22    Q    And --

```
0061
 1  Yinka?
 2     A    After the incident took place on K Street.
 3     Q    And -- and where did you see him?
 4     A    I saw him at Tony & Joe's.
 5     Q    So he was at Tony & Joe's?
 6     A    Like in between Tony & Joe's and Riverside
 7  Grill.
 8     Q    But he was at Tony & Joe's.
 9          MR. WYROUGH:  Objection.  He just said he
10  was between Tony & Joe's and Riverside Grill.
11          MR. RUDE:  Was there anybody with him?
12          MR. WYROUGH:  The question as to whether --
13          THE REPORTER:  I'm sorry.  I can't hear
14  you.
15          MR. WYROUGH:  I say he, he gave the answer,
16  then you're adding facts to his answer that he didn't
17  give.  Go ahead.
18  BY MR. RUDE:
19     Q    He was -- where exactly was he between Tony
20  & Joe's and Nick's Riverside Grill?
21     A    There -- there is -- there is stairs that
22  divide Tony & Joe's patio and bar from Riverside
```

```
0062
 1  Grill's patio and bar.
 2      Q    Okay.
 3      A    Right there.
 4      Q    And -- he was standing in the middle, was
 5  he not?
 6      A    Like on, on the boardwalk.
 7      Q    Was he on the boardwalk, or on the stairs?
 8      A    On the boardwalk.
 9      Q    Was there anyone with him?
10      A    At that point, it was myself, Chuck, and
11  Tony Wood.
12      Q    Did you have a conversation with Yinka?
13      A    Yeah.  He told -- at that point, he had
14  told me what happened.
15      Q    Did you speak with Tony Wood?
16      A    I believe briefly.
17      Q    Do you recall what Tony Wood told you?
18      A    Well, basically he told me that he -- he
19  seen them fighting.  He got there.  He broke it up.
20  They fought one on one.
21      Q    Uh-huh.
22      A    And then they left.
```

```
0063
 1     Q    Now, when you say, "they left" --
 2     A    Well, everybody -- I guess like Jonathan
 3  Rude and his party walked away, and Yinka and Tony
 4  came back.
 5     Q    So that -- that's what the, the gist of
 6  what Tony Wood told you?
 7     A    Uh-huh.
 8     Q    What did your brother tell you happened?
 9     A    He told me -- that's when he told me, you
10  know, he was on -- he was walking to his car on
11  K Street, and Jonathan Rude, he -- that's when he told
12  me that Jonathan Rude -- he saw Jonathan Rude and
13  Gilliam, (phonetically) Michael Gilliam, I guess, who
14  was actually working at Tony & Joe's, you know, during
15  that time period.  He said that they got into an
16  altercation.  Gilliam held him.  Jonathan Rude
17  punch -- sucker punched him, and they got into a
18  fight.
19     Q    What's a sucker punch?
20     A    Well, I guess pretty much like you're
21  not ex -- I don't know if -- not necessarily like
22  you're not expecting it, But -- well, yeah, I guess
```

```
0064
 1  so.  If someone is holding you, and you're getting
 2  punched by another party, if you're not looking, not
 3  even expecting it, getting punched by another party.
 4     Q    That -- that includes maybe hitting
 5  somebody from behind?
 6     A    Pretty much.
 7     Q    Would that be a yes?
 8     A    Yeah.
 9     Q    Yeah.  What occurred then, to the best of
10  your recollection?
11     A    Um, I asked him -- because I think he had
12  a, I want to say a bump on his face, so I asked him
13  how he was feeling.  He said a little bit dizzy.  I
14  said, "Are you okay to drive home?"
15          He said, "Yeah."
16          "Well," I said -- "Well, do you need to go
17  to a hospital?"
18          He was like, no, he's okay.  And then I
19  was, like, well, just, you know, because it's your
20  head, just go get it checked out anyways, be on the
21  safe side.
22     Q    Did he have any cuts on his hands?
```