# **INDEX OF ATTACHMENTS**

## ATTACHMENTS TO OPENING MEMORANDUM

Attachment No. 1 –Part A
Defendants Response to Plaintiff Production of Documents Request

Attachment No. 1 –Part B
Continuation – Defendants Response to Plaintiff Production of Documents Request

Attachment No. 2
Charles Moran, pages 23-24 Deposition June 22, 2006

Attachment No. 3
Defendant Cibel's Responses to Plaintiff's First Admissions, pgs. 1, 2, 12

Attachment No. 4
Robert Puzio, pages 90-91 Deposition June 22, 2006
Dean A. Cibel, pages 108-109 Deposition June 2, 2006
Jonathan Eagleton, page 70 Deposition July 6, 2006

Attachment No. 5
Plaintiff's First Interrogatories and Document Production – Instructions

Attachment No. 6 – Part A
Transcript Excerpts MPD Interview June 27, 2004 Anthony "Tony" Wood

Attachment No. 6 – Part B
Transcript Excerpts MPD Interview June 27, 2004 Anthony "Tony" Wood

Attachment No. 7 – Part A
Gregory Casten, pages 1, 11-12, 27 Deposition July 19, 2006

Attachment No. 7 – Part B
Gregory Casten, Exhibit no. 2, Deposition July 19, 2006

Attachment No. 7 – Part C
Gregory Casten, Exhibit no. 7, Deposition July 19, 2006

Attachment No. 7 – Part D
Continuation Exhibit no. 7, Gregory Casten Deposition July 19, 2006

## ATTACHMENTS TO REPLY MEMORANDUM

Attachment No. 8
Record of P. Wyrough E-mails for April 2006

Attachment No. 9
Itemization of Defendants' Response to Plaintiff's First Request For Production of Documents, including summary list of topical deficiencies (with counsel notes) for May 5, 2006

Attachment No. 10
May 18, 2006 E-Mail from R. Rude to P. Wyrough

Attachment No. 11
P. Wyrough Statement, June 2, 2006 Dean Cibel Deposition, page 124

Attachment No. 12
Letter from R. Rude to P. Wyrough, June 8, 2006 Via FAX

Attachment No. 13
Letter from R. Rude to P. Wyrough, June 15, 2006 Via FAX

Attachment No. 14
Deposition Transcript July 14, 2006 – G. Casten Failure to Appear for Deposition

Attachment No. 15
August 10, 2006 E-Mail from R. Rude to P. Wyrough, w/ attachment

Attachment No. 16
Letter from R. Rude to P. Wyrough, August 16, 2006

Attachment No. 17
September 7, 2006 E-Mail from R. Rude to P. Wyrough, w/ attachment
Letter Notice of Default in Discovery and Intent to File Motion For Sanctions

Attachment No. 18
Anthony Wood W-2 Forms for Oceanpro Industries and Defendant Dancing Crab at Washington Harbour, L.P.

Attachment No. 19
Official Records DC Department of Consumer and Regulatory Affairs and Maryland Department of Assessments and Taxation

Attachment No. 20
Oceanside Management Corp. Employee Manual-General Information