CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 9**

NOTES ON DANCING CRAB DISCOVERY RESPONSES.

Instruction #6 – January 1, 2000 to date

Instruction #9 – Identify all sources and persons for information provided.

Definitions -  a) describe in detail
               b) identify all documents

Scope of Defendants – page 5

Production Requests and Responses – See List. And Document List.
Types of Records Missing:
Defendants corporate, financial and tax records — *agree to disagree* .
Defendant Personnel Files
Defendant Payment records—employees and vendors
Actual Time Records for employees during stated periods.
Employment Manual appears to be incomplete
No identification of employees actually working at the times in question
Records for Natasha
Proper Complete Leases and diagrams
Security service arrangements
Computer, camera and monitor tapes, discs, etc.

**DANCING CRAB COMPLIANCE WITH DOCUMENT PRODUCTION
REQUESTS IN CASE 05CV1278RCL
MAY 6, 2006**

Request Number:

1. No
2. No.
3. No.
4. No.
5. No.
6. Partial.
7. Partial.
8. No.
9. No.
10. No.
11. No.
12. No.
13. No.
14. Partial – Hand crafted drawings
15. Partial.
16. ?
17. ?
18. No.
19. No.
20. No.
21. ?
22. Yes.
23. No.
24. No.
25. No.
26. No.
27. No.

28. No.

29. No.

30. No.

31. No. there are job descriptors

32. No.

33. No.

34. No.

35. No. there are job descriptors

36. No.

37. No.

38. No.

39. No.

40. No.

41. No.

42. No.

43. No.

44. No.

45. No.

46. No.

47. No.

48. No.

49. No.

50. No.

END

RUDE V. DANCING CRAB ET AL.
CASE NUMBER 05CV1278RCL

**DEFENDANT DANCING CRAB'S DOCUMENT PRODUCTION APRIL 17, 2006**

On April 17, 2006 counsel for plaintiff rec'd a Federal Express package containing two (2) "Answers to Interrogatories", (2) "Response to Request For Production of Documents" and miscellaneous unmarked and unidentified documents. The documents were commingled and clearly not as kept in the ordinary course of business. The below is an inventory listing of the documents contained in that package.

| DOCUMENT DESCRIPTION | NUMBER OF PAGES |
|---|---|
| Door Staff Schedule (May 3-9, 10-16, 2004) (Tony & Joes) | 2 |
| Proof of Receipt of Employee Manual (O. Abedobyeku) | 1 |
| Oceanside Management Corporation Employee Manual –General Provisions | 7 |
| Lease dated Sept. 1996 between Waterside Management Corp. and Washington Harbor Associates | 56 |
| Criminal Complaint, USA v. Wood F0483-04 | 1 |
| Release Order USA v. Wood F0483-04 Addendum Stay Away Order | 2 |
| Copy of Cell Phone Record –June 20, 2004 cover sheet (Produced to defendant by plaintiff on 11/07/05) | 1 |
| Cover Sheet USA v. Wood, Sup. Ct. F04083-04 (Produced to defendant by plaintiff on 11/07/05) | 1 |
| Case Summary Sheet F0483-04 dated 07/16/04 | 1 |
| Incident Report undated signed by James J. King | 1 |
| Jacket Cover USA v. Wood F0483-04 | 1 |
| MPD Report dated June 28, 2004 by Ofc. Mark E. Lee | 1 |
| Photograph of Plaintiff July 6, 2004 (Produced to defendant by plaintiff on 11/07/05) | 1 |

1

| | |
|---|---|
| ECF printout of Notice of filing of Meet and Confer Stmt. | 1 |
| Photograph of Plaintiff July 6, 2004<br>(Produced to defendant by plaintiff on 11/07/05) | 1 |
| ECF printout of docket sheet case 05cv1274 dated 11/11/05 | 2 |
| ECF printout of page of court record 05cv1274 dated 11/11/05 | 1 |
| ECF printout of Notice of filing of Motion to Vacate dated 10/20/05 | 1 |
| ECF printout of Notice of filing of Answers 05cv1278 10/20/05 | 1 |
| ECF printout of docket sheet case 05cv1274 dated 10/21/05 | 3 |
| "Returning Bulldogs" page 9 | 1 |
| Bowie State University Bulldogs Roster 2005 | 1 |
| Bowie State University Bulldogs 2005 Outlook | 1 |
| USA v. Woods, Sup. Ct. F0483-04 CJA apptmnt<br>Statement of Eligibility | 2 |
| USA v. Adeboyeku, Sup. Ct. F04460 Cover Sheet<br>Various documents from file<br>(Produced to defendant by plaintiff on 11/07/05) | 15 |
| USA v. Adeboyeku, Sup. Ct. F04895-04 Cover Sheet<br>Various documents from file<br>(Produced to defendant by plaintiff on 11/07/05) | 13 |
| Maryland v. Adeboyeku, D.Ct. case 06D00148819 Cover Sheet<br>Various documents from file<br>(Produced to defendant by plaintiff on 11/07/05) | 11 |
| USA v. Wood, F04083-04 DC Pretrial Services Report | 3 |
| Door Staff Schedule (06/21-27/04)<br>Two copies of one document | 2 |
| Letter dated 02/10/06 from Hartford Ins. To Dean Cibel<br>3 | |
| PD 93 MPD Incident Report dated June 27, 2004 | 3 |

2

| | |
|---|---:|
| Memorandum undated to "Greg" unsigned | 1 |
| Stmt of Common Policy Conditions Form SS0050069 | 16 |
| Dancing Crab Answer in Badr v. Dancing Crab #02ca5275 | 5 |
| Complaint, Badr v. Dancing Crab #02ca5275 | 4 |
| Door Staff Manual | 2 |
| Letter dated 02/10/06 from Hartford Ins. To Dean Cibel | 5 |
| Policy changes Hartford policy 42UUNAZ0249 | 1 |
| Schedule changes Hartford policy 42UUNAZ0249 | 2 |
| Producers Fact Sheet, Howard & Hoffman | 2 |
| Supplement Application of uninsured motorist insurance | 3 |
| Notices to Policy Holders Property Coverage | 3 |
| Special Multi-Flex Policy from Hartford With Endorsements | 141 |
| Hand drawn diagrams | 2 |

**End of Document Production List**