CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 10**

**Rick Rude**

From: "Rick Rude" <rick_rude@msn.com>
To: <page@somdlaw.com>
Sent: Thursday, May 18, 2006 10:37 AM
Subject: rude v. Dancing Crab - subpeonas, 3rd party document production, depositions

Dear Page:
Wanted to let you know that I have been contacted by the US Atty office and advised that their position is that the subpeona to Mr. Wainstien is not valid in that they are not a 'person' under FRCP. I am currently negotiating to see what if any documents I might be provided. Under the circumstances, I do not believe any documents will be produced on May 26th. If I do eventually obtain anything, I will notify you and make the documents available to you for inspection.

Second Item: I have gotten no response from DC ABCA. If I do get something I will likewise advise you and make the documents available for inspection. I do not want you to make the trip on the 26th to find no production taking place.

Third Item: I have prepared a series of deposition notices and will forward to you according to the dates you have provided. The Court's recent order obviates any further dispute regarding what is to be produced. I am confirming that so long as I am informed that a company controlled or operated by Mr. Casten or Mr. Cibel is a vender to the Dancing Crab (like the fish companies) that will be sufficient for the time being.

**REDACTED**

Best regards,

Rick Rude

Ps _ since I have not gotten an answer regarding copies of your April 17th document production; I am going to object and without waiving the objection provide Freid Frank with a copy of that material.

5/18/2006