CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 11**

DEPOSITION OF DEAN A. CIBEL
CONDUCTED ON FRIDAY, JUNE 2, 2006

124

1  A   I just don't know what that would be.  It's
2  a situation I don't know what would have happened.
3        MR. RUDE:  I think for purposes here, this
4  afternoon, Mr. Wyrough, I'm finished.  If you have
5  anything --
6        MR. WYROUGH:  Well, I've got no follow-up.
7  I'll just represent for the record that there are a
8  number of -- a pile of documents that we brought with
9  us today.  And I believe that the only thing remaining
10 with respect to document production is to get you
11 copies of those, and then arrange for you to have to
12 review the employee files for the bouncers we
13 discussed earlier.  To the extent that you find that
14 there -- you have any follow-up questions of Mr. Cibel
15 after we have had the -- after you have had the
16 opportunity to review the records that I've provided
17 you over the course of the past couple days as well as
18 these, you know, then -- and the stuff that you've
19 copied -- that I've copied and provided to you, then
20 we'll leave the deposition open should you decide that
21 you need to do that.  Other than that, I've got
22 nothing else, and we will read and sign.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664