CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 12**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

8 June 2006
Via FAX 301-627-2716

Mr. R. Page Wyrough
15051 Marlboro Pike
Upper Marlboro, MD 20772

Re: Case No. 05cv1278RCL
    Production of Documents

Dear Mr. Wyrough:

On June 2nd you brought with you documents which were responsive to the plaintiff's document requests. Due to the large volume of material and that I was going to have to go through it, we agreed to speak on Monday to arrange for me to either get a copy or inspect.

I have been trying for several days to speak with you regarding my inspection of these documents. I am also attempting to work with you regarding your vacation of June 10-17th. We have depositions now set for the 22nd with Mr. Moran and Mr. Puzio. I must have those documents and have the opportunity to review them prior to the deposition of these individuals.

I spoke with Pamela Roth of your office and she indicated that you were out of the office. When I spoke with your office this morning, you were tied up on an emergency. While I want to work with you on this, I cannot do so to my own detriment. I have made a very reasonable offer to inspect at your office. I am therefore requesting that I be provided access to these documents. If I cannot get access I will have to go to Judge Lamberth. I do not want to do that.

The courtesy of a response is requested. I remain,

Sincerely,

Rick A. Rude