CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 13**

**Rick A. Rude**
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

15 June 2006
Via FAX 301-627-2716

Mr. R. Page Wyrough
15051 Marlboro Pike
Upper Marlboro, MD. 20772

Re: Rude v. Dancing Crab at Washington Harbour
   US DC Case No. 05cv1278RCL
   Discovery Issues

Dear Mr. Wyrough:

   I am enclosing a revised Deposition Notice for Mr. James Sylvester as per my letter of May 18, 2006. I have arranged for a court reporter and conference room at 5963 La Place Court, Suite 306, Carlsbad, California 92008. The time remains scheduled at 1 P.M.

   I am also confirming to you that defendants have not identified, and therefore will not employ, any expert witnesses in this proceeding. Secondly, that you have informed me that you do not intend to depose the experts identified by plaintiff on May 5, 2006.

   I would ask that you call me as soon as you receive this correspondence. I was informed by your office that you had instructed them to copy all of the documents which you brought on June 2nd. However, I have received only some of the documents which you identified. I have not received copies of the personnel files nor the financials for defendants, nor tax information on the doormen and any witnesses.

   I am also advising you that based upon the documents that were provided to me on June 12th, that I am reconsidering the deposition of Olayinka Adeboyeku. If you intend to depose him, I would suggest that you issue a Notice for him. I am going to insert Mr. Casten on July 14th rather than Mr. Adeboyeku. I also will be issuing Notices for David Pera and Natasha for the 3rd week of July.

   I am hereby reconfirming the depositions of Mr. Moran (2 PM) and Mr. Puzio (10 AM) on June 22nd as well as the depositions in Los Angeles and Oceanside, California for June 26-27, 2006. You have indicated to me that you, or an associate, will attend these depositions as we discussed and agreed on May 5, 2006.

Mr. R. Page Wyrough
15 June 2006
Page Two

    I indicated to you that I have a major case project commencing in late July or early August. I have now learned that the matter is going forward. I anticipate that it will take most of my time from that point forward. You have indicated that you intend to file for an extension of the discovery period. Please advise me of whether you still intend to undertake that motion. I am approaching this matter as if discovery will still close on July 31, 2006. I remain,

                                          Very truly yours,

                                          Rick A. Rude

Encls.

RR/mp