CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 14**

```
                                                                    1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    ------------------------------x

5    JONATHAN W. RUDE,                      ORIGINAL

6              Plaintiff,

7         vs.                    Case No. 1:05cv1278RCL

8    DANCING CRAB AT WASHINGTON

9    HARBOUR, et al.,

10             Defendants.

11   ------------------------------x

12

13

14             STATEMENT OF COUNSEL

15                McLean, Virginia

16             Friday, July 14, 2006

17                  10:30 a.m.

18

19

20   Job No. 4-81131

21   Pages 1 - 7

22   Reported by Judith F. Richard, RPR
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

STATEMENT ON THE RECORD
CONDUCTED ON FRIDAY, JULY 14, 2006

5

P R O C E E D I N G S

1        (Plaintiff's Deposition Exhibit No. 1 was
2 marked for identification.)
3        MR. RUDE:  This is the deposition of Mr.
4 Gregory Casten that was set for July 14th, 2006, at
5 10 a.m. as per the agreement between the parties.
6 I am going to mark his notice of deposition as
7 Exhibit Number 1.  And I am going to note for the
8 record that the deposition was scheduled for 10 a.m.
9 It is now 10:30, and no one from the defendant has
10 either called nor have they arrived.  And I am going
11 to ask that this notice of deposition, which was
12 duly issued, be set forth in the record.
13        We will wait until 11 a.m., and in the
14 event that the defendants do not present themselves
15 we will go on the the record again at 11 a.m. and
16 note the failure to appear.  That's it for now.
17        (Recess was taken, 10:31 to 11:00 a.m.)
18        MR. RUDE:  We are now back on the record.
19 It is 11 a.m. on Friday, July 14th, 2006.  We are at
20 the scheduled deposition of Gregory Casten on behalf
21 of the Defendant Dancing Crab at Washington Harbour.

STATEMENT ON THE RECORD
CONDUCTED ON FRIDAY, JULY 14, 2006

6

1  I would like to note that neither Mr.
2  Casten nor his counsel have appeared. I would
3  further note that I have contacted my answering
4  service and there is no record that anyone from Mr.
5  Wyrough's office has made any effort to call or has
6  left any message. I would also note that the court
7  reporter has contacted her office, and they have
8  also advised her that no one has called them
9  regarding a delay or a reason for nonappearance.
10  We will wait until 11:15, and then we
11  will conclude this deposition and I will file
12  a motion for an order to show cause.
13  (Recess was taken, 11:02 to 11:15 a.m.)
14  MR. RUDE: It is 11:15 on Friday, July
15  14th. Mr. Casten's deposition, no one from the
16  defense side has arrived. We will wait no longer.
17  We will note that defendant failed to arrive for not
18  only a scheduled but an agreed-upon deposition at
19  the time and place agreed. This deposition is now
20  suspended.
21  (Statement of counsel concluded, 11:15
22  a.m.)

7

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2          I, Judith F. Richard, Registered
3   Professional Reporter, the officer before whom the
4   foregoing proceedings were taken, do hereby certify
5   that the foregoing transcript is a true and correct
6   record of the proceedings; that said proceedings
7   were taken by me stenographically and thereafter
8   reduced to computer-aided transcription by me; and
9   that I am neither counsel for, related to, nor
10  employed by any of the parties to this case and have
11  no interest, financial or otherwise, in its outcome.
12          IN WITNESS WHEREOF, I have hereunto set
13  my hand and affixed my notarial seal this 14th day
14  of July, 2006.
15
16
17                    *[signature: Judith Richard]*
18                    Judith F. Richard, RPR
19                    Notary Public in and for
20                    Commonwealth of Virginia
21  My Commission expires:
22  August 31, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                              Case No. 1:05cv1278RCL

DANCING CRAB AT WASHINGTON
HARBOUR, et al.,

    Defendants.

### NOTICE TO TAKE ORAL DEPOSITION AND DOCUMENT PRODUCTION

TO: R. Page Wyrough, Esq.
     15051 Marlboro Pike
     Upper Marlboro, MD. 20772

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, testimony shall be taken upon oral examination before a person authorized by the Commonwealth of Virginia and/or the District of Columbia, to administer oaths on **JULY 14, 2006 at 10:00 A.M.** 8484 Westpark Drive, Suite 110, McLean, Virginia 22102 with respect to all matters in this action, at which time and place the oral deposition of **MR. GREGORY CASTEN** and he is directed to bring with him all documents required to be produced by Defendants pursuant to the Orders of the Court entered May 15, 2006 in this proceeding. Such deposition shall continue day to day until completed.

Dated: 15 June 2006

                                            _____
                                            RICK A. RUDE, Esq. #244897
                                            207 Park Avenue, Suite 103
                                            Falls Church, VA. 22046
                                            Counsel For Plaintiff

PLAINTIFF'S EXHIBIT #1 7-14-06