CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 15**

**Rick Rude**

**From:** "Rick Rude" <rick_rude@msn.com>
**To:** <Page@somdlaw.com>
**Sent:** Thursday, August 10, 2006 3:55 PM
**Attach:** Rude ltr to Wyrough- 8-10-06001.pdf
**Subject:** Rude v. Dancing Crab

Dear Mr. Wyrough:

I am attaching a letter and documents for your review.

If you recall, Mr. Puzio and hence Dancing Crab denied having rec'd a telephone call on June 20, 2004 at !:51 MA which lasted 2 minutes. Plaintiff has provided a copy of plaintiff's cell phone record which reflected such a call to Mr. Puzio.

Mr. Puzio's cell phone records reflect the involved cell phone call. He cell phone records likewise reflect several other serious misstatements of fact.

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

10 August 2006
Via Internet
Page@somdlaw.com

Mr. R. Page Wyrough
15051 Marlboro Pike
Upper Marlboro, MD. 20772

Re: Discovery Compliance Issues – Robert Puzio

Dear Mr. Wyrough:

    I am attaching two documents to this letter. The first is page 7 of 20 from the Sprint/Nextel cell phone bill for Robert Puzio. The bill is for the period June 15, 2004 to July 14, 2004. This document contradicts Mr. Puzio's sworn testimony regarding receiving a cell phone call at 1:51 AM on June 20, 2004. Call number 125 matches the call record produced by me in November 2005.

    In addition to the above, the phone bill further reflects telephone calls with Tony Wood and Michael Gillman on June 27, 2004. Mr. Gillman called Mr. Puzio at 3:38 A.M. on June 27th to provide a detail report on what had occurred as well as notifying Mr. Puzio that Gillman quit. Mr. Puzio's sworn deposition testimony that he had no knowledge of what had occurred and he spent several days trying to find out the facts is likewise untrue.

    The problem that is now presented is the source of the information provided in Tony & Joe's answers to discovery. If Mr. Puzio was untruthful with Mr. Casten, that is one thing; but it is apparent defendant's answers are not only incomplete but incorrect. The document likewise reflects usage of the cell phones as communicator devices in the business of Tony & Joe's. This was also denied during the discovery phase of this matter.

    Please advise me of what action you intend to take to correct defendants' discovery responses. I remain,

Mr. R. Page Wyrough
10 August 2006
Page Two

                                      Very truly yours,

                                      Rick A. Rude

Encls.
RR/mp

## Voice Call Detail

rpuzio01@sprintpcs.com

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges |
|---|---|---|---|---|---|---|---|---|
| 115 | 6/19 | 2:31 P M | Incoming | | | 3.0 | included | 0 |
| 116 | 6/19 | 2:55 P M | 973-961-3445 | Newark, NJ | | 1.0 | included | 0 |
| 117 | 6/19 | 2:56 P M | Incoming | | | 1.0 | included | 0 |
| 118 | 6/19 | 2:59 P M | Incoming | | | 1.0 | included | 0 |
| 119 | 6/19 | 4:46 P M | Incoming | | | 1.0 | included | 0 |
| 120 | 6/19 | 5:14 P M | Incoming | | | 1.0 | included | 0 |
| 121 | 6/19 | 7:26 P M | Incoming | | | 1.0 | included | 0 |
| 122 | 6/19 | 10:28 P M | 202-841-5973 | Washington, DC | | 1.0 | included | 0 |
| 123 | 6/19 | 10:29 P M | 202-841-5973 | Washington, DC | | 1.0 | included | 0 |
| 124 | 6/19 | 10:30 P M | 202-841-5973 | Washington, DC | | 1.0 | included | 0 |
| 125 | 6/20 | 1:51 A M | Incoming | | | 2.0 | included | 0 |
| 126 | 6/20 | 1:53 A M | 508-736-8292 | Worcester, MA | | 10.0 | included | 0 |
| 127 | 6/20 | 2:21 A M | Incoming | | | 7.0 | included | 0 |
| 128 | 6/20 | 3:00 P M | Incoming | | | 1.0 | included | 0 |
| 129 | 6/21 | 11:42 A M | Incoming | | | 3.0 | included | 0 |
| 130 | 6/21 | 12:28 P M | 973-961-3445 | Newark, NJ | | 3.0 | included | 0 |
| 131 | 6/21 | 12:33 P M | 202-482-3876 | Washington1, DC | | 1.0 | included | 0 |
| 132 | 6/21 | 5:24 P M | Incoming | | | 1.0 | included | 0 |
| 133 | 6/21 | 5:38 P M | Incoming | | | 5.0 | included | 0 |
| 134 | 6/21 | 6:21 P M | 609-457-9081 | Atlntc Cy, NJ | incl. | 1.0 | included | 0 |
| 135 | 6/21 | 6:21 P M | 586-872-4062 | Roseville, MI | incl. | 1.0 | included | 0 |
| 136 | 6/21 | 7:33 P M | Incoming | | incl. | 2.0 | included | 0 |
| 137 | 6/21 | 8:08 P M | 240-462-9039 | Silver Spg, MD | incl. | 1.0 | included | 0 |
| 138 | 6/21 | 8:09 P M | 240-462-9039 | Silver Spg, MD | incl. | 1.0 | included | 0 |
| 139 | 6/21 | 8:10 P M | 240-462-9039 | Silver Spg, MD | incl. | 2.0 | included | 0 |
| 140 | 6/21 | 8:52 P M | Incoming | | | 7.0 | included | 0 |
| 141 | 6/21 | 9:30 P M | 973-961-3445 | Newark, NJ | | 1.0 | included | 0 |

## Individual Charges

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| MR ROBERT PUZIO | 0005199615-2 | Jun. 15 - Jul. 14 | Jul. 15, 2004 | 7 of 20 |



Individual Charges for    MR ROBERT PUZIO   (continued)
301-442-5359
rpuzio01@sprintpcs.com

### Voice Call Detail

| # | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes Used | Airtime Charges | LD/Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 115 | 6/19 | 2:31 PM | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 116 | 6/19 | 2:55 PM | 973-951-3445 | Newark, NJ | | 1.0 | included | 0.00 | 0.00 |
| 117 | 6/19 | 2:55 PM | Incoming | | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 118 | 6/19 | 2:59 PM | Incoming | | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 119 | 6/19 | 4:45 PM | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 120 | 6/19 | 5:14 PM | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 121 | 6/19 | 7:25 PM | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 122 | 6/19 | 10:25 PM | 202-841-5973 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 123 | 6/19 | 10:29 PM | 202-841-5973 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 124 | 6/19 | 10:30 PM | 202-841-5973 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 125 | 6/20 | 1:51 AM | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 126 | 6/20 | 1:53 AM | 508-735-6292 | Worcester, MA | | 10.0 | included | 0.00 | 0.00 |
| 127 | 6/20 | 2:21 AM | Incoming | | | 7.0 | included | 0.00 | 0.00 |
| 128 | 6/20 | 2:00 PM | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 129 | 6/21 | 11:42 AM | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 130 | 6/21 | 12:25 PM | 973-951-3445 | Newark, NJ | | 3.0 | included | 0.00 | 0.00 |
| 131 | 6/21 | 12:33 PM | 202-492-3876 | Whptnmnt, DC | | 1.0 | included | 0.00 | 0.00 |
| 132 | 6/21 | 5:24 PM | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 133 | 6/21 | 5:38 PM | Incoming | | | 5.0 | included | 0.00 | 0.00 |
| 134 | 6/21 | 6:21 PM | 609-457-9081 | Atlntic Cy, NJ | | 1.0 | included | 0.00 | 0.00 |
| 135 | 6/21 | 6:21 PM | 586-872-4052 | Roseville, MI | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 136 | 6/21 | 7:33 PM | Incoming | | ♦♦ | 2.0 | included | 0.00 | 0.00 |
| 137 | 6/21 | 8:08 PM | 240-462-9339 | Silver Spg, MD | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 138 | 6/21 | 8:09 PM | 240-462-9339 | Silver Spg, MD | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 139 | 6/21 | 8:10 PM | 240-462-9339 | Silver Spg, MD | ♦♦ | 2.0 | included | 0.00 | 0.00 |
| 140 | 6/21 | 8:52 PM | Incoming | | ♦♦ | 7.0 | included | 0.00 | 0.00 |
| 141 | 6/21 | 9:30 PM | 973-951-3445 | Newark, NJ | | 1.0 | included | 0.00 | 0.00 |
| 142 | 6/21 | 11:11 PM | Incoming | | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 143 | 6/21 | 11:35 PM | 703-553-6899 | Alexandria, VA | | 2.0 | included | 0.00 | 0.00 |
| 144 | 6/21 | 11:38 PM | 202-907-5072 | Washington, DC | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 145 | 6/21 | 11:59 PM | 301-237-0615 | Silver Spg, MD | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 146 | 6/22 | 9:16 AM | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 147 | 6/22 | 9:39 AM | Incoming | | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 148 | 6/22 | 12:22 PM | 973-951-3445 | Newark, NJ | | 2.0 | included | 0.00 | 0.00 |
| 149 | 6/22 | 12:24 PM | 202-907-5072 | Washington, DC | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 150 | 6/22 | 2:48 PM | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 151 | 6/22 | 2:54 PM | 301-442-5359 | Silver Spg, MD | | 2.0 | included | 0.00 | 0.00 |
| 152 | 6/22 | 2:55 PM | 202-907-5072 | Washington, DC | ♦♦ | 1.0 | included | 0.00 | 0.00 |
| 153 | 6/22 | 2:55 PM | 301-602-6862 | Kensington, MD | | 2.0 | included | 0.00 | 0.00 |
| 154 | 6/22 | 2:59 PM | 202-223-2148 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 155 | 6/22 | 2:59 PM | 202-841-5973 | Washington, DC | | 5.0 | included | 0.00 | 0.00 |
| 156 | 6/22 | 3:04 PM | 240-462-9339 | Silver Spg, MD | ♦♦ | 2.0 | included | 0.00 | 0.00 |
| 157 | 6/22 | 3:08 PM | 202-277-2303 | Washington, DC | | 4.0 | included | 0.00 | 0.00 |

♦♦ = PCS to PCS Calling