CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 16**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

16 August 2006

Mr. R. Page Wyrough
Cain & Wyrough
15051 Marlboro Pike
Upper Marlboro, MD. 20772

Re: Rude v. Dancing Crab at Washington Harbour et al.
    Case No. 05cv1278RCL
    Supplemental Production of Documents
    Notice of Availability of Evidence For Inspection

Dear Mr. Wyrough:

   I am enclosing a copy of the documents purportedly representing the Brady materials provided to Olayinka Adeboyeku in his criminal trial (Bates nos. ADE 041-0170). I will shortly be receiving additional materials from the General Counsel's Office of the Metropolitan Police Department. These materials will include photographs of plaintiff, the scene of the attack, and the video tape of Mr. Wood's statement on June 27, 2004.

   I am also advising you, again, of the availability of the medical equipment and clothing that is the property of plaintiff. I further have copies of the x-rays taken by the medical personnel regarding the involved injuries. I have been advised that you were provided with copies of the medical charges reflected on the summary that I provided to you. If this is not correct, please advise. I likewise have copies of the Blue Cross Notices of the involved invoices and charges which are available for review at my office.

   I am further enclosing the cell phone records for Oluwatosin Adeboyeku and Robert Puzio that cover the following time periods: (1) Tosin June 23, 2004 to July 22, 2004 and (2) Puzio June 15, 2004 to July 14, 2004. I have now received a computer disc from Sprint/Nextel in response to the June 30th Subpeona. I am informed that the records for Tony Wood and Olayinka Adeboyeku are being forwarded this week as well. All of these records (which I estimate total about 700 pages of material) are available for your review upon setting an appointment with me.

   I note the telephone records reflect that both Puzio and Tosin had 'walkie-talkie' service (PCS to PCS calling). This confirms that these individuals did use their cell phones to communicate while working at Tony & Joe's Seafood Place. The record of Mr.

Mr. R. Page Wyrough
16 August 2006
Page Two

Puzio likewise reflected (1) he in fact received a telephone call from plaintiff on June 20, 2004 at 1:51 AM, (2) he used his cell phone to communicate with other employees at Tony & Joes, (3) he spoke with Tony Wood at the time Tony was arrested on June 27, 2004, (4) he spoke with Mike Gillman at 3:38 AM on June 27, 2004 and was therefore fully informed of the circumstances of the attack. These records would have been included in the initial document production and have likewise been again demanded in Plaintiff's Second Request For Production of Documents. The failure to produce these records was not only a violation of the May 15th Order but was highly prejudicial to plaintiff's discovery process.

    I have not made a complete review of all of the telephone records. However, I have seen enough to conclude that a number of defendant's employees were not truthful in their depositions. Mr. Puzio, as example, said he spent several days trying to find out what had happened and that he had no specific knowledge of the events. His telephone records reflect to the contrary. Mr. Eagleton, as example, denied any direct knowledge of the events of June 27, 2004. I have been informed that Mr. Eagleton had some direct involvement in the incident.

    If you desire to review these records, please contact me to set up a time for your review. I will again notify you upon arrival of the involved video tape and the second set of telephone records. I remain,

                                               Very truly yours,

                                               Rick A. Rude

Encls.
RR/mp