CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 18**

| b Employer identification number | OMB No. 1545-0008 | Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy "B") or Copy 2 to be Filed With Employee's State, City or Local Income Tax Return |
|---|---|---|
| 52-1480725 | | |

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| DANCING CRAB ATWASHINGTON HARBOUR LP 3000 K STREET, NW WASHINGTON, DC 20007 | 11515.50 | 395.03 |
| | 3 Social security wages 11515.50 | 4 Social security tax withheld 713.99 |
| d Employee's social security number 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 | 5 Medicare wages and tips 11515.50 | 6 Medicare tax withheld 166.99 |
| e Employee's name, address, and ZIP code | 7 Social security tips .00 | 8 Allocated tips |
| ANTHONY BRYAN WOOD 1630 R STREET APT 640 WASHINGTON DC 20009 | 9 Advance EIC payment | 10 Dependent care benefits |
| | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See instrs. for box 13 | 14 Other |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation |
|---|---|---|---|---|
| DC | 0128513-001 | 11515.50 | 537.77 | |
| | | | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **1999**

Department of the Treasury—Internal Revenue Service
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Field | Value |
|---|---|
| b Employer identification number | 52-1609767 |
| OMB No. 1545-0008 | Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B) or Copy 2 to be Filed With Employee's State, City or Local Income Tax Return |
| c Employer's name, address, and ZIP code | OCEANPRO INDUSTRIES, LTD<br>1900 FENWICK ST., NE<br>WASHINGTON, DC 20002 |
| 1 Wages, tips, other compensation | 344.38 |
| 2 Federal income tax withheld | .00 |
| 3 Social security wages | 344.38 |
| 4 Social security tax withheld | 21.35 |
| 5 Medicare wages and tips | 344.38 |
| 6 Medicare tax withheld | 4.99 |
| d Employee's social security number | 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 |
| 7 Social security tips | .00 |
| 8 Allocated tips | |
| e Employee's name, address, and ZIP code | ANTHONY BRYAN WOOD<br>1630 R ST., NW #540<br>WASHINGTON DC 20009 |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in box 1 | |
| 13 See Instrs. for box 13 | |
| 14 Other | |
| 16 State | DC |
| Employer's state I.D. no. | 0144274-001 |
| 17 State wages, tips, etc. | 344.38 |
| 18 State income tax | 5.33 |
| 19 Locality name | |
| 20 Local wages, tips, etc. | |
| 21 Local income tax | |

Form W-2 Wage and Tax Statement 1999

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.