CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 19**

## Department of Consumer and Regulatory Affairs
### Business Regulation Administration Corporations Division
### Partnership Abstract Print Out

**Partnership**

File No: **P00169**  Type Code: **LP**  State: **DC**  Organized: **01/16/1987**  Terminate Date: **00/00/0000**

Qualified: **00/00/0000**  Duration Date: **12/31/2027**  Status: **AC**  Status Date: **00/00/0000**  Fee: **.00**

Name: **DANCING CRAB AT WASHINGTON HARBOUR LIMITED PARTNERSHIP**

Agent: **NICHOLAS J. CIBEL**

Address: **1900 FENWICK STREET, NE**  Agent Zip: **20002**

Office: **11005 Earls Gate Lane, Bethesda, Md.**  Office Zip: **20850**

Partner:

Amend:  Amend Date: **00/00/0000**  Renewal Date: **00/00/0000**  Bundle No:

Miscellaneous:

| File No | Filed Date | Type | Description | Fee Paid | Bundle No |
|---|---|---|---|---|---|
| P00169 | 08/26/1999 | SOCD | STATEMENT OF INTENT | 25.00 | A0047 |

Reports:

 **Maryland Department of Assessments and Taxation** 1

**Taxpayer Services Division**
301 West Preston Street W Baltimore, Maryland 21201

| Main Menu | Security Interest Filings (UCC) | Business Entity Information |
| (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home |

## Taxpayer Services Division

**Entity Name: THE DANCING CRAB AT WASHINGTON HARBOUR LIMITED PARTNERSHIP**

**Dept. ID #: M02213973**

| General Information | Amendments | Personal Property | Certificate of Status |

NOTICE ABOUT IMAGE AVAILABILITY AND ACCURACY

Page 1 of 2

| Description | Date Filed | Time | Film | Folio | Pages | View Document | Order Copies |
|---|---|---|---|---|---|---|---|
| FORFEITED PROCLAMATION OF THE DEPARTMENT | 10/02/1997 | 08:30-AM | 00000 | 0000 | 0000 | | |
| FAILURE TO FILE A PERSONAL PROPERTY RETURN (FORM # 1 ) DUE | | | | | | | |
| CERTIFICATE OF AMENDMENT | 02/20/1997 | 08:46-AM | F3904 | 2843 | 0005 | 👁 | 📄 |
| CERTIFICATE OF AMENDMENT | 11/06/1996 | 09:05-AM | F3872 | 1154 | 0006 | 👁 | 📄 |
| AFFIRMATION | 04/08/1992 | 09:21-AM | F3409 | 2563 | 0002 | 👁 | 📄 |
| CERTIFICATE OF AMENDMENT | 10/13/1988 | 08:41-AM | F3070 | 128 | 0011 | 👁 | 📄 |
| CERTIFICATE OF AMENDMENT | 12/14/1987 | 10:22-AM | F2977 | 1791 | 0012 | 👁 | 📄 |
| CERTIFICATE OF AMENDMENT | 12/14/1987 | 10:21-AM | F2977 | 1779 | 0010 | 👁 | 📄 |
| CERTIFICATE OF AMENDMENT | 06/29/1987 | 09:26-AM | F2930 | 745 | 0010 | 👁 | 📄 |



**Maryland Department of Assessments and Taxation**
**Taxpayer Services Division**
301 West Preston Street ※ Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

### Entity Name: WATERSIDE MANAGEMENT CORPORATION
### Dept ID #: D02205102
### Ack #: 00000A2114771001

| | |
|---|---|
| **Status:** | INCORPORATED |
| **Good Standing:** | No |
| **Business Code:** | Ordinary Business Stock |
| **Filing Date and Time:** | 09/22/1986  10:33 AM |
| **Film:** | F2850 |
| **Folio:** | 1129 |
| **Pages:** | 0004 |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

### Principal Office

JAMES M. KRAFT
11005 EARLSGATE LANE
ROCKVILLE, MD   20850

### Resident Agent

JAMES M. KRAFT
11005 EARLSGATE LANE
ROCKVILLE, MD   20850

http://sdatcert3.resiusa.org/ucc-charter/D_Details.asp?EntityName=WATERSIDE+MANA...   5/9/2005

## Rick Rude

| | |
|---|---|
| **From:** | "imailagent" <customerservice.dcra@dc.gov> |
| **To:** | <rick_rude@msn.com> |
| **Sent:** | Friday, September 23, 2005 12:34 PM |
| **Attach:** | IQFORMATFILE.TXT |
| **Subject:** | Email from the DCRA (Intranet Quorum IMA00130008) |

Dear Mr. Rude:

This letter is in response to your e-mail to this office dated September 13, 2005. Concerning the record of Profish, Ltd. Our records indicate that such entity is not of record with this office. Your letter stated that such entity was listed with the state of Maryland as a District of Columbia business corporation. You may contact the state of Maryland and request documentation of a District of Columbia corporation. The corporation may have changed their name or the place of organization on the Maryland record may be in error. However, there is no record of this corporation being incorporated or registered with this office.

I hope that I was able to address your concerns.

Sincerely,

Maxine Hinson

Business Professional Licensing Administration

Department of Consumer and Regulatory Affairs

941 North Capitol Street, NE

Washington, DC 20002

(202)442-4432



**Maryland Department of Assessments and Taxation** 4

**Taxpayer Services Division**
301 West Preston Street W Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

**Taxpayer Services Division**

**Entity Name: PROFISH, LTD.**
**Dept ID #: F03351491**

**Ack #: 0136C30510561001**

| | |
|---|---|
| Status: | INCORPORATED |
| Good Standing: | Yes |
| Business Code: | Ordinary Business Stock |
| Filing Date and Time: | 01/09/1992  08:42 AM |
| Film: | F3386 |
| Folio: | 544 |
| Pages: | 0003 |
| Stock/Nonstock: | Stock |
| Close/Not Close: | Unknown |

**Principal Office**

1900 FENWICK STREET
WASHINGTON, DC   20002

**Resident Agent**

PHILIP F. FINELLI, JR.
11300 FARMLAND DRIVE
ROCKVILLE, MD   20852