CASE NO. 05CV1278(RCL)
PLAINTIFF'S MOTION FOR SANCTIONS
**ATTACHMENT NO. 20**

# OCEANSIDE MANAGEMENT CORPORATION
## EMPLOYEE MANUAL
### GENERAL INFORMATION

Oceanside management is the operator of four individual restaurant locations. These four locations and the specifics pertaining to them are listed here. All of the rules and regulations stated in this policy manual are in effect at all of our locations. Regardless of which location you work at, the rules must be adhered to.

It is your obligation by being a member of our team to be familiar with all of our locations and their details. It is your obligation as a member of our team to perform your role in a professional way, maintaining dignity and honor for both the establishment and yourself.

What follows here are the rules and regulations that pertain to each and every establishment operated by Oceanside Management Corporation.

## ESTABLISHMENT LISTINGS

### TONY & JOE'S SEAFOOD PLACE

Phone number: 202-944-4545
Location: 3000 K Street, NW, 20007     Fax: 202/ 944-4587
            Overlooking the Potomac River in Georgetown's Washington Harbour Complex

#### HOURS OF OPERATION

Sun. through Thursday- 11:00 a.m. - 11:00 p.m.: Full Menu
Beverage Service until at least 1:00 a.m. (last call*)
Friday and Sat. - 11:00 a.m. - 12:00 midnight: Full Menu
Beverage Service until 2:30 a.m. (last call*)

Full Menu : Extensive fresh seafood selection served , broiled, grilled, fried, blackened, steamed, or sautéed. Proper casual attire required. Clean tee shirts and jeans are fine. No tank tops or ragged clothing. Shoes required in and out at all times.

### THE RIVERSIDE GRILLE

Phone number: 202-342-3535     Fax: 202/ 944-4119
Location: 3050 K Street NW
            Overlooking the Potomac River - across from Tony and Joe's - in Georgetown's
            Washington Harbour

#### HOURS OF OPERATION

Sun. through Thurs. -11:30 a.m. - 11:00 p.m.: Full Menu     Pizza oven open until 12:00am
Beverage Service until 1:30 a.m. (last call *)

Friday and Sat.-11:30 a.m. - 12:00 midnight: Full Menu     Pizza oven open until 1:00am
Beverage Service until 2:30 a.m. ( last call* )

Continental American served with locally farmed raised herbs and spices. Proper attire is required. Clean tee shirts and jeans are fine. No tanks or ragged clothing. Shoes required in and out at all times.

2006_01/03 17:51:36          2/7

## THE DANCING CRAB

Phone number:( 202 )-244-1882
Location : 4611 Wisconsin Ave. NW
             Washington, D.C. 20016
             A Washington institution for twenty years serving hard-shell blue crabs year round.

Mon. through Fri.- 11:00 a.m. - 11:00 p.m. : Full Menu
Sat. 12:00p.m. – 11:00 p.m.
Beverage Service until 11:00 a.m. ( last call )

Sundays-3:00 p.m. - 11:00 p.m. : Full Menu
Beverage Service until 11:00 p.m. ( last call )

Hard-shell blue crab served year round. Fresh seafood including fish filets, King Crab leg and Hot spiced shrimp. Proper casual attire required. Clean tee shirts and jeans are fine. No tank tops or ragged clothing. Shoes required.

## THE MALT SHOP

Phone number:( 202 )-244-9733
Location: 4611 Wisconsin Ave., NW
             Washington, D.C. 20016
             Upstairs from the Dancing Crab. The best happy hour in town.
             Satellite sports TV year round.

Mon. through Thurs.- 4:00 p.m.- 11:00 p.m. : Full Menu
Beverage Service until 1:30 a.m. ( last call*)

Friday and Sat.-4:00 p.m. - 11:00 p.m. : Full Menu
Beverage Service until 2:30 a.m. (last call*)

Sunday -12:00 noon - 10:00 p.m. : Full Menu
Beverage Service until 1:00 p.m.

Tavern style food featuring daily specials under six dollars. A great hamburger, fixed to perfection. A great environment for enjoying a few beers while watching the game. A friendly neighborhood style bar.

## Cabanas

Phone # 202-944-4242
Location: 3050 Kst. NW Washington DC 20007

Lunch
M-Fri 11:30-5

Dinner
M-Fri 5- 11pm
Sat 2-11:30pm
Sun 2-10pm
Mexican Cuisine with the best frozen margarita in Town

(* All alcoholic beverages **must** be off the table one half hour after last call!)

All locations accept all major credit cards: (Amex, Visa, MasterCard, Diners Club, Carte Blanche, and Discover). No personal checks will be accepted.

This manual is given to each staff member as a matter of information only. The policies and procedures described in this manual are not to be considered conditions of employment. The firm reserves the right to modify, revoke, suspend, terminate, or change any or all such policies at any time. This manual is not intended to create, nor is it to be construed as a contract of employment. The employment relationship between the Firm and its staff is considered an "at-will" relationship and may be terminated by either party at either time, with or without notice. In the event that statements made by firm personnel are inconsistent with the policies contained in this manual, the policies of the manual shall govern.

All employment is to be considered 'summer employment', with positions limited at season's end.

## EMPLOYMENT POLICY

It is Oceanside's policy to provide equal opportunities for all applicants without regard to race, color, religion, sex, national origin, age, marital status or physical handicap. The law requires proof of citizenship or work permit to be presented at time of hire along with social security number, tax status info., etc.

## HIRING, TRAINING AND ORIENTATION

You must be twenty-one (21) years of age to serve beer, wine & spirits. You will be required to show proof of age at the time of hire.

We hire for certain positions, but will provide opportunities for cross training and development of skills pertaining to other positions which will be incorporated into your daily schedule.

## PERSONNEL RECORDS

A file for each employee will be kept by personnel and will include the employee's application, insurance and tax information and any other paperwork accrued during your tenure with Oceanside Management. This file is completely confidential. Inform a manager of any changes.

If there is any action, disciplinary or commendable, taken in your behalf, it will be entered into your record. You have the right to place any written statement concerning these comments in your file as well.

## PAYCHECKS

The pay period begins Monday morning and ends on Sunday night at the close of the business day. The pay period is every two weeks. Timecards will be computed no later than Wednesday mornings and paychecks issued every other week, **after 2:00 p.m. on your locations designated pay day** (between 3:00 and 4:30 Friday's for Riverside Grille). The paychecks may be cashed at any Riggs Bank. The establishment does **no cashing of paychecks nor provides advances or loans to employees.** If there are any questions regarding paychecks, take them to the appropriate manager. There will be a stop payment fee of $25.00 for lost paychecks. Tipped employees have the responsibility of reporting their own income. If an employee has not claimed at least ten percent of their ring, ten percent will be entered as a claimed tipped amount. This is done because it is reasonable for the establishment to predict a ten- percent tip income. Remember tips must be claimed no matter what form they come in cash, charge or otherwise. They are your responsibility to properly report.

## REVIEWS

Performance reviews will be given 90 days after the date of hire. At this time you will be able to determine

your satisfaction in the establishment and your job. At the same time, your manager will evaluate your perform-ance and attitude to see if you are in the right job and able to meet the requirements.

## ATTENDANCE

If a situation arises where you cannot work your shift, you will call and speak to a manager **no less than 4 hours before the onset of the shift. No messages will be taken for an absence.** If a manager is unavailable, call back until you reach one. No call-ins will be accepted by friends, relatives, or co-workers. Violation of this policy will be considered an unexcused absence. Failure to report to work or call in for a shift is cause for im-mediate termination. Absences of more than 1 day must be reported daily unless other arrangements were made with the manager. A doctor's certificate can be requested for any absence due to illness.

## ARRIVAL; PUNCHING IN & PUNCHING OUT

Upon arriving for work, allow yourself enough time to enter, put belongings away and be in uniform by the scheduled hour. You should then punch in and begin your work. At the end of the scheduled shift you will punch out and have the shift manager initial the card. If you are running late, call and speak to the manager on duty so it is known that you are on your way.

## MEETINGS

**Periodic mandatory meetings and wine-tastings** will be regularly announced. Employees will punch in and out for these meetings and whomever is not already scheduled will mark it "meeting pay" on their timecards and it will be calculated at minimum non - tip credit wage, or your current wage whichever is higher.

## PERSONAL BELONGINGS & LOCKERS

When entering the restaurant with belongings to be stored, go directly to the locker area. Personal possessions will only be stored in lockers. **Do not set bags, purses, articles of clothing or books on any of the bars, host stands, side stands or in the office or coatroom.** Lockers will be in use on a per shift basis only. They must be emptied at the end of each shift. Because of the limited locker capacity at the establishment we discourage **employees from carrying a lot of belongings and valuables to work.** Further because of the number of sea-sonal employees the establishments, we recommend that you carry all cash and valuables on your person throughout your shift. We are not responsible for lost or stolen property.

## SCHEDULES

Work schedules will be posted weekly on Thursday afternoons. It is solely your responsibility to know when your are supposed to report to work. A host, hostess or any other co-worker **will not** be authorized to recite your schedule over the phone.

Unless a schedule request is given to a manager on the designated day, your schedule will be made based on the schedule availability form on file in the office. Schedule requests will only be honored if the request is in on time, requires no overtime to cover the shift and are not excessive for one individual. We prefer at our estab-lishment to keep staff on a set schedule so you can plan around your working hours. We know, however, that rotations and slight changes will be necessary **so look at your schedule weekly** as not to miss a change if one occurs

Once the schedule is posted, the shifts listed beside your name are entirely your responsibility. If you cannot work a shift, you must replace yourself with someone a manager has approved, that manager must initial it on the schedule. If you can not find a replacement, then you must work the shift.

## SMOKING

Health regulations and company policy prohibit smoking while on the clock. After the shift and after you have

punched out and changed out of your uniform, you may smoke in the public smoking areas of the restaurant. SMOKING WHILE NOT ON A MANAGER APPROVED BREAK WILL RESULT IN IMMEDIATE TERMINATION.

## PARKING

The establishments do not provide employee parking nor do we have space for motorcycles or bicycles on the premises. There is a bike lock up area located in the Harbour Complex. For the Washington Harbour locations, we do not have access to a parking lot of our own nor do we validate stickers. Public metered parking is available on "K" Street. There are several parking lots within the Harbour Complex - night & weekend rates available. Harbour Parking on the 3200 block of "K" Street - above ground parking with night and weekend rates available. Colonial Parking on the 3000 block of "K" Street.

## TELEPHONE CALLS

No personal phone calls! Telephone calls will not be transferred to employees when they are working unless it is an emergency. Outgoing calls cannot be made on our business phones. There will be a designated pay phone for employee use before or after a shift. No cell phones. No beepers. No pagers. Period.

## SOLICITATION

No groups, individuals or employees may solicit funds, for any reason sell goods nor hand out political, religious or personal materials anywhere on the premises.

## ACCIDENTS

Workman's Compensation Insurance Policy covers all members of the staff. If you are involved in an accident or injury no matter how minor, you must report it to your immediate supervisor. The first aid kit is in the office. You must file a claim within 24 hours.

## SHIFT MEALS

Shift meals will be available before a.m. shift and before p.m. shift. No shift meals will be made during business hours. The establishment will provide a shift meal for all back of the house employees for $2.00 per shift. Front of the house employees have the right to pay half price for menu items designated on the menu by management. This distinction between front of the house and back of the house is made so those servers will constantly try the food they are serving. If the front of the house employee desires a shift meal, he/she may eat one for the cash paid price of $2.00. No other food is to be eaten by employee at any other time. No brown - bagging. No removal of any food or beverage, including shift meal, from the premises. Under no circumstances will the kitchen employees be allowed to cook special orders for employees.

## APPEARANCE, GROOMING & HEALTH

A neat, clean appearance is paramount to the professional image that our establishments are displaying to our public. We ask all staff to follow standard hygiene practices listed in your job descriptor.

## OFF DUTY EMPLOYEES AS CUSTOMER

Any off duty employee of our establishment is welcome as a customer during normal business hours. Appropriate attire and behavior will be expected because though off duty, you are still a representative of the restaurant. An off duty employee should stay in the public areas -don't enter the back of the house or service areas. You will be expected as a customer to pay full price for all food and drink. Do not put your co-workers on the line by asking for free food or drinks. On the other hand, if you are waiting on a fellow employee, please treat

them with the same courtesy and respect you would any other customer. Avoid personal contact with on duty employees and vice-versa.

## EMPLOYEE DRINKING POLICY

Half price alcohol rule applies to the location you work for only. The rule is as follows:

1) For one hour after shift only
2) The check must contain alcohol only, no food on the same check
3) Only rail drinks or beer
4) No more than 4 drinks
5) Each employee must have separate check with name on it

*Do not abuse this- anyone drinking at our establishment the night before who is late for a shift the following morning will be dealt with harshly and may lose this privilege for everybody!!! If the 50% drinks are exceedingly high and frequent, this policy will be changed to no drinking allowed at all.

Spouses, friends, or any non shift working employee may not get half price drinks.

## VIOLATION RESULTS

Violations of house rules, excessive lateness or absence will result in progressive discipline. Violations may result first in a verbal warning followed by a written warning, then suspension and finally termination. All written warnings will be copied to the employee file.
Discipline will be determined by the manager and implemented by him/her as well. Some discipline will be immediate termination.

## VIOLATIONS THAT WILL RESULT IN IMMEDIATE TERMINATION:

1. No call, No show for a shift
2. Discourtesy, rudeness, or a bad attitude toward customers or managers.
3. Unauthorized possession of restaurant's, guest's or other employee's property, new or used. Theft .
4. Adding a tip to guest charge after the guest has left.
5. Willful destruction of property or waste of company property.
6. Being under the influence of drugs or alcohol.
7. Possession of firearms, drugs or alcohol.
8. Fighting, threatening, or abusive language or harassment of other employees or guests.
9. Refusal to perform assigned work; insubordination.
0. Failure to maintain control and accountability of cash . Using cash banks for personal funds. Dishonesty of any kind.
1. Committing immoral acts or indecent conduct or violation of no solicitation rule.
2. Auto gratuity added to party less than six.

## PROOF OF RECEIPT

This Employee Manual is an important document intended to help you become acquainted with Oceanside Management Corporation. This Manual will serve as a guide; it is not the final word in all cases. Individual circumstances may call for individual attention.

Please read the following statements and sign below to indicate your receipt and acknowledgement of the Oceanside Management Corporation Employee Manual.

*I have received and read a copy of the Oceanside Management Corporation Employee Manual. I understand that the policies, rules, and benefits described in it are subject to change at the sole discretion of Oceanside Management Corporation at any time:

*I am aware that during the course of my employment confidential information will be made available to me, i.e., customer lists, pricing policies and other related information. I understand that this information is critical to the success of Oceanside Management Corporation and must not be disseminated or used outside of the premises. In the event of termination of employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.

*I understand that, should the content be changed in any way, Oceanside Management may require an additional signature from me to indicate that I am aware of and understand any new policies.

*I understand that, my signature below indicates that I have read and understand the above statements and have received a copy of the Oceanside Management Employee Manual.

* This manual is given to each staff member as a matter of information only. The policies and procedures described in this manual are not to be considered conditions of employment. The firm reserves the right to modify, revoke, suspend, terminate, or change any or all such policies at any time. This manual is not intended to create, nor is it to be construed as a contract of employment. The employment relationship between the Firm and its staff is considered an "at-will" relationship and may be terminated by either party at either time, with or without notice. In the event that statements made by firm personnel are inconsistent with the policies contained in this manual, the policies of the manual shall govern.


_____
Employee's Printed Name                          _____
                                                 Position


_____
Employee's Signature                             _____
                                                 Date


_____
Manager's Signature                              _____
                                                 Date
The signed original copy will be filed in your personnel file.