


D.C. Council Home   Home   Search   Help ©

# Welcome to the online source for District of Columbia Official Code

DC ST § 25-101
Formerly cited as DC ST 1981 § 25-101

DC ST § 25-101

Formerly cited as DC ST 1981 § 25-101

District of Columbia Official Code 2001 Edition Currentness
  Division V. Local Business Affairs
    Title 25. Alcoholic Beverage Regulation (Refs & Annos)
      Chapter 1. General Provisions and Classification of Licenses
        Subchapter I. General Provisions
          ➡ § 25-101. Definitions.

For the purposes of this title, the term:

(1) "ABRA" means the Alcoholic Beverage Regulation Administration established by § 25-202.

(2) "ABRA Fund" means the Alcoholic Beverage Regulation Administration Fund established by § 25-210.

(3) "Adult" means a person who is 21 years of age or older.

(4) "Alcohol" means ethyl alcohol, hydrated oxide of ethyl, or spirit of wine, from whatever source or by whatever processes produced.

(5) "Alcoholic beverage" means a liquid or solid, patented or not, containing alcohol capable of being consumed by a human being. The term "alcoholic beverage" shall not include a liquid or solid containing less than one-half of 1% of alcohol by volume.

(6) "Applicant" means, as the context requires, the individual applicant, each member of an applicant partnership or limited liability company, or each of the principal officers, directors, and shareholders of an applicant corporation, or, if other than an individual, the applicant entity.

(7) "ANC" means an Advisory Neighborhood Commission as authorized under D.C. Official Code § 1-207.38.

(8) "Back-up drink" means a drink, including a single drink consisting of more than one alcoholic beverage, that is served to a customer before the customer has consumed a previously served drink.

(9) "Bartender" means a person who fixes, mixes, makes, or concocts an alcoholic beverage for consumption.

(10) "Beer" means a fermented beverage of any name or description manufactured from malt, wholly or in part, or from any substitute for malt.




**D.C. Council Home**                                              Home   Search   Help   ©

# Welcome to the online source for District of Columbia Official Code

DC ST § 25-202
§ 25-202. Establishment of the Alcoholic Beverage Regulation Administration.

DC ST § 25-202

District of Columbia Official Code 2001 Edition Currentness
  Division V. Local Business Affairs

   Title 25. Alcoholic Beverage Regulation (Refs & Annos)

      Chapter 2. Alcoholic Beverage Regulation Administration.

➡ **§ 25-202. Establishment of the Alcoholic Beverage Regulation Administration.**

There is established an Alcoholic Beverage Regulation Administration ("ABRA") as an independent agency of the District to provide professional, technical, and administrative staff assistance to the Board in the performance of its functions. ABRA shall carry out its functions under the supervision of the Board.

CREDIT(S)

(May 3, 2001, D.C. Law 13-298, § 101, 48 DCR 2959.)

HISTORICAL AND STATUTORY NOTES

D.C. Law 13-298 amended and enacted into law Title 25 of the District of Columbia Official Code.

Legislative History of Laws

For D.C. Law 13-298, see notes following § 25-101.

DC CODE § 25-202

Current through July 17, 2006.

Copyright © 2006 By The District of Columbia. All Rights Reserved.
END OF DOCUMENT

(C) 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

   Docs In Sequence   Table of Contents

This site is provided by West.                  **THOMSON**
© 2006 West | Privacy |
Accessibility                                   **WEST**