# TITLE 23
# ALCOHOLIC BEVERAGES

### History of Regulations since Last Compilation (April 2004)

This is a list of all final rulemaking to this title since the last time it was compiled. Unless stated in the entry as EXPIRED, each of the following amendments is included in the current set of the *Code of D.C. Municipal Regulations (DCMR)*. Regulations that expire are emergency regulations and are only in effect for 120 days. Also included may be Acts, which may amend regulations for specific periods of time.

| | |
|---|---|
| April 30, 2004 | 23 DCMR repealed and replaced at 51 DCR 4309, by the Alcoholic Beverage Control Board; statutory authority D.C. Code §§ 25-113(i)(4), 25-211(a), 25-211(b), 25-402(c), 25-403(d), 25-431(c), 25-502, 25-506(c), Mayor's Orders 2001-96, 2001-102 |

**Chapter 1**    Provisions of General Applicability

**Chapter 2**    License and Permit Categories

**Chapter 3**    Limitations on Licenses
  April 2006        Non-emergency amendment history is included at the end of each section within the chapter.
  September 23, 2005  23 DCMR 307 emergency at 52 DCR 8645 by the Alcoholic Beverage Control Board [EXPIRED]
  July 1, 2005      23 DCMR 306 to 306.10 emergency at 52 DCR 6217 by the Alcoholic Beverage Control Board [EXPIRED]
  February 11, 2005 23 DCMR 306 to 306.10 emergency at 52 DCR 1321 by the Alcoholic Beverage Control Board [EXPIRED]
  September 3, 2004 23 DCMR 308.1 to 308.9 emergency at 51 DCR 8677 by the Alcoholic Beverage Control Board [EXPIRED]
  September 3, 2004 23 DCMR 305.1 to 305.9 emergency at 51 DCR 8674 by the Alcoholic Beverage Control Board [EXPIRED]
  September 3, 2004 23 DCMR 304.1 to 304.10 emergency at 51 DCR 8669 by the Alcoholic Beverage Control Board [EXPIRED]
  March 26, 2004    23 DCMR 305.1 to 305.9 emergency at 51 DCR 3309 by the Alcoholic Beverage Control Board [EXPIRED]

**Chapter 4**    General Licensing Requirements

**Chapter 5**    License Applications

**Chapter 6**    License Changes

**Chapter 7**    General Operating Requirements

**Chapter 8**    Enforcement, Infractions, and Penalties

**Chapter 9**    Prohibited and Restricted Activities

**Chapter 10**   [Reserved]

**Chapter 11**   Advertising

**Chapter 12**   Records and Reports

**Chapter 13**   Transport of Beverages

**Chapter 14**   Taxes on Alcoholic Beverages

**Chapter 15**   Applications: Notice and Hearings Involving Licenses

**Chapter 16**   Contested Hearings, Non-Contested Hearings, Protest Hearings and Procedures

**Chapter 17**   Procedural Requirements for Board Hearings

**Chapter 18**   Petition Procedures

**Chapter 19**   Complaints: Inquiries to the Board

**Chapters 20-21** [Reserved]




D.C. Council Home Home   Search   Help   ©

# Welcome to the online source for District of Columbia Official Code

DC ST § 25-211
§ 25-211. Regulations.

DC ST § 25-211

District of Columbia Official Code 2001 Edition Currentness
 Division V. Local Business Affairs
  Title 25. Alcoholic Beverage Regulation (Refs & Annos)
   Chapter 2. Alcoholic Beverage Regulation Administration.

➡ **§ 25-211. Regulations.**

(a)(1) Within 180 days after May 3, 2001, the Mayor shall issue conforming regulations necessary or appropriate to carry out the provisions of this title.

(2) The Mayor shall submit the proposed regulations to the Council for a 45-day period of review. The Council may approve the proposed regulations in whole or in part. If the Council has not approved the regulations upon expiration of the 45-day review period, the regulations shall be deemed disapproved.

(3) The current regulations in Chapter 23 of the District of Columbia Municipal Regulations shall remain in effect until the Council approves new regulations as provided in this subsection.

(b)(1) The Mayor shall submit other proposed regulations to the Council for a 90-day period of review.

(2) The Council may approve the proposed regulations in whole or in part. If the Council has not approved the regulations upon expiration of the 90-day review period, the regulations shall be deemed disapproved.

(3) The Mayor may submit proposed regulations under this subsection regarding the regulation of promotional events such as pub crawls.

(c) The Mayor may in any time of public emergency, without previous notice or advertisement, prohibit the sale of any or all alcoholic beverages.

(d)(1) Any regulations promulgated under this section shall become effective 5 days after being published in the District of Columbia Register.

(2) Within 30 days after their promulgation, the regulations shall also be published in a newspaper of general circulation in the District. Failure to do so shall not affect the validity of the regulations.

(e) Within 180 days after May 3, 2001, the Board shall implement a process to provide additional notification, via electronic media, to the public and Advisory Neighborhood Commissions of the publication of proposed and adopted regulations.