```
                                                              1
 1   IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
 2                      OF COLUMBIA
 3   ---------------------------------
                                      |
 4   JONATHAN W. RUDE                  |
                                      |
 5                                    |         ORIGINAL
                                      |
 6                                    |
                                      |
 7              Plaintiff,             |
                                      |
 8        v.                           | Case NO.
                                      |
 9   DANCING CRAB AT WASHINGTON        | 1:05cv1278RCL
                                      |
10   HARBOUR, et al.                   |
                                      |
11                                    |
                                      |
12              Defendants.            |
                                      |
13   ---------------------------------
14            Deposition of Gregory Casten
15                 McLean, Virginia
16             Wednesday, July 19, 2006
17                    10:47 a.m.
18
19   Job No.: 4-82873
20   Pages 1 - 98
21   Reported by:  Jennifer A. Bosley
22
```



LAD REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
2.861.3425
orting.com
ibelt, MD • McLean, VA

Case No. 05cv1278(RCL)
ATTACHMENT NO. 9

```
 1      Q    What's your relationship to Tony & Joe's?
 2      A    I'm the Director of Operations and until
 3   recently the General Manager.
 4      Q    Let's go back to the summer of 2004.  And my
 5   questions are going to be directed to the summer of
 6   2004 unless we speak otherwise, okay?
 7      A    Okay.
 8      Q    I'm going to mark as Exhibit Number 2.
 9           (Plaintiff's Exhibit Number 2 was marked
10   for identification and was attached to the
11   transcript.)
12   BY MR. RUDE:
13      Q    I'm going to ask you if you have ever seen
14   that document before?
15      A    Yes.
16      Q    I'm going to direct your attention to Page 2
17   of that document.
18           Is that your signature?
19      A    Yes.
20      Q    What is this document, sir?
21           MR. WYROUGH:  Objection.  The document
22   speaks for itself.
```

12

1          Go ahead.
2     A    This is the renewal license for the
3  application to serve alcohol in the District of
4  Columbia.
5  BY MR. RUDE:
6     Q    And for which establishment?
7     A    Tony & Joe's.
8     Q    I'm going to direct you down to Paragraph 3.
9          Do you have that in front of you on Page 1
10 there?
11    A    I do.
12    Q    Who is Rodger Weeks?
13    A    When the Dancing Crab at Washington Harbor,
14 Tony & Joe's was first formed, it was a partnership,
15 not a corporation.  And he was one of the partners
16 along with Csabal Magassey.  Rodger Weeks was bought
17 out I believe in 2005, January or February of 2005.
18    Q    Now, I'm going to ask you to look at
19 Paragraph 5 if you will.
20         What are the represented hours of operation
21 for the sale of alcoholic beverages on Saturday
22 evenings?

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Alcoholic Beverage Regulation Administration

**Renewal Application for Retailer Class CH, CR, CX, DH, DR, and DX Licenses**

Please indicate if license establishment is: (Check One)
___ Operating Establishment   ___ License in Safekeeping
                              ___ With Location  ___ Without Location

```
26398 10762
TONY & JOE'S SEAFOOD PLACE      CR03
3000 K STREET NW
WASHINGTON, D.C. 2007
```

**OFFICIAL USE**
Billing period: 4-1-04 · 3-31-5
Intake date: 6-30-5
Roll call date: 9-15-4
Amount Due: 1300

COMPLETE THE RENEWAL APPLICATION AND RETURN IT WITH THE REQUIRED DOCUMENTATION. (Please print or type)

| Name of Licensee | Trade Name |
|---|---|
| Dancing Crab @ Wash Harbour | Tony & Joe's Seafood Place |

| Business Address | Mailing Address if different from business | Telephone Number |
|---|---|---|
| 3000 K St. N.W. | 3000 K St NW | (2) 944-4343 |

| Name of Legal Representative/ Registered Agent/Consultant | Address | Telephone Number |
|---|---|---|
| Nick Cibel | | |

ANSWER ALL QUESTIONS WITH INFORMATION WHICH OCCURRED SINCE THE LAST RENEWAL.

1. Have all managers for your establishment applied for or renewed their ABC manager's license? __ Yes __ No, If yes please attach copies.
a.) Have all managers completed an alcohol training education certification program conducted by a Board approved provider? ___ Yes ___ No If yes please attach copies of each certification.

2. Changes to business
Has there been a change in officers or ownership? ___ Yes  X No  If yes, please explain.

3. List the sole proprietor, all partners, officers, or managing members below. If anyone has a conviction other than a minor traffic violation indicate below. If yes attach the disposition of the conviction.

| Name | Title | Yes | No |
|---|---|---|---|
| Anthony B. Cibel | Managing Partner | | ✓ |
| Saul L. Magassey | Managing Partner | | ✓ |
| Rodger Weeks | Managing Partner | | ✓ |
| Gregory J. Casten | Managing Partner | | ✓ |

4. Have you entered into a voluntary agreement? ✓ Yes ___ No   On File.

5. List the hours of operation below.

| Days | Hours of Operation | Sales of Alcoholic Beverage | Hours for Live Entertainment, DJ or Karaoke |
|---|---|---|---|
| Sunday | From 10 AM To 2 AM | From 10 AM To 2 AM | From ___ To ___ |
| Monday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Tuesday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Wednesday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Thursday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Friday | From ___ To ___ | From ___ To ___ | From ___ To ___ |
| Saturday | From ___ To ___ | From ___ To ___ | From ___ To ___ |

PLAINTIFF'S EXHIBIT #2

**6. GENERAL QUESTIONS**

a) Do you operate a sidewalk café? ___ Yes ✓ No  If yes, please attach a current Certificate of Use and a copy of the ABC sidewalk permit
b) Do you operate a summer garden? ___ Yes ✓ No  If yes, please attach a copy of the ABC summer garden permit.
c) Do you offer entertainment? ✓ Yes ___ No  If yes, describe in detail the type of entertainment offered. _light Acoustic + recorded_

d) Do you have a dance floor? ___ Yes ✓ No  If yes, please advise as to the size of the dance floor.

**7. APPROPRIATENESS**

a) What effect will your establishment have on real property values? Give a detailed explanation. _None._

b) What effect will your establishment have on peace, order, and quiet, including noise and litter to the relevant locality, section or portion of the District of Columbia? Give a detailed explanation. _None._

c) What effect will your establishment have upon residential parking and vehicular and pedestrian parking? Give a detailed explanation. _None._

THE RENEWAL APPLICATION MUST BE SIGNED BY THE SOLE PROPRIETOR, ALL PARTNERS, PRESIDENT, VICE PRESIDENT, OR MANAGING MEMBER

Print Name: _Anthony B. Cibel_  Title: ___  Signature: _Anthony B. Cibel_  Date: ___
The foregoing was subscribed and sworn to before me on this _18_ day of _May, 2004_. My commission expires on _3/4/06_.
Notary Public

Print Name: _Gregory J. Casten_  Title: ___  Signature: _Gregory J. Casten_  Date: ___
The foregoing was subscribed and sworn to before me on this _18_ day of _May, 2004_. My commission expires on _3/4/06_.
Notary Public

Print Name: _Sasbassy Nayassey_  Title: ___  Signature: _Asbia L. Magsam_  Date: ___
The foregoing was subscribed and sworn to before me on this _18_ day of _May, 2004_. My commission expires on _3/4/06_.
Notary Public

Special Note

The District of Columbia will provide appropriate auxiliary services including sign language interpreters whenever necessary to ensure effective communication with members of the public who are deaf, hard hearing or who may have other disabilities affecting communication. Please contact the ADA coordinator at (202) 442-4423 for additional information.

ABRA rev. 03/24/04

ABRA 0026