```
 1   SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 2                   CRIMINAL DIVISION
 3   ------------------------------X
                                   :
 4   UNITED STATES OF AMERICA      :
                                   :
 5              v.                 : Criminal Action No.:
                                   :
 6   OLAYINKA ADEBOYEKU,           :   F-4460-04
                                   :
 7              Defendant.         :
                                   :
 8   ------------------------------x
 9                                 Washington, D.C.
                                   Wednesday, March 9, 2005
10
          The above-entitled action came on for a jury trial
11   before the HONORABLE THOMAS MOTLEY, Associate Judge, in
     Courtroom Number 221.
12
13        THIS TRANSCRIPT REPRESENTS THE PRODUCT
          OF AN OFFICIAL REPORTER, ENGAGED BY THE
14        COURT, WHO HAS PERSONALLY CERTIFIED THAT
          IT REPRESENTS THE RECORDS OF TESTIMONY
15        AND PROCEEDINGS OF THE CASE AS RECORDED.
16              APPEARANCES:
17              On behalf of the Government:
18              JONATHAN W. HARAY, Esquire
                Assistant United States Attorney
19              Washington, D.C.
20              On behalf of the Defendant:
21              REGINALD WILLIAMSON, Esquire
                Public Defender Service
22              Washington, D.C.
23
24
     KATHY E. JACKSON              Telephone (202) 879-1064
25   Official Court Reporter
```

426

Case No. 05cv1278(RCL)
Attachment NO. 10

```
 1   having been called as a witness by the defense, and having
 2   been first duly sworn by the Deputy Clerk, was examined and
 3   testified as follows:
 4            THE COURT:  Sir, can you tell us your name and
 5   could you spell your name as well?
 6            THE WITNESS:  Oluwatosin Adeboyeku.
 7   O-L-U-W-A-T-O-S-I-N is the first name.  A-D-E-B-O-Y-E-K-U,
 8   last name.
 9            THE COURT:  Counsel, you may proceed.
10                       DIRECT EXAMINATION
11   BY MR. WILLIAMSON::
12   Q.   Good morning, Mr. Adeboyeku.
13   A.   Good morning.
14   Q.   Sir, what do you do?
15   A.   I'm a sales manager for Nextel.
16   Q.   And where do you live, just city and state?
17   A.   Upper Marlboro, Maryland.
18   Q.   Sir, Mr. Adeboyeku, do you know a gentleman by the
19   name of Olayinka Adeboyeku?
20   A.   Yes, I do.
21   Q.   How do you know that gentleman?
22   A.   That's my brother.
23   Q.   Do you see him in the courtroom today?
24   A.   Yes.
25   Q.   Could you just point out an article of clothing
```

```
 1      Q.   How do you know Mr. John Cummings?
 2      A.   We also worked together in the summer of 2003.
 3      Q.   Now, when you were at Tony & Joe's, Mr. Adeboyeku,
 4   what was your title?
 5      A.   I was pretty much the supervisor for the door
 6   staff.
 7      Q.   And briefly --
 8           THE COURT:  Counsel, what was his title you asked
 9   him?
10           THE WITNESS:  Yes.
11           MR. WILLIAMSON:  Yes.
12           THE COURT:  What was his title?
13           MR. WILLIAMSON:  Supervisor for door staff.
14           THE WITNESS:  Supervisor, door staff.
15           BY MR. WILLIAMSON::
16      Q.   When you say "door staff," what do you mean?
17      A.   Basically for the doormen, the guys that are there
18   to protect the premises, make sure everyone gets out of
19   there safely, break up any fights, if anything like that
20   occurs.  People are drunk trying to come in, we have to use
21   our discretion to not let them come in and drink any more.
22      Q.   Now, turning your attention to the evening of,
23   well, the late night and early morning of June 26, 2004,
24   June 27, 2004, do you know where you were?
25      A.   Yes, I was at Tony & Joe's.
```

CERTIFICATE OF REPORTER

I, KATHY E. JACKSON, an Official Court Reporter for the Superior Court of the District of Columbia, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had and testimony adduced, upon the jury trial in the case of the **UNITED STATES OF AMERICA v. OLAYINKA ADEBOYEKU, Criminal Action No. F-4460-04** in said Court on the 9th day of March 2005.

I further certify that the foregoing 216 pages constitute the official transcript of said proceedings, as taken from said shorthand notes, my computer realtime display, together with the audio sync and tape recording of said proceedings.

In witness whereof, I have hereto subscribed my name, this 3rd day of July, 2006.

OFFICIAL COURT REPORTER

642