```
 1
 2              SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 3                           CRIMINAL DIVISION
 4      ---------------------------x
                                   :
 5      UNITED STATES OF AMERICA   :
                                   :
 6              v.                 :   Criminal Action No.:
                                   :
 7      OLAYINKA ADEBOYEKU,        :        F-4460-04
                                   :
 8              Defendant.         :
                                   :
 9      ---------------------------x
10                                     Washington, D.C.
                                       Thursday, March 10, 2005
11
             The jury trial in the above-entitled action was
12      resumed before the **HONORABLE THOMAS MOTLEY**, Associate Judge,
        in Courtroom Number 221.
13
14              THIS TRANSCRIPT REPRESENTS THE PRODUCT
                OF AN OFFICIAL REPORTER, ENGAGED BY THE
15              COURT, WHO HAS PERSONALLY CERTIFIED THAT
                IT REPRESENTS THE RECORDS OF TESTIMONY
16              AND PROCEEDINGS OF THE CASE AS RECORDED.

17                      APPEARANCES:

18                      (As previously noted)

19
20
21
22
23
24
25      KATHY E. JACKSON              Telephone (202) 879-1064
        Official court Reporter
```

Case No. 05cv1278(RCL)                                    1
ATTACHMENT NO. 12

the Defendant, having been called as a witness in his own behalf, and being first duly sworn by the Deputy Clerk, was examined and testified as follows:

    THE COURT: All right. For the record sir -- have a seat -- could you please state your name, and spell your last name please?

    THE WITNESS: My first name is Olayinka, O-L-A-Y-I-N-K-A; my last name is Adeboyeku, A-D-E-B-O-Y-E-K-U.

    THE COURT: Counsel, you may proceed.

    MR. WILLIAMSON: Thank you, sir.

                DIRECT EXAMINATION

BY MR. WILLIAMSON:

    Q    Mr. Adeboyeku, what type of name is "Olayinka Adeboyeku"?

    A    It's a Nigerian name.

    Q    Are you a U. S. citizen?

    A    Yes.

    Q    Now where do you live presently? And just give the city and state.

    A    Upper Marlboro, Maryland.

    Q    And on June 27, 2004, where did you live? Just the city and state.

    A    Chevy Chase, Maryland.

    Q    Now how old are you?

```
1      A     I'm currently 23 years old.
2      Q     And are you married or single?
3      A     Married.
4      Q     Now do you and your wife have any children?
5      A     No.
6      Q     Are you employed at this time, or do you attend
7   school?
8      A     No; I attend school.
9      Q     And where do you go to school?
10     A     I'm currently a full-time student at Bowie State
11  University.
12     Q     Have you obtained any degrees at this time?
13     A     Only my associate degree from Montgomery College.
14     Q     In what area?
15     A     General studies.
16     Q     Now what is your major at Bowie State?
17     A     I'm currently majoring in communications.
18     Q     And how long have you attended Bowie State?
19     A     Just for a year now.
20     Q     Are you involved in any extra curricula activities
21  at Bowie State University?
22     A     Yes, football.
23     Q     What position do you play?
24     A     Running back.
25     Q     Now have you ever worked at an establishment
```

5

```
 1    A    Yes.
 2    Q    Now what was your position at Tony & Joe's?
 3    A    I was a doorman/bouncer.
 4    Q    Did your position ever change over those summers?
 5    A    No.
 6    Q    And as a doorman, what were your duties?
 7    A    Our duties as doormen were to first keep the
 8  environment safe; also, check ID's, make sure there were no
 9  underage drinkers.  And also, at the end of the night, we
10  had to do a little bit of cleaning up.
11    Q    Now, when you worked at Tony & Joe's in the summer
12  months, what days of the week did you work?
13    A    I worked Thursday, Fridays, Saturdays and Sundays.
14  Sometimes I would switch between Mondays and Tuesdays.  But
15  usually, five days a week.
16    Q    And did Tony & Joe's ever call you to come in to
17  work when you were not scheduled?
18    A    Yes, plenty of times.
19    Q    Now describe, if you will, any customer complaints
20  that you had received or notified of by management --
21       MR. HARAY:  Objection, Your Honor.
22       THE COURT:  Sustained.
23       BY MR. WILLIAMSON:
24    Q    Now up until June 27, 2004 or the summer of 2004,
25  Mr. Adeboyeku, how often did you work at Tony & Joe's?
```

1  A  About five days a week.

2  Q  Were they the same, pretty much the same days as
3  you had named before?

4  A  Yes.

5  Q  Do you recall working on a Saturday, June 26, 2004
6  into Sunday June 27, 2004?

7  A  Yes.

8  Q  And were you scheduled to come in on that
9  Saturday, June 26th?

10  A  No.

11  Q  Explain how it is that you came to work on that
12  Friday, June 26, 2004 (sic.

13  A  I had originally taken that Saturday off.  I was
14  scheduled to work that Friday.  When it rains down at Tony &
15  Joe's -- it's an outside bar -- they don't really need any
16  doormen.  So since it rained that Friday, they didn't need
17  me.

18       So I called them on Saturday to ask them if I
19  could come in to make up for Friday.  They told me I could
20  come in and work.

21  Q  And what manager --
22       Did you speak to a manager?

23  A  Yes.

24  Q  What manager did you speak to in regard to working
25  on Saturday?

8

```
 1                CERTIFICATE OF REPORTER
 2         I, KATHY E. JACKSON, an Official Court
 3  Reporter for the Superior Court of the District of Columbia,
 4  do hereby certify that I reported by machine shorthand, in
 5  my official capacity, the proceedings had and testimony
 6  adduced, upon the jury trial in the case of the **UNITED
 7  STATES OF AMERICA v. OLAYINKA ADEBOYEKU**, *Criminal Action
 8  No. F-4460-04* in said Court on the 10th day of March 2005.
 9         I further certify that the foregoing 119 pages
10  constitute the official transcript of excerpts of said
11  proceedings, as taken from said shorthand notes, my
12  computer realtime display, together with the audio sync and
13  tape recording of said proceedings.
14         In witness whereof, I have hereto subscribed
15  my name, this 31st day of May 2006.
16
17                        _____
                               OFFICIAL COURT REPORTER
18
19
20
21
22
23
24
25
```