# Door Staff Manual

**Uniform-**  Khaki shorts or pants
Shirt provided
No hats or headbands
Any shoes

**Schedule-**  The schedule will be posted on the blue schedule board in the back of the house. The schedule will be posted at least two days in advance for the following week. All Door Staff are responsible for knowing their schedule. If a situation arises and you are not able to work a scheduled shift for any reason, **YOU** are responsible for covering that shift and notifying a manager.

**Job Duties-**  Tony & Joe's is proud of it's reputation as a casual up-scale Restaurant and Bar and is dedicated to keeping that reputation. In the past we have been very successful in doing that. It is important to understand that our patrons visit our establishment to enjoy fine dining and drinks in a relaxing and stress free atmosphere. Your job is to ensure that they receive just that. Your first and most important job is to ensure safety to these patrons.

On occasion, certain patrons will be asked to leave the premises for one reason or another, unless you feel a patron is in danger, a manager must be present when making that decision. If however, you feel that a certain patron is causing danger to yourself or others you may ask such an individual to leave the premises. Never, use force to escort individuals off the property unless authorized by a manager or are in immediate danger your self. If for any reason you feel that force is necessary, for the safety of our staff and the patrons, you are required to inform a manager and at least one other doorman.

Underage drinking remains a large problem for establishments in the Metropolitan area. Tony & Joe's is as proactive as they come. We work closely with Law Enforcement in the battle to prevent it. Tony & Joe's is proud of the relationship it has built with the D.C. Police Department, The U.S. Park Police, and The D.C. Harbor Patrol Division. These are trained professionals, and whenever possible we want to allow them to handle situations. It is safer, smarter, and easier. If you have any questions regarding a patron's identification, contact a manager or one of the above Law Enforcement Officers. Do not confiscate the Identification unless authorized by a manager.

Very rarely fights occur. Tony & Joe's has a zero tolerance policy towards fights, pushing matches, and threats. If a fight breaks out, all parties involved are escorted off the property, preferably in different directions. And are not allowed back in, under any circumstances. Always call for back-up, never assume you can handle a situation alone. There is safety in numbers. While working, you are a team. It is important to maintain that mentality and to honor it. Any member of the staff who is not a team member will be let go.

**Closing-** At the end of the evening, we have a very basic yet competent system for last call, and clearing the patrons out. You will learn this system, and it is important that you follow it to a tee. After the patrons have left, you are responsible for gathering all trash cans and bringing them inside, as well as stacking chairs in the bar areas. You will also be asked to help stock beer at the main bar. On occasion you will be asked to provide a safe escort to staff members walking to their cars, we expect that you do so.

**Payroll-** When you arrive, you must be dressed and ready to work before you clock in. At the end of the shift you will clock out. You will be paid every two weeks on Thursday after 4 P.M. You will not be paid until you have completed all paperwork and provide two forms of I.D.'s.

**Meals-** As an employee working a seven hour shift or more you are entitled to a thirty minute meal break. You are to order this meal from the inside main bartenders. Certain items on the menu are discountable for employees. Don't assume that your meal is discountable, ASK FIRST!! You are responsible for paying your meal check at the time you order it. All employees eating on break are to eat at the side bar in the lounge. No Exceptions to this rule, regardless of how busy the Restaurant may be.

**Drinks-** Door Staff are allowed one shift drink at the end of their shift. Do not ask bartenders or managers for drinks during your shift, this will result in immediate termination. No Exceptions!!