UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE             :
    Plaintiff                :
vs.                          :  Case No.: 1:05CV01278
                             :
THE DANCING CRAB AT WASHINGTON HARBOUR, :
LP, ET AL.                   :  JUDGE ROYCE C. LAMBERTH
                             :
    Defendants.              :

## RESPONSE TO REQUEST FOR ADMISSIONS

The Defendant, DEAN A. CIBEL, by and through his counsel, Richard R. Page Wyrough, and Cain & Wyrough, PC in answer to Plaintiff's request for admissions states as follows:

1) Cibel was employed by the Dancing Crab at Washington Harbor, L.P. as a manager during the period June 1, 2004 through July 30, 2004.

Admitted.

2) Cibel was working as a manager at the facilities of the Dancing Crab at Washington Harbor, L.P. located at 3000 K Street, N.W., Washington, D.C. on June 26-27, 2004.

Admitted.

3) Cibel was working as a manager at the facilities of the Dancing Crab at Washington Harbor, L.P. located at 3000 K Street, N.W., Washington, D.C. on June 19-20, 2004.

Admitted.

4) Cibel was present at the facilities of the Dancing Crab at Washington Harbor, L.P. located at 3000 K Street, N.W., Washington, D.C. at approximately 11:00 a.m. to approximately 3:00 p.m. on June 20, 2004.

Admitted.

5) Cibel's duties and responsibilities as a manager included the supervision of the activities of the employees of the Dancing Crab at Washington Harbor, L.P. during the times that Cibel was working as a manager.

Admitted in part and denied in part. Cibel did not have the general responsibility to supervise

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

Case No. 05cv1278(RCL)
ATTACHMENT NO. 14

Admitted only in the sense that Wood was not a manager and as a doormen was lower from an organizational standpoint than a manager.

19) That Olayinka Adeboyeku was employed by the Dancing Crab at Washington Harbor, L.P. during the period June 1, 2004 through June 27, 2004.

Admitted.

20) That Olayinka Adeboyeku was subordinate to Cibel during Adeboyeku's employment between June 1, 2004 and June 27, 2004.

Admitted only in the sense that Adeboyeku was not a manager and as a doormen was lower from an organizational standpoint than a manager.

21) That Olayinka Adeboyeku was subject to the standards of conduct established by the Dancing Crab at Washington Harbor, L.P. as applicable to individuals employed as doormen and bouncers.

Admitted.

22) That Anthony B. Wood was subject to the standards of conduct established by the Dancing Crab at Washington Harbor, L.P. as applicable to individuals employed as doormen and bouncers.

Admitted.

23) That Cibel had the authority to discipline individuals employed by the Dancing Crab at Washington Harbor, L.P. during the period June 1, 2004 through July 31, 2004.

Admitted only insofar as Cibel had the authority to discipline employees who worked in Cibel's section.

24) That Cibel has the authority to terminate the employment of any individual employed by the Dancing Crab at Washington Harbor, L.P. which employee was subordinate to Cibel.

Denied.

25) That Cibel had the management authority to discipline, including termination of employment of, Olayinka Adeboyeku.

Denied.

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

4

73) That Oluwatosin Adeboyeku and Olayinka Adeboyeku were not subjected to the same employee standards of conduct as other individuals employed as bouncers and doormen at the Dancing Crab at Washington Harbor, L.P. during the course of their employment in 2004.

Denied.

74) That Anthony B. Wood was not subjected to the same employee standards of conduct as other individuals employed as bouncers and doormen at the Dancing Crab at Washington Harbor, L.P. during the course of their employment in 2004.

Denied.

75) That Anthony B. Wood was not disciplined by the Dancing Crab at Washington Harbor, L.P. as a result of his arrest on June 27, 2004 for the assault on plaintiff.

Cibel admits Anthony B. Wood was not disciplined. The balance of the request is denied.

76) That Plaintiff was hospitalized on June 27, 2004 as a direct result of the assault which occurred on June 27, 2004 and for which the Metropolitan Police Department charged Anthony B. Wood and Olayinka Adeboyeku.

Denied.

Respectfully submitted,
CAIN & WYROUGH, P.C.

/s/
RICHARD R. PAGE WYROUGH, #02821
15051 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  26th day of January, 2006, a notice of service was filed electronically in this case and a copy of the foregoing was electronically mailed and mailed to:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

12