```
                                                              1
 1           UNITED STATES DISTRICT COURT FOR
 2              THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - x
     JONATHAN W. RUDE,              :
 4                  Plaintiff,      :
     vs.                            :   Case No.
 5                                  :   1:05cv1278RCL
     DANCING CRAB @ WASHINGTON      :
 6   HARBOUR, et al.,               :
                    Defendants.     :
 7   - - - - - - - - - - - - - - - x
 8                         Vienna, Virginia
 9                         Thursday, June 22, 2006
10
11        Deposition of ROBERT PUZIO, a witness,
12   called for examination by counsel for plaintiff,
13   pursuant to notice, at the offices of L.A.D.
14   Reporting Services, 8484 Westpark Drive, Suite
15   110, McLean, Virginia  22102, before Sandria L.
16   Cox, a notary public in and for the Commonwealth
17   of Virginia, beginning at 10:00 o'clock a.m.,
18   when were present on behalf of the respective
19   parties:
20
21   Job No.: 4-81128
22   Pages: 1-102
```

ORIGINAL



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

Case No. 05cv1278(RCL)
ATTACHMENT NO. 15

hington, D.C. 20036
202.861.3425
eporting.com
reenbelt, MD • McLean, VA

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

40

1  Q. What was that uniform?
2  A. I can't remember the colors because
3 we shifted. We used to be yellow and now we're
4 blue.
5  Q. When you say yellow and now blue,
6 what?
7  A. Those were the colors of the shirt
8 they would wear with khaki pants.
9  Q. Okay. Did Tosin wear a yellow shirt?
10  A  Yes.
11  Q. Was he also permitted to wear other
12 clothing?
13  A. I only saw him in yellow.
14  Q. Let me ask you this, Mr. Puzio. When
15 you were making cash payments to these
16 individuals, what were the procedures that you
17 followed to make these cash payments?
18  A. Basically we would have slips we
19 would fill out. Fill out a slip and sign my
20 name that it's all counted and I would have to
21 put it in an envelope for Greg, and when their
22 shift was over with, I would pay them. Once I

41

1  pay them, they're done.
2      Q.   So it would be a small manila
3  envelope?
4      A    Yes.
5      Q.   A money envelope.
6           What is a pay-out slip?
7      A.   It's just a form that keeps a record.
8      Q.   Now, where did you get the cash to
9  put in these envelopes?
10     A.   I would take it from our outside bar.
11     Q.   From the cash register?
12     A.   Because once they were closed, they
13 were all done.  From the banning, from the money
14 stock.
15     Q.   Let's see if we can clarify just a
16 little bit.  After you closed and you removed
17 the money from the cash registers, what would
18 you do then?
19     A.   I don't know where you are trying to
20 go.
21     Q.   Where did you go with the money?
22     A.   Into the office.

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

42

1    Q.   You went into the office.  These
2  envelopes were then prepared in the office after
3  you closed?
4    A.   After they were still cleaning up
5  outside, I would pull it out and do it all.
6    Q.   And you would pull it out of the cash
7  that you had taken from the cash registers?
8    A    Yes.
9    Q.   And then for each instance that you
10 pay someone, you would put a pay-out slip in the
11 record for the night's receipts?
12   A.   Uh-huh.
13        MR. WYROUGH:  Answer "yes" or "no."
14   A    Yes.
15        BY MR. RUDE:
16   Q.   What was Tony Wood's job title?
17   A.   Doorman.
18   Q.   Do you know who hired Tony Wood?
19        MR. WYROUGH:  Asked and answered.  Go
20 ahead.
21   A.   No.
22   Q.   Were you ever aware the fact that Mr.

DEPOSITION OF ROBERT PUZIO
CONDUCTED ON THURSDAY, JUNE 22, 2006

102

1   CERTIFICATE OF NOTARY PUBLIC/REPORTER
2       I, Sandria L. Cox, the officer before whom
3   the foregoing proceedings were taken, do hereby
4   certify that the witness whose testimony appears
5   in the foregoing deposition was duly sworn by
6   me; that the testimony of said witness was taken
7   by me in stenotype and thereafter reduced to
8   transcript form under my direction; that said
9   deposition is a true record of the testimony
10  given by said witness; that I am neither counsel
11  for, related to, nor employed by any of the
12  parties to the action in which these deposition
13  was taken; and further, that I am not a relative
14  or employee of any attorney or counsel employed
15  by the parties hereto, nor financially or
16  otherwise interested in the outcome of the
17  action.
18      Given under my hand this 7th day of July,
19  2006.
20          *Sandria Cox*
21      Sandria L. Cox, Notary Public
22      Commonwealth of Virginia.