```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA

 3   --------------------------------X

 4   JONATHAN W. RUDE,                )   ORIGINAL

 5              Plaintiff,             )

 6        -vs-                         )   Case No.:

 7   DANCING CRAB AT WASHINGTON        )   1:05cv1278

 8   HARBOUR, LP, et al.,              )

 9              Defendants.            )

10   --------------------------------X

11            Deposition of ANTHONY WOOD

12                  McLean, Virginia

13              Tuesday, July 11, 2006

14                     2:12 p.m.

15   Job No.:  4-81130

16   Pages: 1 - 111

17   Reported by:  T. R. Hollister
```



Case No. 05cv1278(RCL)
ATTACHMENT NO. 16

L.A.D. REPORTING &
DIGITAL VIDEOGRAPHY

on, D.C. 20036
861.3425
ting.com

Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1  never used an A/K/A?
2      A   No, sir.  Because you can't get bail if you
3  use an alias.
4      MR. RUDE:  Mr. Wyrough?
5      MR. WYROUGH:  I've got questions.
6      EXAMINATION BY COUNSEL FOR THE DANCING CRAB
7  BY MR. WYROUGH:
8      Q   Before the fight occurred, had you already --
9  had you been paid cash?
10     A   Before the fight occurred?
11     Q   Yes, sir.  The night that you went chasing
12 Yinka out on K Street, had you been paid?
13     A   No, I didn't get paid that night because I
14 ran out chasing him.  I think I got paid after I got out
15 of jail.
16     Q   Do you know if Yinka had been paid?
17     A   I don't think any of us got paid.  He never
18 came inside to get it because he was outside, you know.
19     Q   You testified earlier that your shirts were
20 off.  What do you mean by the fact your shirts were off?
21     A   Our shirts were off, the polo, the Tony and
22 Joe's shirts were off.  We were done for evening.  We