DEPOSITION OF GREGORY CARTEN
CONDUCTED ON WEDNESDAY, JULY 19, 2006
Case 1:05-cv-01278-RCL   Document 45-14   Filed 10/24/2006   Page 1 of 11

21 (Pages 81 to 84)

**Page 81**

1  Mr. Casten?
2  A  Yes.
3  Q  All right. Do you see that? Who is in
4  charge of Tony & Joe's restaurant as per that
5  paragraph?
6  A  Tosin as per this paragraph.
7  Q  Yeah. Now, if you want look at the bottom,
8  what officer issued this document?
9  A  Looks like Glen Luckett.
10  Q  Do you have any --
11      MR. WYROUGH: Wait a minute. Hold on a
12  second. The document at the top indicates that it was
13  issued by the U.S. Attorney's Office and signed by
14  Luckett.
15      Don't speculate, Mr. Casten. That's
16  number one. Number two, the document speaks for
17  itself.
18      Go ahead.
19  BY MR. RUDE:
20  Q  Would you have any idea why Glen Luckett
21  would be of the belief that Tosin was in charge of
22  Tony & Joe's restaurant?

**Page 82**

1      MR. WYROUGH: First of all, it doesn't
2  indicate that Glen Luckett is the one who has that
3  belief or is the one who prepared or typed paragraph
4  Number 3.
5      Go ahead.
6  A  I wouldn't.
7  BY MR. RUDE:
8  Q  Do you have any idea?
9  A  I have no idea why he would be. I know that
10  I have seen the D.C. police make reports that are not
11  necessarily accurate. And, in fact, I have had
12  experience with that. So --
13  Q  That's fine. Thank you very much.
14      I'd like to talk a little bit about the
15  June 2004 and your procedures for making cash
16  payments.
17      You were present at the deposition of Robert
18  Puzio, weren't you?
19  A  Yes.
20  Q  Do you remember Puzio indicating that every
21  time he made a cash payment, he would do a pay-out
22  slip?

**Page 83**

1  A  Yes.
2  Q  Okay. Isn't that part of the established
3  procedure Tony & Joe's?
4  A  Yes.
5  Q  I'm going to mark three exhibits here.
6      (Plaintiff's Exhibit Numbers 21, 22, and
7  23 were marked for identification and attached to
8  the transcript.)
9  BY MR. RUDE:
10  Q  This will be 21, 22, and 23.
11      We're going to take these one at a time in a
12  moment here.
13      But first of all, can you tell us what these
14  documents are.
15  A  Looks like the daily -- part of the daily
16  checkouts for Tony & Joe's.
17  Q  When you say daily checkout, can you
18  expanded on what the daily checkout is?
19  A  Recurrence of the events of the prior
20  evening. You know, the checks that were rung up and
21  the deposit.
22  Q  Now, I'm going to -- let's take Exhibit 21.

**Page 84**

1  I'm going to ask you a few questions about some of the
2  entries on this document.
3      Looking at the top here, it says end of
4  night.
5      When is this financial report run?
6  A  At the end of the night after the close and
7  after the kitchen staff is done cleaning up and the
8  dishwashers are out the door. And then the manager
9  should come back in and run the reports.
10  Q  And looking in the upper right-hand corner
11  here it says, Daily reset 2090, June 25, '04, 2:21.
12      Is that 2:21 a.m.?
13  A  Could be.
14  Q  Or is that 2:21 p.m.?
15  A  You know, we don't use that component in
16  this report in any capacity whatsoever. So I would
17  assume that would be 2:21 a.m. on the night of the
18  June 25th and that this report is for to the 25th.
19      I mean, that's 2:21 a.m. of the 26th. But
20  the report actually shows the activity for the day of
21  to 25th.
22  Q  Now, I'd like to direct your attention to an

85

1  entry right in the middle there were it says, As of
2  June 26th, '04, 2:10.
3      So to distinguish these reports, this would
4  be a report that was for the business activity of June
5  25th printed out as of June 26th, '04 at 2:10 a.m.?
6   A   Right.
7   Q   Okay. Let's go to Exhibit 22.
8      Do you have that in front of you, sir?
9   A   I do.
10  Q   Turning to Page 2. Would that system
11 financial report be interpreted in the same manner as
12 Exhibit 21?
13  A   Yes, I guess.
14  Q   Going to Exhibit 23, again, looking at Page
15 1.
16     We are also then interpreting this printout
17 in the same manner as Exhibit 21?
18  A   Yes.
19  Q   All right. What's the physical year for
20 Tony & Joe's Seafood Place?
21  A   Calendar year, the fiscal year, yeah,
22 calendar year.

86

1   Q   I'm going to direct your attention to
2  Exhibit 23.
3   A   Yes.
4   Q   First section where it says, Grand total.
5      Do you see that?
6   A   Yes.
7   Q   Is that reflective of your sales for that
8  employee?
9   A   No.
10  Q   What that, sir?
11  A   I have no idea.
12  Q   Who would know this?
13  A   I don't know. I guess Micros, the people
14 that sold the register system to us. We had some real
15 trouble getting this thing to operate right. It's a
16 UNIX-based system as opposed to Microsoft Office.
17     So our comprehension of how to manipulate
18 the reports to give us the information that we wanted
19 was not so successful.
20  Q   Going back Mr. Puzio's deposition.
21     Do you recall he said that he paid Tosin,
22 Tony Wood, and Yinka in cash?

87

1   A   Yes.
2   Q   Do you know how much Tosin was paid on
3  June 25th?
4   A   Not specifically, but probably -- my
5  recollection is that used to get between 100 and a
6  $150 a night depending on the night of the week and
7  how many hours they worked.
8   Q   I'm going to ask you to take a look at
9  Exhibit 21.
10     Are there any pay-out slips attached to this
11 exhibit?
12  A   I don't see any.
13  Q   What about June 26th?
14  A   I don't see any.
15  Q   Going to Exhibit 23, are there any pay-out
16 slips attached there?
17  A   There is one for the band.
18  Q   Is there a pay-out slip for Tony Wood?
19  A   No, there's not a pay-out slip for anybody
20 but the band.
21  Q   There's no pay-out slip for Yinka?
22  A   Correct.

88

1   Q   No pay-out slip for Tosin?
2   A   Correct.
3   Q   Going to Chuck Moran's summary statement
4  that he prepared for you sometime after June 27th of
5  2002.
6      Did you discuss that with him at all?
7   A   Discuss the --
8   Q   His summary.
9   A   Yes, probably.
10  Q   Did he identify for you what information he
11 got from what managers?
12  A   Possibly. I don't recall.
13  Q   I'm going to hand you a document. And this
14 was received by my office on June 12th of 2004. And
15 this is represented as the financial system records
16 for June of 2004 for Tony & Joe's.
17     And I'm going to ask you if you recognize
18 these documents?
19  A   It looks very much like our financial sales
20 reports for the month of June 2004.
21  Q   I'm going to ask you to compare Exhibit 21,
22 22, and 23 to the contents of that file.

```
END OF NIGHT 1              TONY AND JOE'S SEAFOOD PLACE    999998  O NOT REMOVE         Page  1
                               System Financial Report                              JUN26'04  2:11

Examine                        As-of JUN26'04  2:10             DAILY Reset 2090 JUN25'04  2:21

Net Sales Total                       26,958.54    Checks:
Service Charges          260           3,926.07       Carried Over           0           0.00
Tax Collected                          2,692.33       Begun                646      33,576.94
   Total Revenue                      33,576.94       Paid                 646      33,576.94
                                                      Outstanding            0           0.00
Discounts                 18             127.50-
Returns                    0               0.00
Void Control Total        13             227.92-
Credit                                    38.89-
   Change In Grand Total              33,971.25    Cancel Total             59         331.01
Grand Total                       38,867,213.54    Error Correct Total      97         832.04
Training Total                        10,133.70


                    Net Sales Total      # Guests    $/Guest Average  # Checks   $/Check Average
                    ---------------      --------    ---------------  --------   ---------------
RESTAURANT             20,831.62   77.27%      668            31.19        265             78.61
BAR                     6,126.92   22.73%        0             0.00        379             16.17
Total                  26,958.54

# Tables / $ Average         200       134.79
# Turns  / $ Average         171       157.65
Turns / Table                            0.86
Table Dining Time                      205:14
Average Turn Time                        1:12


CASH            343     6738.53   FOOD         2261   18253.92   CHARGE TIP       238    2736.75
- TIPS PAID      21     3926.07   LIQUOR        690    4143.41   AUTO GRAT.        22    1189.32
                                  BEER         633    2713.43   NON-REV CR C       0       0.00
NET CASH        322     2812.46   WINE          216    1857.50   17 % GRAT.         0       0.00
                                  TTL BEVERAGE 1539    8714.34   ------------
AMEX             45     3780.95   RETAIL         26     117.78   TTL SRV CHG      260    3926.07
VISA            169    11669.15   ------------                   ------------
MASTER CARD      62     8407.65   TTL FOOD/BEV 3826   27086.04   FOOD QUALITY      11     169.92-
DINERS            2      125.69   ------------                   SERV.MISTAKE       2      58.00-
DISCOVER          0        0.00   50% DISC       18     127.50-  CUST.MISTAKE       0       0.00
JCB               0        0.00   MGR COMP100%    0       0.00
HOUSE CARD        2     2547.71   AMX PROMO15%    0       0.00
------------                      ------------
TTL CARDS       280    26531.15   TTL DISCNTS    18     127.50-
------------                      ------------
MANAGER COMP     13      307.26
GRAT. COMP        0        0.00
GIFT C.RDM        0        0.00
------------
TTL OTHERS       13      307.26
------------

------------
TTL TENDERS     615    29650.87
------------
```

PLAINTIFF'S EXHIBIT P21

```
                    75.00
                     9.0
         3         607.50
                     9.5
         4         570.00
                     8.0
         5         451.25
                     2.9
         6         210.25
                     1.4
         7         112.00
                     1
         8           7.50
                    68.1
                 3,738.75  TL

                 3,738.75  CA
                     0
                     0.00  CH1
                    25.4
                 3,738.75  SI

                     2
            M      12.25

                    25.4
                 3,738.75  M1

                 #1 #
                    25.4
                 3,738.75

            IS       98
                  #49.75
                  00·28
```

**DEPOSIT TICKET**
FOR CLEAR COPY, PRESS FIRMLY

THE DANCING CRAB AT WASH. HARBOR
TONY & JOES SEAFOOD PLACE
PH: 202-944-4545
3000 K ST. NW
WASHINGTON, DC 20007

DATE _____

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 1457 | 00 |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL | | |

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

BB&T
BRANCH BANKING AND TRUST COMPANY
WASHINGTON, DISTRICT OF COLUMBIA

15-154/540
12201

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

⑊054001547⑊ 516 206 1064⑊

$ 1657.00

13

PLAINTIFF'S EXHIBIT 622

```
END OF NIGHT 1                         TONY AND JOE'S SEAFOOD PLACE      999998  O NOT REMOVE              Page   1
                                       System Financial Report
                                                                                              JUN27'04   2:40
Examine                                As-of JUN27'04  2:40
                                                                           DAILY Reset 2091 JUN26'04  2:11

Net Sales Total                  50,545.60     Checks:
Service Charges           467     6,514.20         Carried Over                  0              0.00
Tax Collected                     5,054.99         Begun                      1055         62,114.79
    Total Revenue                62,114.79         Paid                       1055         62,114.79
                                                   Outstanding                   0              0.00
Discounts                  14        81.63-
Returns                     0         0.00
Void Control Total         84     1,279.39-
Credit                               95.04-
    Change In Grand Total        63,568.87     Cancel Total                   154            173.57
Grand Total                  38,930,781.41     Error Correct Total            178          2,036.54
Training Total                   19,131.70


                     Net Sales Total      # Guests    $/Guest Average   # Checks    $/Check Average

RESTAURANT           42,832.19  84.74%      1523          28.12            549          78.02
BAR                   7,713.41  15.26%         0           0.00            497          15.52
Total                50,545.60


# Tables / $ Average       200        252.73
# Turns / $ Average        389        129.94
Turns / Table                            1.95
Table Dining Time                      492.38
Average Turn Time                        1:16


CASH         541    16909.03   FOOD       4985   37466.47   CHARGE TIP      441    5297.22
- TIPS PAID   22     6514.20   LIQUOR      926    5590.19   AUTO GRAT.       26    1216.96
                               BEER       1061    4555.75   NON-REV CR C      0       0.00
NET CASH     519    10394.83   WINE        249    2815.50   17 % GRAT.        0       0.00
                               TTL BEVERAGE 2236 12961.44
AMEX          86     8016.84   RETAIL       44     199.32   TTL SRV CHG     467    6514.20
VISA         306    22981.95
MASTER CARD  130    10896.78   TTL FOOD/BEV 7265 50627.23   FOOD QUALITY     47     473.44-
DINERS         1      127.55                                SERV.MISTAKE     29     288.26-
DISCOVER       9     1028.78               14      81.63-   CUST.MISTAKE      8     516.69-
JCB            0        0.00   MGR COMP100%  0       0.00
HOUSE CARD     4     1627.00   AMX PROMO15%  0       0.00

TTL CARDS    536    44678.90   TTL DISCNTS 14      81.63-

MANAGER COMP  12      526.86
GRAT. COMP     0        0.00
GIFT C.RDM     0        0.00

TL OTHERS     12      526.86


TL TENDERS  1067    55600.59
```

```
  16                    2
 4    9600          6    210.25            2    17500
 5    25.50              28                     20
      8             7    22400           3    12628
 7    6400              52                      9
      106           8    89270           4    5400
     59225 R            1667                    0
                        946907 R         5    4300
     59225 0                                    12
       0                946907 S         7    9600
     0.00  #1             0                     89
       47               0.00  #1              51578 R
     59225 S             622
                        946907 S              51578 0
                                                0
       47                 4                   0.00 #1
     59225 #1         0    7450                41
                                              51578 S
     #1#                  622
       47               946907 #1
     59225                                      41
                        #1#                  51578 #1
 6      18               622
     #5247              946907                #1#
     16·00                                      41
                     6    1.39                51578
                       #5777
                       03·54               8      44
                                             #5087
 YOUR RECEIPT                                00·15
 THANK YOU
                     YOUR RECEIPT
   06 26 04          THANK YOU
                                           YOUR RECEIPT
                       06 27 04            THANK YOU

                                             06 27 04
```

```
END OF NIGHT 1                          TONY AND JOE'S SEAFOOD PLACE      999998  O NOT REMOVE              Page  1
                                            System Financial Report                                         JUN28'04  1:51

                                        As-of JUN28'04  1:51                    DAILY Reset 2092 JUN27'04  2:40

Net Sales Total                  42,153.99         Checks:
Service Charges         424       5,767.88           Carried Over            0          0.00
Tax Collected                     4,215.59           Begun                 690      52,137.46
  Total Revenue                  52,137.46           Paid                  690      52,137.46
                                                     Outstanding             0          0.00
Discounts                17         159.06-
Returns                   0           0.00
Void Control Total       74         455.01-
Credit                               58.73-
  Change In Grand Total          52,810.26         Cancel Total            205        446.53
Grand Total                  38,983,593.67         Error Correct Total     144      1,222.84
Training Total                   10,133.70


                 Net Sales Total        # Guests    $/Guest Average   # Checks    $/Check Average

RESTAURANT           40,453.86    95.97%    1478         27.37          568            71.22
BAR                   1,700.13     4.03%       0          0.00          119            14.29
Total                42,153.99


# Tables / $ Average       200         210.77
# Turns / $ Average        430          98.03
Turns / Table                            2.15
    Dining Time                        555:47
Average Turn Time                        1:18


CASH            253    10149.99   FOOD          4606    35951.44   CHARGE TIP      389    4643.34
- TIPS PAID      24     5767.88   LIQUOR         411     2572.59   AUTO GRAT.       35    1124.54
                                  BEER          493     2170.53   NON-REV CR C      0       0.00
NET CASH        229     4382.11   WINE          153     1469.00   17 % GRAT.        0       0.00
                                  TTL BEVERAGE 1057     6212.12
AMEX             77     8120.63   RETAIL          33      149.49   TTL SRV CHG    424    5767.88
VISA            281    21918.26
MASTER CARD      93     8747.53   TTL FOOD/BEV  5696    42313.05   FOOD QUALITY    41     294.14-
DINERS            0        0.00                                    SERV.MISTAKE     8      40.09-
DISCOVER         11      933.67   50% DISC         17     159.06-  CUST.MISTAKE    25     120.78-
JCB               0        0.00   MGR COMP100%      0       0.00
HOUSE CARD        2     1854.35   AMX PROMO15%      0       0.00

TTL CARDS       464    41574.44   TTL DISCNTS      17     159.06-

MANAGER COMP      8      413.03
GRAT. COMP        0        0.00
GIFT C.RDM        0        0.00

TTL OTHERS        8      413.03


T   NDERS      701    46369.58
```

PLAINTIFF'S EXHIBIT #23

```
END OF NIGHT 1                         TONY AND JOE'S SEAFOOD PLACE      999998  O NOT REMOVE           Page  1
                                         System Tax Summary Report                                JUN28'04  1:51
----------------------------------------------------------------------------------------------------------------
  ne                                        As-of JUN28'04  1:51                  DAILY Reset 2092 JUN27'04  2:40

NON-TAXABLE SLS              0.00


                    Taxable Sales    Tax Collected    Tax Exempt Sls
                    ---------------  ---------------  ---------------
10% TAX TABLE           42,153.99         4,215.59             0.00
5.75% TAX TABLE              0.00             0.00             0.00
================================================================================================================
```

# PAYOUT SLIP

TO: _____ DVD _____

FOR: _____ MUSIC _____

AMOUNT: _____ $301.00 _____

DATE: __7/4__ MANAGERS INITALS: _____

SIGNATURE RECEIVING: _____(signature)_____

MANAGER APPROVAL: _____

```
         1 2.6
  2      78000
          4.6
  3      310.50
         11.1
  4      66600
          1.4
  5       9875
          1.3
  6       9425
          3.8
  7      30400
           2
  8        500
          50.5
        2821.00  ‖

        2821.00  ⁜
           0
          0.00   ⁜1
         17.7
        2821.00  ⁜

           1
   ⁜      500

         17.7
        2821.00  ⁜1

     #1#
         17.7
        2821.00

   ß      1.17
       #61.87
       00·13
```

**YOUR RECEIPT**
**THANK YOU**

06 28 04