1

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x

JONATHAN W. RUDE,                :

    Plaintiff,               :

vs.                              :  Case No.

                                 :  1:05cv1278RCL

DANCING CRAB @ WASHINGTON        :

HARBOUR, et al.,                 :

    Defendants.              :

- - - - - - - - - - - - - - - - x

ORIGINAL

Vienna, Virginia

Thursday, June 22, 2006

Deposition of CHARLES MORAN, a witness, called for examination by counsel for plaintiff, pursuant to notice, at the offices of L.A.D. Reporting Services, 8484 Westpark Drive, Suite 110, McLean, Virginia  22102, before Sandria L. Cox, a notary public in and for the Commonwealth of Virginia, beginning at 1:30 p.m., when were present on behalf of the respective parties:

Job No.: 4-81128

Pages: 1-36



Case No. 05cv1278(RCL
ATTACHMENT NO. 18

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

n, D.C. 20036
51.3425
ng.com
lt, MD • McLean, VA

DEPOSITION OF CHARLES MORAN
CONDUCTED ON THURSDAY, JUNE 22, 2006

22

1  You were clearing the outside bar?
2      A.   Yes.
3      Q.   Clearing it of what?
4      A.   People that were hanging out; making
5  sure that the bartenders had gotten inside with
6  the cash, and just making sure there was no one
7  lingering around.
8      Q.   What did you do then, Mr. Moran?
9      A.   I believe I started to walk inside.
10     Q.   When you walked inside the main bar,
11 were there people in there?
12     A.   I mean, I specifically remember John
13 Rude and the managers being in there.  But I
14 don't remember how many people were in there.
15          There were no customers in there.  If
16 they were, they were closing tabs and leaving.
17     Q.   When you were in the main bar were
18 you able to observe Yinka?
19     A.   When I was in the main bar at the
20 door staff meeting, I did see Yinka outside.
21     Q.   What was he doing?
22     A.   He looked like he was upset at that

DEPOSITION OF CHARLES MORAN
CONDUCTED ON THURSDAY, JUNE 22, 2006

23

1  point.
2      Q.  What was he doing?
3      A.  He was kind of walking back and
4  forth, kind of flailing his arms a little bit,
5  talking with Tony Wood and Tosin.
6      Q.  Was he pounding his fists together?
7      A.  I don't remember.  I remember just
8  arms flailing.  I don't remember exactly the
9  motions.
10     Q.  There was a door staff meeting going
11 on inside the main bar?
12     A.  Yes, sir.
13     Q.  Who was conducting that meeting?
14     A.  It would have been Rob Puzio.
15     Q.  Do you recall how many people were
16 present at this door staff meeting?
17     A.  I don't remember the exact number.
18     Q.  Would it have been several people?
19     A.  It would have been all of the doormen
20 that were on duty that night that hadn't been
21 there on Friday night for the Friday night
22 meeting.

DEPOSITION OF CHARLES MORAN
CONDUCTED ON THURSDAY, JUNE 22, 2006

36

1   CERTIFICATE OF NOTARY PUBLIC/REPORTER
2   I, Sandria L. Cox, the officer before whom
3   the foregoing proceedings were taken, do hereby
4   certify that the witness whose testimony appears
5   in the foregoing deposition was duly sworn by
6   me; that the testimony of said witness was taken
7   by me in stenotype and thereafter reduced to
8   transcript form under my direction; that said
9   deposition is a true record of the testimony
10  given by said witness; that I am neither counsel
11  for, related to, nor employed by any of the
12  parties to the action in which these deposition
13  was taken; and further, that I am not a relative
14  or employee of any attorney or counsel employed
15  by the parties hereto, nor financially or
16  otherwise interested in the outcome of the
17  action.
18      Given under my hand this 7th day of July,
19  2006.

    *Sandria Cox* (signature)

21  Sandria L. Cox, Notary Public
22  Commonwealth of Virginia.