DEPOSITION OF DEAN A. CIBEL
CONDUCTED ON FRIDAY, JUNE 2, 2006

108

1  Q  Would the -- would The Dancing Crab's
2  employment records indicate which bartenders were
3  working that evening?
4  A  Probably. They should.
5  Q  Did Tony Wood say anything to you when he
6  came back to the restaurant?
7  A  No.
8  Q  In the manager's office, you have a series
9  of monitors; is that correct?
10  A  We did --
11  Q  Yeah.
12  A  -- at that time.
13  Q  What function did those monitors serve?
14  A  They just -- they had cam -- they
15  corresponded with cameras that were two in the kitchen
16  and two in the inside bar area.
17  Q  So, there were cameras that showed the
18  inside of the bar; is that correct?
19  A  Portions of it, yes.
20  Q  Yeah. What was the purpose of those
21  cameras?
22  A  Security.