

**HOLY CROSS HOSPITAL**

Patient: ADEBOYEKU, YINKA
Medical Record #:
Account #:
DOB:                         SEX: M           Age: 22
ER MD:        **REDACTED**     Visit Date: 6/27/2004

## EMERGENCY DEPARTMENT RECORD

**CC:** 1) Assault
**FINAL DIAGNOSIS:** 1) Abrasion of left anterior knee 2) Abrasion of lateral aspect of the dorsum of the right hand 3) Commercial/business site injury
SYMPTOM AND PROBLEM LIST: Abrasion of left anterior knee Abrasion of lateral aspect of the dorsum of the right hand Commercial/business site injury

**VITALS**

| BP: 128/56 mm. Hg Sitting 4:16 | P: 87 /min. 4:16 | Resp: 20 /min. 4:16 |
|---|---|---|
| Temp: 98.3 F Oral 4:16 | | |

PulseOX: 100 % Room Air 4:16

**LANGUAGE:**
Primary language - English. Fully verbal.
**IMMUNIZATIONS:**
Tetanus Date: [up to date] (DS)
**ALLERGIES:**
No known drug allergies. (DS)
**MEDICATIONS:**
Patient is not taking any prescription medication. (DS)
**PAIN STATUS:**
4:17 Patient complains of pain affecting [the head] Horrible pain (Pain scale = 8/10). Pain described as sharp. The pain is described as throbbing in nature. (DS)
**MENTATION:**
Due to the increase in domestic violence, we ask all patients: Are you being hurt, hit, or frightened by anyone at home or in your life? Domestic violence survey shows NEGATIVE risk for this patient. (TAO)

### NURSING NOTE

**ACUITY:**
4:15 Triage acuity = Level IV Less urgent Triage to Acute Care. (DS)
**TRIAGE & NURSING HISTORY:**
Onset of symptoms [2] ago. Blurred vision, abraison to the left knee (DS)
**PAST MEDICAL HISTORY:**
No past medical history available. No past surgeries. Denies Smoking. Denies alcohol use. Denies recreational or illicit drug use. (DS)
**NURSING ASSESMENT:**
**NEUROLOGIC EXAM:**
5:13 Initial Exam: Alert and oriented to person, place and time. Pupils equal. Normal speech. Hand grips strong and symmetric. No muscular weakness noted. Normal gait/ambulation.
**DERMATOLOGIC EXAM:**
5:13 Initial Assessment: Normal skin color. Skin is warm. Normal skin moisture. There is a superficial abrasion involving the lateral aspect of the dorsum of the right hand noted. No active bleeding noted over the lateral aspect of the dorsum of the right hand. No local drainage. There is a superficial abrasion involving the left anterior knee noted. No active bleeding noted over the left anterior knee. No local drainage.



**HOLY CROSS HOSPITAL**

| | |
|---|---|
| Patient: ADEBOYEKU, YINKA | |
| Medical Record #: | |
| Account #: | |
| DOB: SEX: M | Age: 22 |
| ER MD: **REDACTED** | Visit Date: 6/27/2004 |

## EMERGENCY DEPARTMENT RECORD

PERIPHERAL NV EXAM: Neurovascular exam intact. Neurovascular exam intact.
REQUIRED ELEMENTS:
4:17 NEGLECT/ABUSE: Survey shows NEGATIVE risk for this patient.
4:17 NEGLECT/ABUSE: Survey shows NEGATIVE risk for this patient.
RN CONTINUATION NOTES:
5:14 Routine dry dressing. Triple antibiotic ointment applied. 2X2 gauze used. Signs of infection including increased pain, redness, pus, or red streaks reviewed with patient/caregiver.
6:15 Update: . (TAO)

**ED TECH NOTE**

**NURSING DISPOSITION:**

6:15 Patient was discharged from department to home. Understands aftercare instructions. Verbalizes back importance of aftercare instructions. Understands need for FU and how to obtain. Discussed signs and symptoms of worsening to return. No barriers to learning. Left ambulatory. Patient left alone. No outstanding psychosocial needs Category II    Intermediate (TAO)

### PHYSICIAN NOTE

**HISTORY:**
Problem #1 Knee Problem: Complains of a local abrasion over the left knee.

Problem #2 Hand problem: Complains of a local abrasion over the dorsum of right hand.
2:42 The onset of the presenting problem began [2] hours ago. Have reviewed RN note and agree with findings to date. Overall the history seems quite reliable.

General History and Problem specific ROS: It is unclear what precipitated this altercation. Patient is right handed. History obtained directly from patient. No history to suggest any head injury. Injury can be coded as occurring in commercial environs.

ADE 0020



**HOLY CROSS HOSPITAL**

| Patient: ADEBOYEKU, YINKA |
|---|
| Medical Record #: |
| Account #: |
| DOB:                              SEX: M           Age: 22 |
| ER MD:  **REDACTED**       Visit Date: 6/27/2004 |

## EMERGENCY DEPARTMENT RECORD

**PHYSICAL EXAM:**
GENERAL PRESENTATION: Patient is in mild distress at the beginning of the exam. Patient does not appear acutely ill. Patient appears to be stated age. Skin is warm and dry with good color. Overall well developed, well nourished individual. Alert and appropriate during exam. Well hydrated with moist mucous membranes. No evidence of chronic debility. This is a well developed well nourished alert adult male. He does not appear to be acute distress. No evidence of significant external trauma. Vital signs OK.
OPTHAMOLOGIC EXAM: Conjunctivae clear. Sclerae non icteric. The pupils are equal and reactive to light.
ENT EXAM: Normocephalic. Supple non tender neck without spasm or meningismus. No significant anterior or posterior cervical adenopathy. No evidence or prior HEENT surgery.
PULMONARY EXAM: Lungs are clear without wheezes, crackles or rhonchi. Respirations are non labored without accessory muscle use. Unlabored respiration - No respiratory distress. No evidence of local chest wall tenderness or external injury.
CARDIOVASCULAR EXAM: Regular cardiac rate without significant murmur, rub or gallop.
ABDOMEN AND FLANK EXAM: Abdomen is soft, non tender, and non-distended. Normoactive bowel sounds present. No hepatosplenomegaly noted. Flanks non tender.. Soft abdomen. No external trauma. No local tenderness.
NEUROLOGIC EXAM: Symmetric reflexes normal strength and tone. Good co-ordination.
DERMATOLOGIC EXAM: Patient has a superficial abrasion over the left anterior knee. Patient has a superficial abrasion over the lateral aspect of the dorsum of the right hand.
MUSCULOSKELETAL EXAM: The rest of the soft tissue exam is normal.
**PROGRESS NOTES:**
Total extended visit with this patient was: 30 minutes (HCC). (HCC)
**INTERPRETATION OF TESTS:**

2:42 X-Ray of right hand--3 views - these films were read by me as the initial and primary interpreter. No radiographic evidence of acute fracture. No radio-opaque foreign body noted. (HCC)
**ATTENDING NOTE**

**PRIMARY DIAGNOSIS**
1) Abrasion of left anterior knee 2) Abrasion of lateral aspect of the dorsum of the right hand 3) Commercial/business site injury
**RX IN DEPARTMENT** Augmentin 500 mg PO TID quantity (21)
**PHYSICIAN DISPOSITION:**
Condition: Improved.
2:42 Patient discharged from department. Arrange for a follow up appointment with KHAWAJA SAIMA UBAID, (301)816-9000 in 3-5 days or immediately if your symptoms get worse. (HCC)

| Discharge Instructions Given: | |
|---|---|
| AUG.E | AUGMENTIN (AMOXICILLIN & CLAVULANATE) |
| HAN.E | HAND INJURIES |
| HED.E | HEAD INJURY |
| SCR.E | SCRAPES AND ABRASIONS |
| WOU.E | WOUND CARE |

**SPECIAL INSTRUCTIONS/FOLLOW UP CARE**

ADE 0021



**HOLY CROSS HOSPITAL**

| | |
|---|---|
| Patient: ADEBOYEKU, YINKA | |
| Medical Record #: | |
| Account #: | |
| DOB: | SEX: M    Age: 22 |
| ER MD: **REDACTED** | Visit Date: 6/27/2004 |

### EMERGENCY DEPARTMENT RECORD

The physician who saw you today was Henry C. Chu Attending MD. We recommend that you follow up as directed.. It is important for your care that you make arrangements for continued follow up care. Arrange for a follow up appointment with KHAWAJA SAIMA UBAID , (301)816-9000 in 3-5 days or immediately if your symptoms get worse.
Arrange for a follow up appointment with.KHAWAJA SAIMA UBAID , (301)816-9000 in 3-5 days or immediately if your symptoms get worse.

#### ORDERS SUMMARY

| ORDER | Ordered by/time | Started | MD Sign | Note |
|---|---|---|---|---|
| X-Ray of right hand–3 views | HCC 4:49 | CR 5:05 | HCC | CR -6/27/2004 5:11:41AM |
| IV saline/heparin lock | HCC 4:50 | TAO 5:45 | HCC | TAO -6/27/2004 5:45:47AM |
| 0.5 cc of dT IM Single dose now | HCC 4:50 | TAO 5:45 | HCC | TAO -6:06 not given pt states that he receives td shots before football season. (TAO)6/27/2004 5:46:35AM |
| 1000 mg of Ancef (Cefazolin) IV Single dose now | HCC 4:51 | TAO 5:45 | HCC | TAO -6/27/2004 5:46:38AM |
| [PUT A DRESSING ON THE ABRASSION OF THE KNEE.] | HCC 4:55 | TAO 5:45 | HCC | TAO -6/27/2004 5:46:47AM |

Henry C. Chu Attending MD (HCC)
Denise Salyards RN (DS)
Timinah A. Ooro RN (TAO)
*Electronic Signatures derived from a single controlled password*

ADE 0022



**HOLY CROSS HOSPITAL**

| Patient: | ADEBOYEKU, YINKA | |
|---|---|---|
| Medical Record #: | | **REDACTED** |
| Account #: | | |
| DOB: | GENDER: M | Age: 22 |

Visit Date: 6/27/2004  4:13:47AM

## Coding Summary Report

Disposition Time

**Chief Complaint:** 1) Assault

**Final Diagnosis:** 1) Abrasion of left anterior knee 2) Abrasion of lateral aspect of the dorsum of the right hand 3) Commercial/business site injury

**Physician Disposition:** Condition: Improved.
2:42 Patient discharged from department. Arrange for a follow up appointment with KHAWAJA SAIMA UBAID, (301)816-9000 in 3-5 days or immediately if your symptoms get worse. (HCC)

**ICD9/Diagnosis List**
ICD# additional problems and symptoms documented in chart

| ICD9 | Description |
|---|---|
| **Minor** | |
| 914.0 | Abrasion of lateral aspect of the dorsum of the right hand |
| 916.0 | Abrasion of left anterior knee |
| **Simple** | |
| E849.6 | Commercial/business site injury |

| CPT | DESCRIPTION | AVG Pay | RVU | APC |
|---|---|---|---|---|
| 73130 | | | | |
| 73130-26 | | | | |
| 90702 | | | | |
| 90782 | | | | |
| 90784 | | | | |
| 94760 | | | | |
| 99052 | | | | |
| 99054 | | | | |
| 99354 | | | | |

FACILITY CHARGEMASTER NOT PROVIDED, INCLUDES ALL CPT'S AS NOTED IN CHART

| E&M Level | No E&M Level in this section may indicate an incomplete chart |
|---|---|
| | Multiple values in this section indicate a need to review chart |
| CPT | Description |
| 99284 | E&M Level 4 |

**ORDERS:**
(1) Augmentin 500 mg PO TID quantity (21)

This document provided as coding reference only. A qualified Coder/Biller should review this information.

Date Printed:6/27/2004 @ 5:47:19        Service Summary        Page 1 of 1

**ADE 0023**