UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE : <br><br> Plaintiff : <br> vs. : <br><br> THE DANCING CRAB AT WASHINGTON HARBOUR, : <br> LP, ET AL. : <br><br> Defendants. : | Case No.: 1:05CV01278 <br><br> JUDGE ROYCE C. LAMBERTH |

**CERTIFICATION RE: RESPONSE TO SECOND
REQUEST FOR PRODUCTION OF DOCUMENTS**

    The Defendant, Dancing Crab At Washington Harbor, L.P., by and through counsel, Richard R. Page Wyrough and Cain & Wyrough, PC, pursuant to the court's order of March 30, 2007 hereby certifies that the attached second response to Plaintiff's Second Request for Production of Documents was served on Plaintiff as set forth below. Please note that copies of the documents which were attached to the response sent to the Plaintiff are not attached hereto.

                              Respectfully submitted,
                              CAIN & WYROUGH, P.C.


                              /s/
                              RICHARD R. PAGE WYROUGH
                              15051 Marlboro Pike
                              Upper Marlboro, MD 20772
                              (301) 627-4600

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of April, 2007, a copy of the foregoing was mailed first class, postage prepaid, and emailed to:

                Rick A. Rude, Esq.
                Suite 103
                207 Park Avenue
                Falls Church, Virginia 22046

                              /s/
                              RICHARD R. PAGE WYROUGH

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

M:\Docs\RPW\Rude - Dancing Crab\Certification - 2nd response to 2nd request for production of docs.wpd