UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1278 (RCL) |
| ) | |
| **THE DANCING CRAB AT** ) | |
| **WASHINGTON HARBOUR, LP,** *et al.* ) | |
| ) | |
|    **Defendants.** ) | |

### ORDER

This matter comes before the Court upon plaintiff's Motion [29] for Partial Summary Judgment and plaintiff's Motion [38] for Sanctions. Upon consideration of the motions [29, 38], the oppositions thereto, plaintiff's replies, the entire record herein, and the applicable law, it hereby

ORDERED that plaintiff's Motion [29] for Partial Summary Judgment is DENIED; it is further

ORDERED that plaintiff's Motion [38] for Sanctions is GRANTED IN PART and DENIED IN PART; specifically, it is further

ORDERED that plaintiff's request for default is DENIED; it is further

ORDERED that plaintiff's request to prohibit defendants from calling any witnesses named in the Court's May 15, 2006 Order is DENIED; it is further

ORDERED that plaintiff's request to prohibit defendants from refuting any facts stated in the depositions of James Sylvester and Michael Gillman is DENIED; and it is further

ORDERED that plaintiff's request for leave to file a motion for attorney's fees is GRANTED. Whether plaintiff's counsel, as a relative to plaintiff, is eligible to obtain such fees

remains to be determined.

    SO ORDERED


    Signed by Royce C. Lamberth, United States District Judge, September 19, 2007.