REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Personal Injury | | | |
|---|---|---|---|---|
| CASE NO: 05cv 1278 | DATE REFERRED: 5/30/08 DISPOSITION DATE: | PURPOSE: Mediation | JUDGE: Chief Judge Royce C. Lamberth | MAG. JUDGE Facciola |

| PLAINTIFF(S): JONATHAN W. RUDE | DEFENDANT(S): DANCING CRAB AT WASHINGTON HARBOUR, L.P, DEAN CIBEL, UNIDENTIFIED PARTNERS AND MANAGERS NUMBERS 1 THROUGH 6 |
|---|---|

ENTRIES: