**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

The below instructions have been taken from the 1998 Edition of the Young Laws Standard Jury Instructions for DC Courts.
The variance is that, as example, no. 1-1 is 1.01; etc.

Instructions

1-1 Function of the Court

1-2 Function of the Jury

1-3 Significance of Party Designations

1-4 Juror's Duty to Deliberate

1-5 Attitude and Conduct of Jurors

1-6 Instructions to be Considered as a Whole

1-7 Court's Commenting on the Evidence

1-8 Court's Questions to Witnesses

1-9 Jury Not to Take Cue From Judge

1-10    Ruling on Objections

1-11    Equality of Litigants-Corporations

1-12    Equality of Litigants-Individuals

2-1 Evidence in the Case

2-2 Evidence in the Case-Judicial Notice

2-3 Inferences

2-4 Inadmissible and Stricken Evidence

2-5 Statements of Counsel

2-6 Jury's Recollection Controls

2-7 Evidence admitted against one party only

2-8 Burden of Proof

2-9 Evidence Produced by Adversary

2-10 Direct and Circumstantial Evidence

3-1 Jury to Determine Credibility of Witnesses

3-2 Number of Witnesses

3-3 Expert Opinion

3-4 Depositions as Evidence

3-8 Impeachment by Prior Inconsistent Statements

3-9 Adopting Prior Inconsistent Statements

4-3 Multiple Defendants

4-5 Consideration of Evidence-Corporate Party's agents and employees

5-1 Elements of a Negligence Cause of Action

5-2 Negligence defined

5-3 Relative Concept

5-12 Proximate Cause

6-1 Establishing Employer-Employee Relationship

6-2 Vicarious Liability

6-5 Employer and Employee Sued

12-1 Damages-Jury to award

12-2 Extent of Damages-Proximate Cause

12-3 Burden of Proof-Speculative Damages

12-4 Multiple Defendants-Size of Verdict

12-5 Damage Verdict-Multiple Defendants

13-1 Damages—Elements

13-2 Permanent Injury Absent Medical Testimony

13-3 Medical Treatment-Past and Present

16-1 Punitive Damages (Defendant not a corporation)

16-2 Punitive Damages against a parternship (variation of 16-1)

16-3 Computation of Punitive Damage Award

19-1 Assault

19-3 Battery

19-6 Assault and Battery-Affirmative Defenses

Additional Instructions:

1. Duty of Care of Public establishments/Innkeepers
2. Duties in regard to hiring, supervision, retention and control of employees
3. Duty of Public establishments to maintain safe access/exit
4. Defendant employment manuals/codes of conduct as establishing standard of care.