## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

————————————————————— )
                                        )
**JONATHAN W. RUDE,**                   )
                                        )
                     **Plaintiff,**     )
                                        )
              **v.**                    )
                                        )
**OLAYINKA ADEBOYEKU,** *et al*         )          **Civil Action No. 05-1274 (RCL)**
                                        )
**DANCING CRAB AT WASHINGTON**          )          **Civil Action No. 05-1278 (RCL)**
**HARBOUR, L.P.,** *et al.*             )
                                        )
                     **Defendants.**    )
————————————————————— )

## <u>ORDER</u>

The pretrial conference in these cases is rescheduled for August 5, 2008, at 9:30 a.m.

Counsel for all parties must appear that date.

These matters remain set for trial on August 18, 2008, at 10:00 a.m.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, July 18, 2008.